UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PERRY JOHNSON,

    Plaintiff,                                      Case No. 22-11232

vs.                                                HON. MARK A. GOLDSMITH

MICHIGAN BOARD OF STATE
CANVASSERS, et al.,

    Defendants.

_____/

## ORDER FOR HEARING

The Court intends to hold a hearing at the earliest opportunity on Plaintiff's motion for a temporary restraining order and/or preliminary injunction (Dkt. 2) following service of the complaint and motion papers. Counsel for all parties must promptly contact the Court to arrange for a hearing date once service is effected.

    SO ORDERED.

Dated: June 9, 2022                                    s/Mark A. Goldsmith
  Detroit, Michigan                            MARK A. GOLDSMITH
                                                    United States District Judge