UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PERRY JOHNSON,

      Plaintiff,                                                     Case No. 22-11232

vs.                                                                   HON. MARK A. GOLDSMITH

MICHIGAN BOARD OF STATE
CANVASSERS, et al.,

      Defendants.
_____/

### ORDER (1) FOR HEARING AND (2) DIRECTING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION (Dkt. 2)

The Court will hold a hearing on Plaintiff Perry Johnson's motion for a temporary restraining order and/or preliminary injunction (Dkt. 2) on June 14, 2022 at 1:30 pm at the Theodore Levin United States Courthouse, 231 W Lafayette Blvd, Detroit, MI 48226.

Defendants must file a response to Johnson's motion by June 13, 2022 at 12:00 pm.

SO ORDERED.

                                                                s<u>Mark A. Goldsmith</u>
                                                               MARK A. GOLDSMITH
                                                               United States District Judge

Dated:  June 9, 2022