# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

PERRY JOHNSON,

    Plaintiff,

v.

MICHIGAN BOARD OF STATE CANVASSERS; JOCELYN BENSON in her official capacity as Secretary of State; and JONATHAN BRATER, in his official capacity as Director of the Michigan Bureau of Elections,

    Defendants.

Case No. 2:22-cv-11232-MAG-JJCG

Hon. Mark A. Goldsmith

Magistrate Judge Jonathan J.C. Grey

## APPEARANCE

    Please take notice that Kyle M. Asher of Dykema Gossett, PLLC hereby enters his appearance on behalf of proposed Intervenor Carol Bray, in the above-captioned matter.

Dated: June 10, 2022

*/s/ Kyle M. Asher*
Kyle M. Asher (P80359)
DYKEMA GOSSETT PLLC
201 Townsend St., Suite 900
Lansing, MI 48933
(517) 374-9151
kasher@dykema.com

## **PROOF OF SERVICE**

I hereby certify that on June 10, 2022, I caused the foregoing paper to be filed with the Clerk of the Court using the Court's electronic filing system which will forward a copy via e-mail to all counsel of record.

Dated: June 10, 2022

*/s/ Kyle M. Asher*
Kyle M. Asher (P80359)
DYKEMA GOSSETT PLLC
201 Townsend St., Suite 900
Lansing, MI 48933
(517) 374-9151
kasher@dykema.com

119963.000002 4858-0669-4436.1