# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PERRY JOHNSON,

      Plaintiff,

v

MICHIGAN BOARD OF STATE
CANVASSERS; JOCELYN BENSON,
in her official capacity as Secretary of
State; and JONATHAN BRATER, in
his official capacity as Director of the
Michigan Bureau of Elections,

      Defendants.

No. 2:22-cv-11232

HON. MARK A. GOLDSMITH

_____/

Eric S. Esshaki (P83393)
Attorney for Plaintiff
38500 Woodward Avenue, Suite 330
Bloomfield Hills, Michigan 48304
313.460.1421
eric@esshakilegal.com

Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Attorneys for Defendant
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
meingasth@michigan.gov
grille@michigan.gov

_____/

## AFFIDAVIT OF JONATHAN BRATER

Jonathan Brater, being first duly sworn, states as follows:

1. I am the Director of Elections with the Michigan Department of State, Bureau of Elections. See MCL 168.32. I have served in this capacity since January 2, 2020.

2. In this capacity, I supervise the Bureau of Elections in its responsibilities to accept affidavits of identity, affidavits of candidacy, and nominating petitions filed by candidates for office who are required to file these documents with the Secretary of State. See MCL 168.552; MCL 168.558.

3. I also supervise the Bureau of Elections in its canvass of nominating petitions and recommendations to the Board of State Canvassers regarding whether each candidate required to submit nominating petitions has filed a sufficient number of valid signatures to qualify for office. MCL 168.552(8). This includes reviewing and processing any challenges made to candidates' nominating petitions by other individuals.

4. I supervised the processing of nominating petitions for candidates seeking certification to the ballot for the August 2, 2022 primary election.

5. Processing nominating petitions is a time-consuming and resource-intensive process during every two-year election cycle. Although candidates can file nominating petitions at any point between the last election for the office sought and the filing deadline of 15 weeks before the election (April 19, 2022), the vast majority of nominating petitions are filed in mid-April. Bureau of Elections staff must canvass these petitions and make written recommendations in time for the Board of

State Canvassers to meet and determine whether each candidate who submitted nominating petitions is eligible to appear on the ballot.

6. This meeting is typically held in late May. The Board must complete its canvass of nominating petitions nine weeks before the election (May 31, 2022). MCL 168.552(9). The Secretary of State must finalize the list of candidates to appear on the ballot 60 days prior to Election Day (June 3).

7. In addition to being the statutory deadline to finalize ballot contents, the June 3 deadline is critical because county and municipal officials need as much time as possible to prepare ballots so that they are available for voters on time.

8. Specifically, county boards must deliver absent voter ballots to county clerks by the 47th day before the election, and county clerks must make them available to municipal clerks by the 45th day before the election.

9. Under federal law and the Michigan constitution, military and overseas voters who have requested absent voter ballots must be sent those ballots by the 45th day prior to election day.

10. Under the Michigan constitution, all other voters who have requested absent voter ballots must be sent those ballots by the 40th day before the election.

11. Numerous tasks must be completed by county and municipal officials, in addition to vendors, before ballots can be made available to voters.

12. County clerks must program their ballots in election software with all ballot contents, including candidates. The print vendor must then produce proofs which must be reviewed by all county and municipal clerks; candidates are also provided

an opportunity to review the ballot proofs.  If any errors are identified, these must be corrected.

13. One proofing is complete, ballots typically undergo additional proofing and testing, and then must be printed and distributed to county or municipal clerks. There are 1,562 municipal jurisdictions in the state, and in a typical statewide election approximately 5,000 different ballot styles.

14. Once they receive ballots, clerks perform preliminary logic and accuracy testing to ensure the ballots can be read by ballot tabulators.  The ballots must then be sorted and placed in envelopes for all voters who have requested them by the required deadlines above.

15. Because of the tight timeline available, county officials typically begin working on ballots as soon as the contents are finalized on the 60th day before the election; because the 60th day is always a Friday, this typically involves beginning work over the weekend.

16. On information and belief, counties and their vendors have already begun printing ballots.

17. Reprinting ballots at this time would be disruptive and costly, and would result in voters not receiving ballots by statutorily and constitutionally required deadlines.

18. Reprogramming and reprinting ballots without the full 15-day period would result in some jurisdictions being unable to meet deadlines for making ballots available to voters.

19. Reprinting ballots would be particularly difficult this year in light of paper shortages. Because of supply-chain constraints, it is more difficult and expensive for print vendors to obtain ballot paper. As a result, it is more time-consuming and expensive to obtain replacement paper in order to reprint ballots.

20. Each nominating petition consists of hundreds or thousands of signatures, depending on the office sought. Nominating petition signature minimum requirements range from 100 to 4,000 signatures required for judicial office; 200 signatures for state representative; 500 signatures for state senator; 1,000 signatures for representative in congress; and 15,000 for governor. MCL 168.544f. Most candidates for state representative or state senator submit a filing fee in lieu of signatures.

21. Each signature is affixed to a petition sheet. The vast majority of submitted sheets have space for ten signatures, though a small percentage of petitions are in an older format with fourteen signatures; these are also accepted.

22. In 2022, 152 candidates filed nominating petitions which the Bureau was required to process. Collectively, those petitions consisted of approximately 562,605 signatures. A summary of estimated submitted signatures is below; the full number of candidates, and the number of signatures each candidate estimated submitting is shown in Appendix 1.

| Office | Number of signatures submitted, as estimated by the campaign |
|---|---|
| Governor | 244,276 |
| Congress | 92,576 |
| State Senate | 1,000 |
| Judicial office | 224,753 |

| Total | 562,605 |
|-------|---------|

### Nominating Petition Review Process in Past Election Cycles

23. During a typical review of nominating petitions, staff employs a two-step process. First, staff counts the total number of signatures submitted by the candidate and conducts a face review of petitions. The staff's count of total signatures typically differs to some extent from the candidate's estimated number of total signatures submitted. If a candidate has scanned or made copies of petition sheets prior to submitting them and believes the number of signatures they have submitted differs from the staff's total signature count, they can provide any information that supports that assertion.

24. Face review of petitions involves an inspection of every petition sheet for facial compliance with the requirements of the Michigan Election Law. See generally, MCL 168.544c. Examining a petition sheet for facial validity consists of ensuring that the header of the petition sheet correctly states all mandatory elements (including the name of the candidate, the office sought, and the county in which the petition was circulated) and that the circulator's certificate is signed, dated, and properly completed.

25. Face review also includes verifying that signature lines include all mandatory elements (signature, printed name, street address, city or township of residence, and date, which must not be after the date in the circulator certificate); that the city or township in which the signer resides is within the county stated on the petition sheet's header; and that other miscellaneous errors are not present

(e.g., the signatory has not listed their county instead of their municipality in the "city or township" box, the date of the signature does not predate the previous election to fill the office sought by the candidate, etc.).

26. Face review does not include a close inspection of individual voter signatures to identify signatures of dubious authenticity or looking up voters in the Qualified Voter File (QVF), the state's electronic list of registered voters. During face review, as long as there are no errors rendering the signature invalid, the signatures are considered facially valid unless staff see something to indicate they are not legitimate; for example, staff will note if signatures appear to be fraudulent during face review.

27. During face review, errors affecting an entire petition sheet result in the invalidation of all signatures affixed to that sheet. Errors in an individual signature line result in the invalidation of that signature.

28. After face review, staff determine how many signatures were invalidated during the face review. That number is subtracted from the total number of signatures submitted by the candidate to determine the number of facially valid signatures remaining on the candidate's nominating petition.

29. If the number of facially valid signatures on the candidate's nominating petition is lower than the total number of signatures required to be certified to the ballot, staff recommend that the Board of State Canvassers determine the petition is insufficient. Staff make this recommendation to the Board regardless of whether a challenge has been filed to the candidate's signatures, and staff do not process

that challenge when face review has already dropped the number of potentially valid signatures below the number required for the petition to be sufficient. This practice is followed to prioritize limited staff capacity to the processing of challenges that could determine ballot eligibility; any additional signatures deemed invalid would not affect the outcome as the candidate already does not have sufficient valid signatures to appear on the ballot.

30. If the number of facially valid signatures on the candidate's nominating petition is more than or equal to the number of signatures required to be deemed sufficient, and no person has submitted a valid challenge to the signatures on the candidate's nominating petition, staff recommend that the Board of State Canvassers determine the nominating petition sufficient.

31. If the number of facially valid signatures on the candidate's nominating petition is more than the total number of signatures required to be deemed sufficient, and one or more valid challenges to the signatures on the candidate's nominating petition has been submitted, staff determine if the number of challenged signatures is greater than the difference between the candidate's remaining facially valid signatures and the number of signatures required for certification to the ballot.

32. If the number of challenged signatures is not greater than the difference between the candidate's remaining facially valid signatures and the number of signatures required for certification to the ballot, staff do not process the challenge, because even a fully accepted challenge would not disqualify the candidate from

appearing on the ballot. After that determination is made, staff recommend that the Board of State Canvassers determine the petition sufficient.

33. If the number of challenged signatures is more than the difference between the candidate's remaining facially valid signatures and the number of signatures required to be certified to the ballot, staff begin to process that challenge.

34. If a challenge involves specific signatories, staff process the challenge by looking up challenged signatures in the QVF to determine if the challenge is correct. Reasons for challenging a signature can include disputing that the signatory is registered to vote in Michigan, disputing that the signatory is registered to vote to in the municipality written in the "city or township" field of the petition, and disputing that the signature on the petition matches the signature stored in the QVF, among other issues.

35. If staff determine that a challenged signature is not valid, the challenge to that signature is accepted and the signature is subtracted from the number of facially valid signatures submitted by the candidate. If staff determine that a challenged signature is actually a valid signature, the challenge to that signature is rejected and the number of facially valid signatures submitted by the candidate is unchanged. Likewise, if staff determine that a challenged signature was already eliminated during face review, no change is made to the number of facially valid signatures submitted by the candidate.

36. Staff continue to process challenged signatures until (1) the remaining number of facially valid signatures is lower than the number of signatures required

for the petition to be sufficient; (2) the challenge no longer places enough signatures in question to reduce the petition below the threshold of required signatures; or (3) all challenged signatures have been examined.

37. If, after processing a challenge, staff determine that the number of facially valid signatures remaining on the candidate's nominating petition is lower than the number required for the petition to be deemed sufficient, staff recommend that the Board of State Canvassers determine the petition to be insufficient.  If staff determines that the candidate's nominating petition contains more than or equal to the number of signatures required, staff recommend that the Board of State Canvassers determine the petition sufficient.

### Discovery of Substantial Circulator Fraud in 2022 Nominating Petitions and Review Process

38. It is normally the case in every petition cycle that a few signatures of dubious authenticity are identified by Bureau staff on nominating petitions filed by various candidates.  These dubious signatures may be the result of scattered instances of fraud on the part of circulators, or they may be the result of an individual signing a petition with a fake name or signature without the circulator's knowledge.  This year, however, the number of fraudulent signatures appearing on nominating petitions was unprecedented in scope.

39. In late March of 2022, staff began face review of the nominating petition submitted by gubernatorial candidate Michael Markey.

40. During face review of Mr. Markey's petition, staff noticed that many petition sheets consisted entirely of signatures that appeared to be in the handwriting of the

same individual or of a small group of individuals.  Staff also noticed one or more

indications of fraud among these petition sheets, explained in greater detail in the

Bureau's May 23, 2022 *Staff Report on Fraudulent Nominating Petitions*, attached

as Appendix 2.  The indications of fraud identified were:

    a. An unusually large number of petition sheets where every signature
       line was completed;

    b. An unusually large number of petition sheets that showed no evidence
       of normal wear that accompanies circulation, including folding,
       scuffing, water damage, etc.;

    c. Sheets that appeared to be "round-tabled", a practice in which a group
       of individuals passes around sheets with each individual signing one
       line on each sheet so that the handwriting is different from the
       circulator's handwriting, in an attempt to make handwriting and
       signatures appear authentic and received from actual voters;

    d. Sheets on which every instance of the handwriting of certain letters
       across different signatory lines and sheets, including in the signatures
       themselves, was near-identical;

    e. Sets of sheets where two or more distinct handwriting styles appeared
       on multiple sheets.

Staff also noticed that a small number of circulators had signed these petition

sheets.

    41. At this point, staff performed an initial spot check and verified that dozens of

these signatures did not match the signature of the voter contained in the QVF,

that these signatures belonged to individuals who were not registered to vote in

Michigan, or that the signatures belonged to individuals who had died prior to the

date of the signature.

42. Rather than continuing with face review of the nominating petition submitted by Mr. Markey, staff counted the number of the petition signatures appearing on petition sheets signed by the small group of circulators, hereinafter referred to as fraudulent-petition circulators, and separated these from the remaining sheets.

43. After subtracting the number of signatures appearing on petition sheets signed by the fraudulent-petition circulators from the number of signatures submitted by Mr. Markey, the candidate was left with 4,430 facially valid signatures; 10,570 signatures below the 15,000 signatures required to be certified to the ballot as a gubernatorial candidate. (Appendix 3, Markey Staff Report).

44. Among the fraudulent-petition circulators for Mr. Markey was an individual whose name appears to be Siarra Bergami, and who submitted 465. The individual's last name is not clearly written. On the staff report for Mr. Markey, this individual's name is listed as Siarra Brown, but they are not two different individuals. Additionally, among the fraudulent-petition circulators were the names Indira Radcliffe and Indira Roopchand, who collectively submitted 1,980 signatures. These sheets have similar handwriting and the same address so they are likely the same individual.

45. Because Mr. Markey was 10,570 signatures below the number required to be certified to the ballot after the signatures on petition sheets signed by the fraudulent-petition circulators were removed from Mr. Markey's petition, staff did not continue with face review of Mr. Markey's remaining facially valid petitions.

46. Staff did not become aware of large-scale fraud in the petition of any other candidate until mid-April, when staff began to review petitions for judicial candidate Tricia Dare, who submitted her nominating petition on April 7.

47. After staff began face review of Ms. Dare's petition, staff noticed indications of fraud similar to those they had noticed in Mr. Markey's petition. Again, staff performed a spot check and compared dozens of suspicious signatures against the signatures contained in the QVF. As with Mr. Markey's petitions, staff found that the signatures did not match the signature in the QVF, the purported signer was not registered in Michigan, or the purported signer was deceased prior to the date of the signature.

48. Staff counted the number of the petition signatures appearing on petition sheets signed by the fraudulent-petition circulators and subtracted 4,038 signatures from the total signatures submitted by Ms. Dare. This brought Ms. Dare 825 signatures below the 4,000 signatures required to be certified to the ballot as a judicial candidate for the position sought by Ms. Dare. Staff face review of the remaining signatures in each petition did not affect whether these candidates had a sufficient number of valid signatures (Appendix 3, Dare Staff report).

49. Upon review, many of the names appearing on the circulator certificate of the fraudulent-petition circulators in Ms. Dare's petition matched the names appearing on the circulator certificate of the fraudulent-petition circulator sheets in Mr. Markey's petition. Both Mr. Markey and Ms. Dare's petitions also included fraudulent-petition circulators that the other did not.

50. After the April 19 filing deadline passed, staff began to process petitions submitted by Donna Brandenburg, Michael Brown, James Craig, Perry Johnson, and John Malone. At this point, staff noticed that the fraud detected in Mr. Markey and Ms. Dare's petitions was present in these additional five petition drives and involved many of the same fraudulent-petition circulators. The same fraud was also detected in some petitions submitted by gubernatorial candidate Tudor Dixon, but not at a significant enough scale to bring her below the threshold of facially valid signatures required (Appendix 3, Dixon Staff Report).

51. In addition, the same patterns that were found in the seven drives with overlapping circulators were detected in judicial candidate Philip Cavanagh's petitions. However, these patterns were detected in the petitions submitted by only two circulators who did not overlap with the fraudulent-petition circulators in the petitions for other drives, Violet Edwards and Charlotte Hanover. These two fraudulent-petition circulators submitted 1,125 signatures (Appendix 3, Cavanagh Staff Report). These signatures and their review are counted separately from the seven other candidates with fraudulent-petition circulators in common.

52. Following the same procedure used with Mr. Markey and Ms. Dare's nominating petitions, staff determined for each of Ms. Brandenburg's, Mr. Craig's, Mr. Brown's, Mr. Malone's, Mr. Cavanagh's, and Mr. Johnson's petitions, the number of signatures on sheets where the name of a fraudulent-petition circulator appeared in the circulator's certificate. Staff subtracted those signatures from the number of potentially valid signatures submitted by the candidate. Separation and

counting of signatures was conducted primarily after the May 6 deadline for candidates to respond to challenges and was not complete until approximately May 13; only at this time did staff have a complete estimate of the total number of signatures submitted by fraudulent-petition circulators. For Ms. Brandenburg's, Mr. Brown's, Mr. Craig's, and Mr. Malone's petition subtraction of these signatures from the number of potentially valid signatures submitted by the candidate dropped the candidate far below the threshold required to be certified to the ballot. Ms. Brandenburg had 6,634 facially valid signatures after the removal of 11,144 fraudulent signatures; Mr. Brown had 7,091 facially valid signatures after the removal of 13,775 fraudulent signatures; Mr. Craig had 10,192 facially valid signatures after the removal of 9,879 fraudulent signatures; Mr. Malone had 1,348 facially valid signatures after the removal of 5,566 fraudulent signatures (Appendix 3, Staff Reports). As with Mr. Markey and Ms. Dare, because the candidates were far below the threshold to be certified to the ballot, staff face review of the remaining signatures in each petition did not affect whether these candidates had a sufficient number of valid signatures. For the same reason, staff did not process either of two challenges submitted to Mr. Craig's signatures.

53. For Mr. Johnson's petition, subtraction of signatures appearing on sheets where the name of a fraudulent circulator appeared on the circulator's certificate did not bring the number of potentially valid signatures remaining below the threshold required to be certified to the ballot (Appendix 3, Johnson Staff Report). Consequently, staff began a face review of Mr. Johnson's remaining signatures.

54. After this face review, Mr. Johnson's petition was determined to have 13,800 facially valid signatures; 1,200 facially valid signatures short of the 15,000 signatures required for certification to the ballot as a gubernatorial candidate.  In total, 2,410 signatures on Mr. Johnson's petition that were determined to be invalid for reasons other than being circulated by a fraudulent-petition circulator are summarized in Mr. Johnson's staff report and are further broken down as follows:

   a. 39 signatures appeared on a petition with an invalid heading, which invalidated all signatures on the petition sheet;

   b. 193 signatures appeared on a sheet with a circulator error, which invalidated all signatures on the petition sheet;

   c. 7 signatures appeared on a sheet damaged in such a way that a required element was not included, which invalidated all signatures on the petition sheet;

   d.  154 individual signatures were not dated;

   e. 81 individual signatures were dated after the date of the circulator signature;

   f. 34 individual signatures were dated before an authorized date (earlier than the period during which signatures could be circulated);

   g. 81 signatures did not include an address;

   h. 7 lines did not have signatures;

   i.  8 lines had an incomplete signature;

   j.  711 lines included a city or township not in the county on the petition form;

   k.  521 individuals resided outside the city or township listed;

   l.  104 individuals wrote multiple municipal jurisdictions in the entry;

   m. 68 individuals were not registered to vote;

    n. 402 signatures with miscellaneous errors, including signatures of
       dubious authenticity that were not submitted by circulators identified
       as fraudulent-petition circulators.  For example, Dulce Romero
       submitted 4 sheets with 40 signatures of dubious authenticity.

55. Because Mr. Johnson was below the threshold to be certified to the ballot,

staff did not process the challenge made to Mr. Johnson's signatures.

56. Bureau staff also conducted face review Mr. Cavanagh's petitions.  A total of

407 signatures were determined to be invalid for reasons other than being

circulated by a fraudulent-petition circulator.  They are summarized in Mr.

Cavanagh's staff report and are further broken down as follows:

    a. 50 signatures appeared on a sheet with a circulator error, which
       invalidated all signatures on the petition sheet;

    b. 9 individual signatures were not dated;

    c. 38 individual signatures were dated after the date of the circulator
       signature;

    d. 20 individual signatures were dated before an authorized date (earlier
       than the period during which signatures could be circulated);

    e. 10 signatures did not include an address;

    f. 30 lines included a city or township not in the county on the petition
       form;

    g. 52 individuals resided outside the city or township listed;

    h. 90 individuals wrote multiple municipal jurisdictions in the entry;

    i. 108 individuals were not registered to vote. [Appendix 3, Cavanagh
       Staff Report.]

### Additional Verification of Fraudulent-Petition Circulator Petition Signatures

57. Under the supervision of staff members with experience in signature review, staff reviewed every sheet submitted by a fraudulent-petition circulator for all eight candidates identified above. Staff looked at each line individually to confirm that all sheets submitted by each fraudulent-petition circulator bore the indications of fraud that led to the circulator being identified as a fraudulent-petition circulator; or alternatively determine if any of the individual signatures appeared to be genuine despite the indications of fraud found on the sheet. Examples are included in Appendix 4. Following this review, staff determined that the petition sheets submitted by fraudulent-petition circulators consisted entirely of forged signatures.

58. Staff considered the possibility that despite the overwhelming evidence of fraud, and the fact that no individual signatory lines reviewed by staff appeared distinct in such a way as to suggest the signature was genuine, it remained possible that some number of genuine signatures were mixed in with the forged entries submitted by the fraudulent-petition circulators.

59. As an additional check, to further verify that there was no indication of genuine signatures submitted by fraudulent-petition circulators on the scale that would be necessary for any of the candidates to have a sufficient number of valid signatures with the inclusion of those signatures, staff looked up as many individual signatories as possible in the QVF. When staff began to verify individual signatures against the QVF, staff did not know how many signatures they would have time to look up.

60. In total, staff reviewed in the QVF at least 6,876 supposed signatories appearing on sheets submitted by fraudulent-petition circulators for candidates who had fraudulent-petition circulators in common.  Staff did not identify a single valid registered voter with a matching signature across any of these supposed signatories.  Among the seven candidates with overlapping fraudulent-petition circulators, the number that the Bureau has documented as confirmed in the QVF are as follows.  The percentage of fraudulent signatures reviewed in QVF is not uniform among candidates because there was a wide variance between the number of fraudulent signatures each candidate submitted and because, when reviewing signatures, staff attempted to look up a higher number of signatures for candidates who would need a smaller percentage of fraudulent-circulator petition signatures to be valid in order to have a sufficient number of valid signatures on the ballot.  That is, if a candidate had a better chance of reaching the minimum threshold of signatures required, staff attempted to review more signatures in the QVF in an attempt to better detect any indication of legitimate signatures within the fraudulent-petition circulator sheets that might allow the candidate to reach the threshold.

a.  Donna Brandenburg: 1,014 out of 11,144 fraudulent signatures QVF-verified (9.1%);

b.  Michael Brown: 393 out of 13,775 fraudulent signatures QVF-verified (2.9%);

c.  James Craig: 2,019 out of 9,879 fraudulent signatures QVF-verified (20.4%);

     d.  Tricia Dare: 442 out of 4038 fraudulent signatures QVF-verified (10.9%);

     e.  Perry Johnson: 1,405 out of 6,983 fraudulent signatures QVF-verified (20.1%);

     f.  John Malone: 938 out of 5,566 fraudulent signatures QVF-verified (16.9%);

     g.  Michael Markey: 665 out of 17,134 fraudulent signatures QVF-verified (3.8%)

61.    In addition to these seven candidates who had fraudulent-petition circulators in common, staff performed QVF verifications of 825 out of 1,125 signatures submitted by the different fraudulent-petition circulators on behalf of Mr. Cavanagh. These 825 are not counted toward the total of 6,786 for the other seven candidates.

62.    In checking the supposed signatories against the QVF, staff first determined the voter's name and other identifying information based on the written entry on the petition sheet. If the handwriting was unclear, staff would try multiple versions of spellings of names to birth date entries to try to identify the individual. For example, if it was not clear from the handwriting whether an individual's last name was "Jones" or "Jonas", staff would try both names.

63. In many cases, a registered voter with the name of the individual listed on the petition sheet could not be found in the QVF. In many other cases, the individual's record was marked cancelled because the voter was deceased on a date prior to the date of the signature, or the voter was registered in a different jurisdiction because the voter had moved prior to the date of the signature.

64. In many other cases, a matching registered voter was found but staff found the signature did not match.  In making these comparisons, staff used and were instructed on the standards utilized by the Bureau to determine whether signatures match, which are available in the Bureau's guidance to candidates.[1]

65. For some of the circulators initially identified as potentially fraudulent-petition circulators, staff *did* find a small number of potentially valid signatures. When staff found any potentially valid signatures, they removed *all* of the circulator's sheets for *all* candidates from the category of fraudulent-petition circulators, and included those signatures with the facially valid signatures for those candidates, even though it appeared that many or most of the signature entries on those circulators' sheets were fraudulent.  The circulators who appeared to submit fraudulent petitions but were *not* included among the fraudulent-petition circulator counts because of some possibly valid signatures were Diallo Daniely (Dixon), Jessica McMiller (Brown, Markey); an individual surnamed Augustin (Markey), and Diana Curry (Brandenburg, Markey).  Signatures reviewed for these circulators are not part of the total of 6,876 signatures reviewed above; the 6,876 signatures reviewed for the fraudulent-petition circulators did not have any instances of potentially valid signatures.  These signatures were not reviewed in any particular order; signatures on different lines on different sheets were checked,

---

[1] See Circulating and Canvassing Countywide Petition Forms , Nominating and Qualifying Petitions, April 2020, p 12, available at https://www.michigan.gov/sos/-/media/Project/Websites/sos/16delrio/SOS_ED105_County_Pet_Form.pdf?rev=daee67c93fb24f5e95c14a39d625ff95.

and the sheets were not in a sequential order such that only the first or last
chronologically dated sheets submitted by fraudulent-petition circulators were
checked.

66. In total, across all seven campaigns with fraudulent-petition circulators in
common, approximately 61,883 additional signatures were submitted by fraudulent-
petition circulators.  It is not impossible that one or more of those 61,833 signatures
is genuine, notwithstanding the fact that all 6,876 signatures that have been
checked in the QVF are not.  It is also possible that, if the remaining 61,833
signatures were checked, one or more forged signatures would resemble the voter's
actual signature out of pure chance.  However, if genuine signatures existed in
these petitions on any scale significant enough to bring any of the candidates in
question above the threshold of required signatures, staff would have identified
some evidence of genuine signatures after having reviewed 6,876 of them.

67. Based on the line-by-line review of all signatures submitted by fraudulent-
petition circulators, the fact that none of the 6,876 signatures reviewed in the QVF
showed a valid registered voter with a matching signature, staff determined that
these 68,759 (61,883 + 6,876) signatures were obviously fraudulent, and that the
circulators had knowingly and intentionally filed fraudulent signatures.

68. The Board of State Canvassers' random sampling process was not used to
evaluate nominating petitions.  The random sampling process is used to evaluate
initiative petitions.  In that process, an initial random sample of 500 signatures is
drawn from a petition containing approximately 400,000-500,000 signatures (about

0.1% of the signatures).  Based on the validity rate of this sample, staff make a projection of the number of valid signatures in the entire petition, which the Board uses to determine whether the entire petition has enough signatures.  In this case, staff determination that signatures were invalid was based on a line-by-line review of signatures determined to be obviously fraudulent and submitted by fraudulent petition-circulators; as an additional verification step, staff then reviewed as many signatures as possible in the Qualified Voter File (approximately 10% of all the identified fraudulent signatures). A list of differences between the random sampling process and the process used to review Mr. Johnson's Nominating Petitions is as follows:

a. In the random sampling procedure, the Bureau does not conduct a line-by-line review of signatures that appear fraudulent. Rather, any signature that is not determined facially invalid (for example, signed after the circulator statement) is included in the universe from which the sample is drawn.

b. In random sampling, 500 out of approximately 400,000 – 500,000 signatures in the petition are drawn (approximately 0.1%). For Mr. Johnson's petition, 1,405 out of 6,983 fraudulent signatures were verified as fraudulent in QVF (20.1%). In other words, the Bureau reviewed approximately 200 times more signatures among the fraudulent signatures in Mr. Johnson's petition as compared to a random sample for initiative petitions.

c. In the random sampling process, the validity rate of the sample is used to project the validity rate of the universe using a statistical model. For example, a 90% validity rate in a sample of 500 signatures (450 valid signatures) would translate to an estimate of 450,000 valid signatures. Here, no statistical projection is being made; the Bureau has not, however, found a single valid signature among the fraudulent-petition circulator submissions for Mr. Johnson.

### Resources Available for Signature Review

69. The Bureau of Elections has a limited time window to process a high volume of nominating petitions. This year, the Board of State Canvassers met to determine the sufficiency of nominating petitions filed by candidates seeking certification to the August 2, 2022 ballot on May 26, 2022. The Board meeting was scheduled earlier than the latest possible date, May 31, so that candidates aggrieved by a decision of the Board would have an opportunity for court review prior to the Secretary of State's June 3 deadline for certifying candidates to the ballot. MCL 168.552(14). After Mr. Johnson, along with the other candidates who had an insufficient number of petition signatures because of fraudulent-petition circulators, failed to receive the 3 votes required to deem their petitions sufficient at the Board meeting, I explained at the meeting that candidates who wished to appear on the ballot would need to file a lawsuit promptly. Because the Board met on May 26, staff reports on the nominating petitions were required to be made available to the public no later than May 23. MCL 168.552(10).

70. There were 34 days (24 business days) between the April 19 filing deadline and the May 23 deadline to make staff reports publicly available.

71. As is apparent from the table in Appendix 1, most nominating petitions are submitted within days of the April 19 filing deadline.

72. In addition to the 152 candidates who filed nominating petitions in 2022, Bureau staff also assisted hundreds more candidates in submitting affidavits of identity, affidavits of candidacy, and other ballot certification-related materials in the weeks preceding the filing deadline.

73. The timing of petition submissions, and staff's filing deadline-related duties, means that the vast majority of petitions can only be reviewed after the filing deadline.

74. During this election cycle, staff performed a face review of sheets corresponding to approximately 490,000 signatures included with nominating petitions. The vast majority of this review occurred in the 24 business days between the filing deadline and the deadline for making staff reports publicly available. The Bureau also received 25 challenges to nominating petitions this year, an unusually high number.

75. During this period, staff looked up well over 10,000 signatures in the QVF. This estimate includes the 6,876 presumed fraudulent or forged signatures checked against the QVF in addition to the 825 checked for Mr. Cavanagh, the hundreds of signatures of dubious authenticity that were scattered throughout nominating

petitions but were not submitted by the fraudulent-petition circulators identified by Bureau staff.

76. Checking a single signature against the QVF takes, on average, approximately five minutes. Some signatures can be checked more quickly, particularly if the signatory has a clearly written, relatively unique name and indicates his or her correct address on the petition. Other signatures take far more time, particularly signatories who have common names or signatories who sign with an address other than the address at which they are registered to vote. Less clear handwriting and potential spelling variations require a longer review to be sure a signatory does not appear in the QVF.

77. When checking the signature of a person with a relatively common name who signs with an address other than the address at which they are currently registered to vote, staff is required to open the QVF record for each person with the same name and manually check if the address with which the person signed appears in the voter registration history of each person with that name appearing in the QVF. Often, a person with that name was never registered to vote at that address, so staff must check each QVF record for dozens of individuals with that name.

78. Due to the high incidence of outdated addresses and the high incidence of name and address combinations that have never been associated with a Michigan voter, as well as the many misspellings and other transcription errors, locating the QVF record for individuals on fraudulent-petition circulator sheets took longer than other sheets.

79. I estimate that staff conducted at least 10,000 QVF checks, at five minutes per check, meaning that staff spent over 830 hours verifying signatures against the QVF. The vast majority of work was done in the 24 business days between the April 19 filing deadline and the May 23 deadline for making staff reports publicly available. More than 572 of staff hours spent on QVF checks were dedicated solely to verifying that the signatures on fraudulent-circulator sheets were, in fact, fraudulent. The majority of these reviews were conducted in the 11 business days between May 6 (after the deadline for candidates to respond to challenges) and May 23.

80. During this review, four staff members spent most but not all of their time reviewing signatures. These staff have other mandatory responsibilities related to candidate qualification, including face review of petitions, research and processing of challenges, corresponding with challengers and candidates and providing requested records, and compiling staff reports. These staff also review affidavits of identity.

81. When possible, these staff members received additional assistance from approximately 20 additional individuals who diverted hours from their other responsibilities to assist in signature review. The ability to provide this support was limited because these staff have mandatory responsibilities including enforcing the Michigan Campaign Finance Act and Lobby Registration Act, providing ongoing in-person training to clerks in all 83 counties in the state, updating the QVF with new districts and other data to prepare for the August and November 2022

elections; supporting clerks in the conduct of the May 3, 2022 election, reviewing election administration-related materials and answering questions, providing election security and election administration guidance to county and municipal clerks, fulfilling the functions of the Office of the Great Seal, and performing numerous other functions.

82. I estimate that checking the remaining 61,883 fraudulent-petition circulator signatures to further verify that they, just like the other 6,786 signatures that have already been looked up, also do not appear on the QVF with a matching signature would take at least 5,150 staff hours.  Twenty-five staff members working full time on this would need 25 eight-hour days to complete this review, at taxpayer expense and at the neglect of other mandatory responsibilities.

83. If staff were to focus on verifying in QVF only the minimum number of fraudulent signatures to confirm that, with all those signatures checked, each candidate would be below the required threshold of signatures required even if all remaining signatures were valid, I estimate that the following number of hours would be required:

   a. Ms. Brandenburg: 1,764 signatures (147 hours)

   b. Mr. Brown: 5,473 signatures (456 hours)

   c. Mr. Craig: 3052 signatures (254 hours)

   d. Mr. Johnson: 4,378 signatures (365 hours)

   e. Mr. Markey: 6,139 signatures (512 hours)

   f. Ms. Dare: 2,771 signatures (231 hours)

g. Mr. Malone: 1,976 signatures (165 hours)

h. Mr. Cavanagh: 141 signatures (12 hours)

84. Even if additional staff members were available, those staff members would need to be trained on and given access to the QVF software prior to beginning signature lookups. All staff members would have to work in person in the Austin Building in Lansing where the Bureau of Elections is housed and where the petition sheets are located.

### Candidate Petition Quality Control Practices

85. The Bureau of Elections instructs candidates to implement a quality control process before filing a petition and to review _all_ petition sheets prior to filing.[2] A quality control process and review of all petition sheets ensures that the maximum possible percentage of submitted petition signatures are valid. This is beneficial to candidates because the maximum number of signatures that may be filed is double the minimum of those required for the office.

86. The quality control process includes obtaining a copy of the QVF to ensure that petition signers are registered to vote in the appropriate jurisdiction. Although the public version of the QVF does not contain images of signatures, it does include the name and address of registered voters. Candidates who obtained a copy of the QVF and reviewed their petition sheets would have been able to identify any of the

---

[2] See Circulating and Canvassing Countywide Petition Forms , Nominating and Qualifying Petitions, April 2020, pp 13-15, available at https://www.michigan.gov/sos/-/media/Project/Websites/sos/16delrio/SOS_ED105_County_Pet_Form.pdf?rev=daee67c93fb24f5e95c14a39d625ff95.

individuals identified by staff as not registered to vote in the jurisdiction in the same manner staff did.  Candidates could then have better assessed the number of _valid_ signatures they had obtained, and as necessary obtained additional signatures from legitimate registered voters.

87. The Bureau also strongly encourages candidates to file substantially more signatures than the minimum required.  The Bureau strongly advises this even if the candidate has hired a professional signature gathering firm prior to filing. Following the quality control process and review of all petition sheets, candidates can remove invalid signatures from their nominating petition filing by crossing out invalid signatures, which will not be considered as counting toward the total by staff.

88. If candidates implement a quality control process prior to filing signatures, review every sheet before submitting signatures, and submit the maximum number of signatures provided, it is virtually impossible that the candidate will not have the minimum number of signatures required because it is virtually impossible that fewer than half of the submitted signatures will be determined to be invalid if the candidate has reviewed the petition and removed signatures determined to be invalid based on the Bureau's instructions.

89. Any candidate or campaign staff member who reviewed all sheets on the candidate petition prior to filing would have seen the indications of obvious fraud on at least some of these sheets.  If the candidates did review these sheets, were aware of fraud, and knowingly submitted them without reporting the fraud to the

Secretary of State, they would potentially have been guilty of a misdemeanor offense under MCL 168.544c(12), and would have known the inclusion of fraudulent signatures would adversely affect their chances of having a sufficient number of signatures on nominating petitions. Because of this, I believe the candidates or their campaigns did not review all petition sheets before filing.

90. Candidates are permitted to, and in many cases do, copy or scan all of their petition sheets prior to filing them. Candidates are also permitted to scan and copy their petition sheets after filing them, and frequently do so.

91. Candidates are permitted to contact petition circulators or petition signers before or after filing petition sheets.

92. More than 100 candidates, including five candidates in the same primary as the gubernatorial candidates involved, were able to submit the minimum required of facially valid signatures. Candidates for governor have a more than three-year period in which they can gather the minimum 15,000 signatures for nominating petitions.

93. In his affidavit in this case, Mr. Johnson states that his campaign team and he reviewed the signatures they submitted in a manner consistent with Bureau guidance regarding validity. Bureau guidance, as explained above, includes the instruction to review all petition sheets.

94. Below are examples of petitions submitted on behalf of Mr. Johnson, which are also attached as Appendix 4.

| | | |
|---|---|---|
| 1. | *illegible* Huff | Nmari Huff | 1911 Spaulding |
| 2. | Mary Banford | Mary Banford | 21703 Cushman Ave |
| 3. | Karl Rucker | Karl Rucker | 92 oak st apt |
| 4. | Cissna Smith | Cissna Smith | 4501 Toledo |
| 5. | *illegible* | *illegible* | 21761 Cushman |
| 6. | *illegible* | Anne Crooks | 238 W Grand Blvd |
| 7. | *illegible* | *illegible* | 21703 Cushm* |
| 8. | Noah Haener | Noah Haener | 18 Louis St |
| 9. | Lee Walker | Lee Walker | 21741 Cushma |
| 10. | *illegible* | Bianca Marriote | 393 *illegible* |

Fig 1. Signatures Submitted on behalf of Johnson by DeShawn Evans

| | | |
|---|---|---|
| 1. | Ronald Adkins | Ronald Adkins | 202 Chalmers st |
| 2. | Sandra Kuykendall | Sandra Kuykendall | 5018 garland |
| 3. | Derrick H. | Derrick Harper | 9 bourassa st |
| 4. | Sadayman Nagi | Sadayman Nagi | 2203 Bernard |
| 5. | Christine Pitter | Christine Pitter | 41230 Appleby |
| 6. | Randell Akin | Rantell Akins | 17754 Grange st |
| 7. | Angelo Vitale | Angelo Vitale | 15862 August ct |
| 8. | Fouad Achaxivi | Fouad Achaxivi | 3924 Dorothy st |
| 9. | Marquesse Wilson | Marquesse Wilson | 8675 Bessemore |
| 10. | Robert Nace | Robert Nace | 12 we Broadway st |

Fig 2. Signatures submitted on behalf of Mr. Johnson by Jehvon Evans

| | | |
|---|---|---|
| 1. | Jamie Nord | Jamie Nord | 4345 meadowlane |
| 2. | Cynthia P | Cynthia Pike | 1124 Chespeake |
| 3. | Karen Abraham | Karen Abraham | 3731 bircha st |
| 4. | Mary Stark | Mary Stark | 11486 Burbstin |
| 5. | Sally Struck | Sally Struck | 248 arbor |
| 6. | Daniel Payne | Daniel Payne | 627 Appleline |
| 7. | bryce Surrdd | bryce Surrdd | 45 24 Cedargrove |
| 8. | Nicole fair | Nicole fair | 841 Crispin |
| 9. | Nathan bemark | Nathan bemark | 1856 butler Ch |
| 10. | Michael Vogel | Michael Vogel | 8204 Avington |

Fig. 3. Signatures submitted on behalf of Mr. Johnson by Stephen Tinnin

| | | |
|---|---|---|
| 1. | Chad Kase | C 7813 Tick ... |
| 2. | Brendan Timmerman | 817 5 Watson |
| 3. | Gary Watson | 2600 Barker |
| 4. | Clair Woodward | 12919 Brixham |
| 5. | Mary Robinson | 12915 Barry |
| 6. | Carol mc nubb | 641 Woodland Ave |
| 7. | Bonny Zendar | 59935 Milan st |
| 8. | Diana Herswick | 5240 Woodbridge |
| 9. | Joan Dostine | 22052 Effel |
| 10. | Gary Ramohr | 6783 Yorkborough Dr |

Fig. 4. Signatures submitted on behalf of Mr. Johnson by Yazmine Vasser

95. To the extent he believes he and his team he reviewed all of his petition sheets prior to filing them, Mr. Johnson may be mistaken. A candidate who knows of a circulator who signs a petition with a name other than the circulator's own prior to the filing of a petition, and who fails to report the violation to the Secretary of State, is guilty of a misdemeanor. MCL 168.544c(12).  Because it would be obvious to anyone reviewing these petition sheets that they were forged and that the circulators had signed names other than their own, it is my assumption that Mr. Johnson would have reported the violation had he actually reviewed all of the petition sheets.

### Evidence Presented to the Board of State Canvassers to Refute Staff Determinations Regarding Fraudulent-Petition Circulators

96. Unlike the Bureau and the Board, which are responsible for maintaining and reviewing 152 sets of nominating petitions containing 562,605 signatures, each candidate needs only retain and review its own set of nominating petitions, consisting of minimums of 100 to 15,000 signatures.

97. Candidates have numerous methods of presenting evidence showing that some or all of the signatures submitted by fraudulent-petition circulators are genuine.

98. Candidates can contact any of the circulators who submitted gathered petition signatures for their campaign. They could submit an affidavit on behalf of any circulator in which the circulator affirms that he or she actually collected signatures from signatories. To date, I am not aware of any candidate providing this information.

99. Candidates can review the public copy of the QVF and determine how many of the signatures they submitted correspond to valid registered voters. Although candidates could not review QVF signatures through this process, they could verify the registration status of all their signatories and provide affirmative evidence showing that a certain number of their signatories are in fact registered to vote. This could be used to dispute any Board or Bureau determination that voters were not registered.

100. Candidates can contact any supposed signatory of one of the fraudulent-petition circulators and obtain a statement from that individual that he or she actually did sign a petition submitted by a fraudulent-petition circulator. The candidates could also obtain a signature from one of these individuals and compare it to the individual's signature on the petition sheet.

101. Candidates can obtain voter signatures from municipal election clerks. Although the digital image of the voter's signature in the QVF cannot not be

disclosed, see MCL 168.509gg, clerks maintain other records that include voter signatures which can be disclosed, including voter registration forms; absent voter ballot applications; absent voter ballot envelopes; and voter registration records with signatures that were not collected from the QVF.

102.     In my experience, candidates for office, particularly candidates for governor, typically monitor news reports involving the election for the office for which they are running.

103.     Challenges by Veronica Taylor-Biffle to the validity of petition signatures submitted by fraudulent-petition circulators used by James Craig have been well publicized since at least April 26, 2022.  News reports concerning this challenge were published in the Detroit News, Detroit Free Press, and Bridge Michigan, among other publications.  News reports included links to the challenge, which were available online. See, for example, https://www.bridgemi.com/michigan-government/james-craig-accused-gathering-fake-signatures-bid-make-michigan-ballot.

104.     The challenge to Mr. Craig's fraudulent nominating signatures included specific allegations that Nicholas Carlton, Deshawn Evans, Corey Hampton, Stephen Tinnin, Jonell Hampton, Yazmine Vasser, Diallo Vaughn, and William Williams were fraudulent-petition circulators.  In addition to Mr. Craig, these circulators were used by the following candidates:

    a. Donna Brandenburg's nominating petitions included submissions from all eight of these individuals;

    b. Michael Brown's nominating petitions included submissions from Nicholas Carlton, Stephen Tinnin, Diallo Vaughn, and William Williams;

    c. Tricia Dare's nominating petitions included submissions from all eight of these individuals;

    d. Perry Johnson's nominating petitions included submissions from Nicholas Carlton, DeShawn Evans, Stephen Tinnin, Yazmine Vasser, Diallo Vaughn, and William Williams;

    e. John Malone's nominating petitions included submissions from all eight of these circulators;

    f. Michael Markey's nominating petitions included submissions from Nicholas Carlton, Deshawn Evans, Stephen Tinnin, Yazmine Vasser, Diallo Vaughn, and William Williams.

105.    Following the publication of these reports, it was public notice, available to all candidates, that these circulators were accused of circulating fraudulent petitions. Assuming they were not aware previously, then by as early as April 26, 2022, any of these candidates could have reviewed copies of their petitions to see if these or other circulators submitted fraudulent petitions and gathered information showing that legitimate signatures appeared on these petition sheets.

106.    Further, at the May 2, 2022 public meeting of the Board of State Canvassers, in response to a question from Board Member Gurewitz, Bureau of Elections staff confirmed that if any fraudulent-petition circulators had submitted petitions for *any* candidate the staff would also review the petition sheets those same circulators had submitted for *any other* candidate for indications of similar fraud.

107.    Following the Taylor-Biffle challenge to Mr. Craig, Carol Bray filed a challenge to Mr. Johnson's nominating petition. In that challenge, Ms. Bray specifically and expressly noted that 6 of the fraudulent-petition circulators noted in the Taylor-Biffle challenge — Nicholas Carlton, DeShawn Evans, Stephen Tinnin, Yazmine Vasser, Diallo Vaughn, and William Williams — also submitted petitions on behalf of Mr. Johnson. If Mr. Johnson's campaign was not aware prior to April 26 that fraudulent-petition circulators had submitted petitions on behalf of Mr. Johnson, the campaign was certainly aware when the Bray challenge was filed.

108.    Mr. Johnson responded to the Bray challenge on May 6, 2022. Despite filing the response ten days after the challenge was due, Mr. Johnson did not provide a single piece of evidence to suggest that any of the signatures submitted by the 6 fraudulent-petition circulators identified in the challenge was actually valid. Mr. Johnson did not provide an affidavit or any other communication from one of the circulators saying that they had actually collected signatures from real individuals; did not provide an affidavit or signature from any signatory claiming they signed a petition sheet circulated by one of these individuals; and did not provide a signature from any individual who signed a sheet submitted by a fraudulent-petition circulator, which the campaign could have been obtained from the signatory, or from a voter registration form, absent voter ballot application, absent voter ballot envelope, or voter registration master card with a non-QVF signature maintained by a local clerk. According to Mr. Johnson's brief in this case, he has hundreds of thousands of supporters, but Mr. Johnson has not obtained a

single signature from one of these supporters that matches a signature on a sheet submitted by a fraudulent-petition circulator.

109.    Mr. Johnson's campaign also did not produce an image of any of the petition sheets submitted by fraudulent-petition circulators with evidence purporting to show that the sheet contained valid signatures. The Bureau does not have scanned images of all of Mr. Johnson's sheets because the campaign placed stickers on their sheets, rendering it impossible for the Bureau to run all of the sheets through scan feeders. Mr. Johnson does have scanned images of all of his petition sheets, because his campaign brought their own scanners into the Bureau of Elections and spent multiple days scanning the petitions in our office. Mr. Johnson's response to the Bray petition included numerous images of petition sheets used to support its responses to several of Ms. Bray's challenges; yet, the campaign did not provide a single sheet from a fraudulent-petition circulator with evidence that it contained valid signatures.

110.    To date, only two campaigns, Mr. Craig's and Mr. Johnson's, have attempted to provide any evidence showing that even a single signature on a sheet submitted by a fraudulent-petition circulator is valid.  Both sets of evidence were produced to the Board of State Canvassers at the May 26 meeting.

111.    The first set of evidence attempting to refute the evidence of fraud was presented by Mr. Craig's campaign.  The evidence consisted of affidavits from several individuals stating they had actually signed Mr. Craig's nominating petition.

112.     These affidavits, however, did not identify any of the petition sheets that those individuals had allegedly signed, the approximate date the petition was signed, the location the petition was signed, or the name of the circulator (Appendix 5, Craig affidavits).

113.     Without this information, there is no reason to think any of these individuals' signatures appear on a petition sheet submitted by a fraudulent-petition circulator. Staff determined that Mr. Craig submitted 10,192 potentially valid signatures; the likely explanation is that these individuals' signatures are included in the 10,192 potentially valid signatures Mr. Craig submitted. One of these individual's signatures *does* appear on a valid petition sheet that was *not* submitted by a fraudulent-petition circulator (the signature on the petition sheet matches the signature on the affidavit). Three other individuals' names appear on sheets submitted by fraudulent-petition circulators, but the signature on the fraudulent sheet does not match the signature on the affidavit or QVF. The likely explanation is these three individuals also signed a valid sheet submitted by a nonfraudulent-petition circulator. All four of these examples provided by the Craig campaign support the Bureau's determinations.

114.     The second set of evidence attempting to refute evidence of fraud was presented by Mr. Johnson's campaign on May 26 and consisted of a single affidavit from an individual, Amy Sudik, who claimed to have signed a petition sheet circulated by fraudulent-petition circulator Justin Garland (Appendix 6, Johnson Affidavit).

115.     Upon review, the signature on the petition sheet submitted by Mr. Garland and the individual's signature in the QVF do not match.  The Bureau advises candidates that circulators should instruct petition signatories to sign petition sheets with the same signature they use for their driver's license or voter registration record.

116.     Although the Bureau cannot disclose the digital image of the individual's signature in the QVF, it is also the case that the signature on the petition sheet likewise does not match the individual's signature on the affidavit provided to the Board of State Canvassers:



Fig. 5: Ms. Sudik's alleged signature on the petition sheet circulated by James Garland.



Fig. 6: Ms. Sudik's signature on the affidavit submitted to the Board of State Canvassers.

117.     Unless the individual signed a petition sheet with a signature that does not resemble her voter registration signature, the likely explanation is that

this individual is mistaken that she signed a petition sheet submitted by Mr. Garland. She may have signed a sheet circulated by a different circulator, who is not a fraudulent-petition circulator, in which case her signature would be included among Mr. Johnson's 13,800 facially valid signatures.

118.    The Bureau also reviewed every other signature on the sheet circulated by Mr. Garland on which, according to Mr. Johnson, the valid signature appears. None of those signatures matched the voter's signature in the QVF. The Bureau has these QVF signatures available and requests to provide them to the court with the Court's permission.

119.    In his June 6 filing before this court, Mr. Johnson includes three sheets of nominating petitions submitted by Brianna Briggs and Giovonee Smith, which he believes illustrate the possibility that the fraudulent-petition circulators could have submitted a substantial number of valid signatures that the Bureau did not identify.

120.    He does not include with these sheets any communication with any of the purported signatories of the sheets, or with the circulators, in which either a signatory or circulator claims these signatures were collected from actual individuals.

121.    Not a single signature on the three sheets submitted by Mr. Johnson matches a signature corresponding to a valid, registered voter. Of the 30 signatures, 23 correspond to a registered voter but the signature does not match; 6

belong to an individual who is not registered, and 1 belongs to an inactive registered voter whose QVF record does not include a digital signature image.

122.    While the law does not permit production of the digitized signatures contained in the QVF without a court order, see MCL 168.509gg(1)(f), I would recommend strongly that this court order the production of signatures contained in the QVF so that this court may compare these signatures with those contained on petition sheets, including those described in the paragraph above.

Further, affiant sayeth not.

_____
Jonathan Brater
Director, Bureau of Elections

Sworn to and subscribed before me, a
Notary Public, this 8th day of June, 2022

_____
NAME     Trey Banks
 Ingham    County, Michigan
Acting in  Ingham    County, Michigan
My commission expires:  August 24, 2028

# APPENDIX 1

| | Candidate name | Office (full term unless otherwise indicated) | Date filed | Required signatures for ballot eligibility | Estimated signatures filed[1] |
|---|---|---|---|---|---|
| 1 | Gretchen Whitmer | Governor[2] | 3/17/22 | 15,000 | 30,000 |
| 2 | Donna Brandenburg | Governor | 4/14/22 | 15,000 | 19,500 |
| 3 | Michael Brown | Governor | 4/12/22 | 15,000 | 21,837 |
| 4 | James Craig | Governor | 4/18/22 | 15,000 | 21,000 |
| 5 | Tudor M. Dixon | Governor | 4/19/22 | 15,000 | 29,735 |
| 6 | Perry Johnson | Governor | 4/19/22 | 15,000 | 22,700 |
| 7 | Ryan Kelley | Governor | 4/13/22 | 15,000 | 20,100 |
| 8 | Michael Jay Markey, Jr. | Governor | 3/18/22 | 15,000 | 21,862 |
| 9 | Ralph Rebandt | Governor | 4/12/22 | 15,000 | 16,342 |
| 10 | Kevin Rinke | Governor | 4/18/22 | 15,000 | 21,000 |
| 11 | Garrett Soldano | Governor | 1/19/22 | 15,000 | 20,200 |
| 12 | Bob Lorinser | Congress—1st district | 4/15/22 | 1,000 | 2,000 |
| 13 | Jack Bergman | Congress—1st district | 4/8/22 | 1,000 | 2,000 |
| 14 | Jerry Hilliard | Congress—2nd district | 4/19/22 | 1,000 | 1,465 |
| 15 | John Moolenaar | Congress—2nd district | 3/30/22 | 1,000 | 1,800 |
| 16 | Thomas J. Norton | Congress—2nd district | 4/19/22 | 1,000 | 1,213 |
| 17 | Hillary Scholten | Congress—3rd district | 4/18/22 | 1,000 | 2,000 |
| 18 | John Gibbs | Congress—3rd district | 4/13/22 | 1,000 | 1,200 |
| 19 | Gabi Manolache | Congress—3rd district | 4/13/22 | 1,000 | 1,260 |
| 20 | Peter Meijer | Congress—3rd district | 4/12/22 | 1,000 | 1,500 |
| 21 | Joseph Alfonso | Congress—4th district | 4/19/22 | 1,000 | 1,050 |
| 22 | Bill Huizenga | Congress—4th district | 3/18/22 | 1,000 | 2,000 |
| 23 | Bart Goldberg | Congress—5th district | 4/19/22 | 1,000 | 2,000 |
| 24 | Elizabeth Ferszt | Congress—5th district | 4/8/22 | 1,000 | 1,000 |
| 25 | Sherry O'Donnell | Congress—5th district | 4/8/22 | 1,000 | 1,775 |
| 26 | Tim Walberg | Congress—5th district | 4/14/22 | 1,000 | 1,800 |
| 27 | Debbie Dingell | Congress—6th district | 4/8/22 | 1,000 | 2,000 |
| 28 | Hima Kolangireddy | Congress—6th district | 4/18/22 | 1,000 | 2,000 |
| 29 | Whittney Williams | Congress—6th district | 4/18/22 | 1,000 | 1,100 |
| 30 | Elissa Slotkin | Congress—7th district | 4/11/22 | 1,000 | 2,000 |
| 31 | Tom Barrett | Congress—7th district | 4/18/22 | 1,000 | 1,500 |
| 32 | Jake Hagg | Congress—7th district | 4/19/22 | 1,000 | 1,300 |
| 33 | Daniel T. Kildee | Congress—8th district | 4/18/22 | 1,000 | 2,000 |
| 34 | Paul Junge | Congress—8th district | 4/6/22 | 1,000 | 1,250 |
| 35 | Candice Miller | Congress—8th district | 4/15/22 | 1,000 | 1,400 |
| 36 | Matthew Seely | Congress—8th district | 4/15/22 | 1,000 | 1,964 |
| 37 | Brian Jaye | Congress—9th district | 4/18/22 | 1,000 | 1,000 |
| 38 | Michelle R.E. Donovan | Congress—9th district | 4/14/22 | 1,000 | 2,000 |

[1] These estimates were provided by candidates, and actual submissions may be higher or lower. A candidate's estimate is often a count of the number of sheets multiplied by 10 (the number of signatures possible on most sheets).

[2] Filing for Office Partisan Office (michigan.gov)

| 39 | Lisa McClain | Congress—9th district | 3/21/22 | 1,000 | 1,850 |
|----|--------------|------------------------|---------|-------|-------|
| 40 | Huwaida Arraf | Congress—10th district | 4/13/22 | 1,000 | 2,000 |
| 41 | Carl J. Marlinga | Congress—10th district | 4/18/22 | 1,000 | 1,900 |
| 42 | Rhonda Powell | Congress—10th district | 4/18/22 | 1,000 | 1,382 |
| 43 | Angela Rogensues | Congress—10th district | 4/18/22 | 1,000 | 1,850 |
| 44 | Henry Yanez | Congress—10th district | 4/13/22 | 1,000 | 1,100 |
| 45 | John James | Congress—10th district | 4/7/22 | 1,000 | 1,600 |
| 46 | Tony Marcinkewciz | Congress—10th district | 4/14/22 | 1,000 | 1,147 |
| 47 | Andy Levin | Congress—11th district | 4/5/22 | 1,000 | 2,000 |
| 48 | Haley Stevens | Congress—11th district | 4/18/22 | 1,000 | 2,000 |
| 49 | Mark Ambrose | Congress—11th district | 4/19/22 | 1,000 | 1,494 |
| 50 | Matthew DenOtter | Congress—11th district | 4/13/22 | 1,000 | 1,700 |
| 51 | Gabi Grossbard | Congress—11th district | 4/19/22 | 1,000 | 1,191 |
| 52 | Kelly Garrett | Congress—12th district | 4/13/22 | 1,000 | 1,652 |
| 53 | Shanelle Jackson | Congress—12th district | 4/19/22 | 1,000 | 1,850 |
| 54 | Rashida Tlaib | Congress—12th district | 4/15/22 | 1,000 | 2,000 |
| 55 | Janice Winfrey | Congress—12th district | 3/31/22 | 1,000 | 1,400 |
| 56 | Steven Elliott | Congress—12th district | 4/19/22 | 1,000 | 1,365 |
| 57 | James Hooper | Congress—12th district | 4/18/22 | 1,000 | 1,444 |
| 58 | Hassan H. Nehme | Congress—12th district | 4/18/22 | 1,000 | 1,300 |
| 59 | John Conyers | Congress—13th district | 4/4/22 | 1,000 | 1,500 |
| 60 | Sherry Gay-Dagnogo | Congress—13th district | 4/14/22 | 1,000 | 1,500 |
| 61 | Michael Griffie | Congress—13th district | 4/18/22 | 1,000 | 1,500 |
| 62 | Adam Hollier | Congress—13th district | 4/15/22 | 1,000 | 1,400 |
| 63 | Sharon McPhail | Congress—13th district | 4/18/22 | 1,000 | 2,000 |
| 64 | Sam Riddle | Congress—13th district | 4/19/22 | 1,000 | 2,000 |
| 65 | Portia Roberson | Congress—13th district | 4/18/22 | 1,000 | 1,999 |
| 66 | Lorrie Rutledge | Congress—13th district | 4/15/22 | 1,000 | 1,250 |
| 67 | Shri Thanedar | Congress—13th district | 4/18/22 | 1,000 | 2,000 |
| 68 | Martell D. Bivings | Congress—13th district | 4/19/22 | 1,000 | 1,625 |
| 69 | Matthew Furyk | 38th Senate district | 3/28/22 | 500 | 1,000 |
| 70 | Michael Warren | Court of Appeals incumbent—2nd district (partial) | 4/19/22 | 6,200[3] | 9,640 |
| 71 | Kathleen A. Feeney | Court of Appeals non-incumbent—3rd district | 4/19/22 | 6,200 | 8,350 |
| 72 | Raymond P. Voet | Court of Appeals non-incumbent—3rd district | 4/19/22 | 6,200 | 7,100 |
| 73 | Charise Anderson | Circuit court non-incumbent—3rd circuit | 4/18/22 | 4,000 | 5,5800 |
| 74 | Philip Cavanagh | Circuit court non-incumbent—3rd circuit | 4/19/22 | 4,000 | 5,538 |
| 75 | LaKena Tenille Crespo | Circuit court non-incumbent—3rd circuit | 4/19/22 | 4,000 | 6,105 |
| 76 | John C. Gillis | Circuit court non-incumbent—3rd circuit | 4/4/22 | 4,000 | 4,586 |
| 77 | Nicholas John Hathaway | Circuit court non-incumbent—3rd circuit | 4/18/22 | 4,000 | 6,704 |
| 78 | Sharika Lynn Hawkins | Circuit court non-incumbent—3rd circuit | 4/19/22 | 4,000 | 5,790 |
| 79 | Ron L. Haywood | Circuit court non-incumbent—3rd circuit | 4/19/22 | 4,000 | 6,400 |
| 80 | John Michael Malone | Circuit court non-incumbent—3rd circuit | 4/18/22 | 4,000 | 6,933 |
| 81 | Anne Marie McCarthy | Circuit court non-incumbent—3rd circuit | 4/19/22 | 4,000 | 5,900 |

[3] 2022 Filing Memo for Non Incumb Judicial (michigan.gov)

| 82 | Regina Triplett | Circuit court non-incumbent—3rd circuit | 4/19/22 | 4,000 | 5,762 |
|----|-----------------|------------------------------------------|---------|-------|-------|
| 83 | Chastity Youngblood | Circuit court non-incumbent—3rd circuit | 4/14/22 | 4,000 | 5,058 |
| 84 | Kiefer Joseph Cox | Circuit court new judgeship—3rd circuit | 4/19/22 | 4,000 | 7,343 |
| 85 | Tricia Dare | Circuit court non-incumbent—6th circuit | 4/7/22 | 4,000 | 4,000 |
| 86 | Amanda J. Shelton | Circuit court non-incumbent—6th circuit | 4/18/22 | 4,000 | 5,200 |
| 87 | Mary Hood | Circuit court non-incumbent—7th circuit | 3/17/22 | 1,000 | 1,650 |
| 88 | Rebecca Jurva-Brinn | Circuit court non-incumbent—7th circuit | 4/15/22 | 1,000 | 1,400 |
| 89 | Dawn M. Weier | Circuit court non-incumbent—7th circuit | 4/15/22 | 1,000 | 1,437 |
| 90 | Ken Barnard | Circuit court non-incumbent—9th circuit | 4/15/22 | 1,000 | 1,700 |
| 91 | Angelique Camfield | Circuit court non-incumbent—9th circuit | 4/19/22 | 1,000 | 1,015 |
| 92 | Rebecca D'Angelo | Circuit court non-incumbent—9th circuit | 4/13/22 | 1,000 | 1,330 |
| 93 | Josh Hilgart | Circuit court non-incumbent—9th circuit | 4/19/22 | 1,000 | 1,390 |
| 94 | Joseph Hohler III | Circuit court non-incumbent—9th circuit | 4/8/22 | 1,000 | 1,650 |
| 95 | Julie Jensen | Circuit court non-incumbent—9th circuit | 4/19/22 | 1,000 | 1,360 |
| 96 | Rachel A. Vinales | Circuit court non-incumbent—9th circuit | 4/19/22 | 1,000 | 1,615 |
| 97 | Andrew D. Concannon | Circuit court non-incumbent—10th circuit | 4/8/22 | 600 | 990 |
| 98 | Megan Cottington-Heath | Circuit court non-incumbent—10th circuit | 4/15/22 | 600 | 662 |
| 99 | Brittany Dicken | Circuit court non-incumbent—10th circuit | 4/4/22 | 600 | 822 |
| 100 | Debra S. Kauten | Circuit court non-incumbent—10th circuit | 4/18/22 | 600 | 730 |
| 101 | Janey Lamar | Circuit court non-incumbent—10th circuit | 4/18/22 | 600 | 1,000 |
| 102 | Charles Hamlyn | Circuit court non-incumbent—13th circuit | 4/18/22 | 600 | 853 |
| 103 | Brandon Davis | Circuit court non-incumbent—14th circuit | 4/11/22 | 600 | 1,000 |
| 104 | Jason D. Kolkema | Circuit court non-incumbent—14th circuit | 4/18/22 | 600 | 740 |
| 105 | Jenny L. McNeill | Circuit court non-incumbent—14th circuit | 3/30/22 | 600 | 900 |
| 106 | Kendrah Robinson | Circuit court non-incumbent—14th circuit | 3/11/22 | 600 | 950 |
| 107 | Joshua S. EldenBrady-Amrhein | Circuit court new judgeship—14th circuit | 4/18/22 | 600 | 698 |
| 108 | Matthew Kacel | Circuit court new judgeship—14th circuit | 4/18/22 | 600 | 830 |
| 109 | Gregory Pittman | Circuit court new judgeship—14th circuit | 3/25/22 | 600 | 1000 |
| 110 | Al Swanson | Circuit court new judgeship—14th circuit | 4/19/22 | 600 | 781 |
| 111 | Steven R. Fox | Circuit court incumbent—16th circuit (partial) | 4/15/22 | 2,000 | 2,750 |
| 112 | Jessie Scott Wood | Circuit court non-incumbent—18th circuit | 3/29/22 | 600 | 1,000 |
| 113 | Paul Kraus | Circuit court new judgeship—20th circuit | 4/1/22 | 1,000 | 1,525 |
| 114 | Mercedes Watts | Circuit court new judgeship—20th circuit | 4/19/22 | 1,000 | 1,108 |
| 115 | Marla Linderman Richelew | Circuit court non-incumbent—22nd circuit | 4/14/22 | 1,000 | 1,400 |
| 116 | Arianne Elizabeth Slay | Circuit court non-incumbent—22nd circuit | 3/31/22 | 1,000 | 1,100 |
| 117 | Andy Griffin | Circuit court new judgeship—25th circuit | 3/3/22 | 200 | 400 |
| 118 | Morgan Elizabeth Cole | Circuit court non-incumbent—30th circuit | 4/15/22 | 1,000 | 1,250 |
| 119 | Christopher Wickman | Circuit court non-incumbent—30th circuit | 4/19/22 | 1,000 | 1,186 |
| 120 | Robert D. Crosby | Circuit court incumbent—31st circuit | 4/19/22 | 600 | 857 |
| 121 | Michael Nolan | Circuit court non-incumbent—40th circuit | 4/11/22 | 400 | 570 |
| 122 | Christian J. Horkey | District court non-incumbent—1st district | 4/18/22 | 600 | 934 |
| 123 | Steven M. Hyder | District court non-incumbent—1st district | 4/18/22 | 600 | 797 |
| 125 | Christopher G. Fleming | District court non-incumbent—2A district (partial) | 4/19/22 | 400 | 486 |

| 126 | Ashley Hanson-Grimes | District court non-incumbent—2A district (partial) | 4/13/22 | 400 | 590 |
|-----|----------------------|----------------------------------------------------|---------|-----|-----|
| 127 | David E. Lacasse | District court non-incumbent—2A district (partial) | 4/18/22 | 400 | 549 |
| 128 | Paul Steven Jancha | District court non-incumbent—5th district | 4/5/22 | 600 | 820 |
| 129 | Thomas J. Allen | District court non-incumbent—8th district | 4/19/22 | 1,000 | 1,300 |
| 130 | Lana Maria Escamilla | District court non-incumbent—8th district | 4/19/22 | 1,000 | 1,274 |
| 131 | Becket Jones | District court non-incumbent—8th district | 4/18/22 | 1,000 | 1,165 |
| 132 | Christine A. Beecher | District court incumbent—12th district | 4/19/22 | 600 | 600 |
| 133 | George D. Lyons | District court incumbent—12th district | 4/18/22 | 600 | 700 |
| 134 | Craig T. Pappin | District court incumbent—12th district | 4/19/22 | 600 | 800 |
| 135 | Fawn Armstrong | District court non-incumbent—14A district | 4/19/22 | 600 | 900 |
| 136 | Karl A. Barr | District court non-incumbent—14A district | 4/14/22 | 600 | 1,000 |
| 137 | Stuart M. Collis | District court non-incumbent—14A district | 4/12/22 | 600 | 625 |
| 138 | Torchio Feaster | District court non-incumbent—14A district | 4/19/22 | 600 | 802 |
| 139 | Michael I. Tinney | District court incumbent—23rd district (partial) | 4/19/22 | 200 | 300 |
| 140 | William Burton, Jr. | District court non-incumbent—36th district | 4/7/22 | 2,000 | 4,000 |
| 141 | Adam Sabree | District court non-incumbent—36th district | 4/18/22 | 2,000 | 4,000 |
| 142 | Tenisha Renee Yancey | District court non-incumbent—36th district | 4/19/22 | 2,000 | 3,000 |
| 143 | Mark Michael Koroi | District court incumbent—37th district | 4/19/22 | 600 | 620 |
| 144 | Diana Lynn McClain | District court incumbent—45th district | 4/19/22 | 100 | 190 |
| 145 | Brenda Richard | District court incumbent—45th district | 4/19/22 | 100 | 111 |
| 146 | Mike Bosnic | District court incumbent—52nd district, 4th div | 4/15/22 | 400 | 550 |
| 147 | Tonya Clawson Goetz | District court incumbent—52nd district, 4th div | 4/15/22 | 400 | 650 |
| 148 | Brian T. Jackson | District court incumbent—54A district | 4/18/22 | 600 | 845 |
| 149 | Lisa Babcock | District court non-incumbent—54B district | 4/18/22 | 100 | 125 |
| 150 | Ryan John Tetloff | District court incumbent—56A district | 4/18/22 | 600 | 800 |
| 151 | Nicholas Christensen | District court non-incumbent—59th district | 4/11/22 | 100 | 182 |
| 152 | Mary A. Beebe | District court incumbent—82nd district (partial) | 3/30/22 | 100 | 180 |
| | | | | | 562,605 |

# APPENDIX 2



STATE OF MICHIGAN
BUREAU OF ELECTIONS
LANSING

May 23, 2022

## STAFF REPORT ON FRAUDULENT NOMINATING PETITIONS

## I. Introduction

During review of candidate nominating petitions submitted for the August 2, 2022 Primary Election, Bureau of Elections (Bureau) staff identified 36 petition circulators[1] who submitted fraudulent petition sheets consisting entirely of invalid signatures. All petition sheets submitted by these circulators displayed suspicious patterns indicative of fraud, and staff reviewing these signatures against the Qualified Voter File (QVF) did not identify any signatures that appeared to be submitted by a registered voter. Taken together, these circulators provided nominating petitions in at least 10 petition drives. During standard petition review, staff identified the same circulators in several sets of petitions for which at least 2,000 signatures were required to appear on the ballot, including candidates for governor, circuit judge, and district judge.

In total, the Bureau estimates that these circulators submitted at least 68,000 invalid signatures submitted across 10 sets of nominating petitions.  In several instances, the number of invalid signatures submitted by these circulators was the reason a candidate had an insufficient number of valid signatures.  In other instances, while invalid signatures were identified in the candidate's filing, the number was insufficient to move the number of signatures below the threshold for ballot qualification.

Although it is typical for staff to encounter some signatures of dubious authenticity scattered within nominating petitions, the Bureau is unaware of another election cycle in which this many circulators submitted such a substantial volume of fraudulent petition sheets consisting of invalid signatures, nor an instance in which it affected as many candidate petitions as at present.

Because of the pervasiveness of fraudulent petition sheets and the fact that sheets submitted by the same circulators affected multiple candidates, staff have prepared an omnibus report documenting the detection of, and staff response to, these petition sheets. The extent to which each candidate's ballot qualification is affected by these circulators is proportional to the number and percentage of these circulator sheets in the candidate's nominating petition submission. This report explains how and when staff identified the fraudulent petition sheets, the process developed to address the fraudulent sheets, and an appendix showing examples of the practices these circulators used to submit invalid signatures.

---

[1] See Appendix II for list of circulators.

## II. Timeline of Detection and Response

The Bureau of Elections accepts filings for candidates seeking election to certain offices in Michigan. Most candidates make their filings in the two weeks preceding the filing deadline. In 2022, the filing deadline was April 19.[2]

Given the large number of candidates seeking to qualify for the ballot, Bureau staff began to review nominating petitions at the end of March, after several gubernatorial candidates had submitted nominating petitions. During this review, staff noticed a large number of petition sheets, submitted by certain circulators, appeared fraudulent and consisted entirely of invalid signatures. These petition sheets tended to display at least one of the following patterns:

- An unusually large number of petition sheets where every signature line was completed, or where every line was completed but one or two lines were crossed out;[3]
- Many sheets showing signs of apparent attempts at "intentional" signature invalidity, including sheets where an entry listed a county in the "city or township" field, or a birth date rather than the date of signing in the "date" field;[4]
- An unusually large number of petition sheets that showed no evidence of normal wear that accompanies circulation, including folding, scuffing, minor water damage from rain, or any of the other characteristics that come from sheets being kept on clipboards and handled by multiple people in public or outdoor conditions.
- Sheets that appeared to be "round-tabled" a practice in which a group of individuals passes around sheets with each individual signing one line on each sheet with handwriting different from the circulator's handwriting, in an attempt to make handwriting and signatures appear authentic and received from actual voters.
- Sheets on which blank and completed lines were randomly interspersed, indicating that a sheet had been submitted "mid-round-table." In such cases, a sheet was submitted even though the round-tabling process had not been completed.
- Sheets where all ten lines had signatures and partial addresses or dates, but only a random subset were fully completed;
- Sheets on which every instance of the handwriting of certain letters across different signatory lines and sheets, including in the signatures themselves, was near-identical;[5]
- Sets of sheets where the two or three distinct handwriting styles appeared on multiple sheets.[6]

---

[2] "[N]ominating petitions shall be received by the secretary of state for filing in accordance with this act up to 4 p.m. of the fifteenth Tuesday before the August primary." (MCL 168.53)

[3] Sheets on which every line is completing are relatively uncommon because of the requirement that voters sign petition sheets only with a header including the voter's county of residence. Usually, a circulator gathering signatures will collect signatures on multiple sheets for multiple counties simultaneously. When the circulator has completed circulation of those sheets, they will often have a handful of entirely completed sheets and a roughly equivalent number of partially completed sheets. The fraudulent-petition circulators submitted few sheets with fewer than ten signatures, and most of the sheets with fewer than ten signatures were the result of signatures crossed out in black marker rather than any remaining blanks. The cross-out signatures appear to attempts to mimic legitimate circulators crossing off the names of signatories determined to be ineligible prior to submission.

[4] These errors are uncommon but sporadically observed on sheets submitted by typical circulators. In this case they appear to be an unsuccessful attempt to mimic the difficulties of collecting signatures from real individuals.

[5] For example, capital "A" and "H" would be identical across all petition sheets for a given circulator.

[6] For example, in one cluster each sheet would have a distinctive slanted signature, a distinctive looping signature, and a signature that was unusually small.

Based on these observations, staff began to compare signatures on the petitions to the QVF. During its review against the QVF, staff noticed the following:

- Discrepancies in the signature appearing on the petition sheet and the voter's signature appearing in the Qualified Voter File;
- An unusually high number of signatures corresponding to addresses where the voter was previously but not currently registered to vote;[7]
- An unusually high number of signatures corresponding to formerly registered voters whose registrations were cancelled because the voter had died months or years prior to the date of the signature;[8]
- Several errors in the voters' names where the name on the petition was spelled differently than the voters' registration in the QVF or where the petition used the voter's middle name or a diminutive or nickname;
- The jurisdictions listed almost always utilized the mailing address versus the actual jurisdiction.

After review, staff identified across multiple drives numerous circulators that had submitted fraudulent signatures and assembled a list of the names of circulators who had signed multiple petition sheets consisting of invalid signatures. These patters suggest to staff that the fraudulent circulators were utilizing an outdated mailing list obtained from some source. As more nominating petitions were submitted, staff continued to identify fraudulent sheets and build the list of circulators consistently submitting such sheets.

After the April 19, 2022 filing deadline passed, staff scanned and provided copies of nominating petitions to anyone who had requested copies. As much as possible, staff provides copies of all requested petitions within 24 hours of receiving the request. Challenges to the sufficiency of nominating petitions were submitted to the Bureau of Elections by Tuesday, April 26.[9] Some challenges included lists of circulators who challengers alleged had submitted fraudulent petition sheets. Many of the circulators on the lists included by challengers were the same circulators staff had identified during the initial review of petitions.[10]

### III. Processing Petition Sheets

The Bureau's standard approach to processing nominating petitions has two stages. First, staff "face reviews" every petition sheet and signature for facial compliance with the Michigan Election Law, which includes: checking that the signature header and the circulator certificate are properly completed; that each signature is accompanied by an address, name, and date; that

---

[7] Many of these voters had moved years prior to the date they allegedly signed the petition sheet. A large number of out-of-date addresses is often the result of fraudulent-petition circulators finding names on outdated voter registration and mailing lists to add to petition sheets.

[8] Similar to the outdated addresses, a high frequency of names of deceased individuals indicates that fraudulent-petition circulators found names to include on petition sheets on an outdated voter registration or mailing list.

[9] As in every election cycle, in addition to challenges to petition signatures, a number of challenges were made to the sufficiency of a candidate's *Affidavit of Identity* or *Affidavit of Candidacy*. These affidavit challenges are resolved by the Secretary of State in her role as the filing official for these candidates. Just as the Secretary of State does not determine the sufficiency of a candidate's nominating petitions, the Board of State Canvassers does not determine the sufficiency of a candidate's filed affidavit. For that reason, staff does not address challenges to affidavits in staff reports presented to the Board.

[10] Some circulators who challengers claimed to have submitted fraudulent petitions were reviewed by staff and found to be legitimate circulators collecting real signatures. For example, one challenge cited Abram Minton, but staff determined that the signatures on Minton's petitions sheets did not appear to be forged.

the city or township in which the signer claimed to reside was in the county written on the signature header; and other issues required for a facially valid sheet or signature. During past face reviews, the Bureau has identified scattered instances of signatures of dubious authenticity, and upon review of the signature removed these from the total of valid signatures

At the conclusion of stage one (face review), staff determines how many signatures have been disqualified for facial errors and the calculates the balance of remaining potential valid signatures remaining. If the candidate now has fewer signatures than the total required to qualify, the Bureau will recommend that the Board determine the petitions insufficient. If the candidate has more signatures remaining than the required number to qualify, the Bureau notes the difference (the "cushion").

In the second stage, Bureau staff then reviews any challenges to the petition's sufficiency. If the number of challenged signatures is larger than the cushion, staff processes the challenge and determines how many of the challenged signatures were invalid. If the number of challenged signatures is not larger than the cushion, staff does not process the challenge because the cushion could not be overcome by the challenge (even if all challenged signatures were invalid, the candidate would still have enough signatures to qualify).

After reviewing the challenge, if the number of potentially valid signatures remaining on the candidate's nominating petitions falls below the threshold required to be placed on the ballot, staff recommends that the Board of State Canvassers determine the candidate's petitions to be insufficient. If, at the time processing was complete, the number of potentially valid signatures remaining on the candidate's nominating petitions is above the threshold required to be placed on the ballot, staff recommends that the Board of State Canvassers certify the candidate's name to the ballot.

Because, in the past, the number of signatures of dubious authenticity were typically scattered throughout petitions and relatively small in number, the Bureau has previously not developed a separate review procedure for fraudulent petition sheets. Instead, the Bureau would review sheets and signatures individually if identified during face review or during a challenge. However, because of the unprecedented number of fraudulent petition sheets consistent of invalid signatures identified during the initial review of petition sheets submitted this election cycle, and the fact that the same fraudulent-petition circulators submitted petition sheets for many different candidates, it was not practical to review these sheets individually during the course of ordinary face review and challenge processing.

Instead, staff utilized an additional step within the processing method described above. Prior to face review, staff reviewed each candidate's petitions for petitions signed by circulators who were suspected of submitting fraudulent sheets.[11] Signatures appearing on these fraudulent sheets were separated from the remaining petition sheets for each candidate. To verify that these fraudulent petition sheets did not include sheets or individual signatures that were actually valid signatures submitted by registered voters, staff conducted a targeted signature check of

---

[11] Additionally, during this review staff flagged the names of additional circulators who submitted forged petition sheets. These additional names were checked and, if they were determined to have submitted a large number of entirely forged signature sheets, their names were added to the list of circulators whose petition sheets were pulled prior to the facial review.

signatures across each circulator's sheets for each candidate to confirm that these circulators' submissions in fact consisted of fraudulent sheets with invalid signatures.[12]

The Bureau determined that all reviewed signatures appearing on sheets signed by the fraudulent-petition circulators were invalid. After petition sheets submitted by the fraudulent-petition circulators were identified, the number of signatures appearing on those sheets was totaled and that total was subtracted from the number of signatures submitted by the candidate. If the candidate had enough potentially valid signatures to remaining to avoid immediate disqualification, the petitions were then put through the face review and challenge process described above. If not, Bureau recommended the Board determine the petitions insufficient.

Staff determined that the fraudulent petition sheets consisted of signatures that were invalid because the petitions consisted of names of voters who were not registered in the appropriate jurisdiction, or names of valid registered voters with forged signatures. Staff were able to identify fraudulent petition sheets using a combination of methods. First, staff noted that the signatures, names, addresses, and dates on many of the fraudulent sheets were obviously signed by one or a small number of individuals which can be seen in the Upon noticing these similarities in handwriting, staff began to check individual signatures and voter information against the Qualified Voter File.

Review showed that a significant percentage of alleged signatories were no longer registered in the jurisdiction because they had moved from the address marked on the petition sheet months or years before. Review also revealed that a number of the alleged signatories' registrations were cancelled because the individual had died prior to the date of signing. None of the reviewed signatures appearing on these petition sheets had redeeming qualities demonstrating a match when compared with the signature on file.

## IV. Remedial Action

The Bureau's review of sheets submitted by fraudulent-petition circulators has resulted in determinations that many candidates have insufficient petitions for this election. Candidate-level determinations are described on the staff report for each candidate. Staff are also working with the Michigan Department of State's Office of Investigative Services to refer incidents of apparent fraud to law enforcement for criminal investigation.

At this point, the Bureau does not have reason to believe that any specific candidates or campaigns were aware of the activities of fraudulent-petition circulators. The Bureau notes the preponderance of media reports about the difficulty in securing circulators and signatures this year, given the abundance of petition campaigns nationwide and the continuing lack of in-person events.[13] Reportedly, the average cost of signature gathering rose from $5 to $7 per signature to $20 per signature. A news article from late 2021 indicates that head of the firm was recruiting circulators in Florida.[14] He previously pled guilty to two counts of election fraud in 2011,[15] in

---

[12] If this targeted review showed that a circulator had collected legitimate signatures, the circulator was removed from the list of fraudulent-petition circulators and signatures appearing on that circulator's petition sheets were added back into the universe of potentially valid signatures.

[13] Soaring signature costs may bar some candidates from making Michigan ballot | Bridge Michigan

[14] Man who broke law gathering voter signatures in VA now doing same work in Florida | WFLA

[15] Case #: CR11000315-00 and CR11000316-00

which he reportedly instructed two individuals to sign as a witness on dozens of petition sheets filled with signatures they did not collect.[16]

The Bureau does recommend that candidates and campaigns implement a quality control process before filing petitions, and to cross out any invalid signatures proper to submission.[17] Regardless of the level of review candidates conducted before submitting nominating petitions, the Bureau's recommendation to the Board is based on the number of valid signatures remaining after review.

---

[16] Head of Signature Collection Firm Pleads Guilty | ARLnow - Arlington, Va. local news
[17] See Circulating and Canvassing Countywide Petition Forms (Nominating and Qualifying Petitions), p. 14, available at https://www.michigan.gov/sos/elections/candidates/filing

Appendix I: Examples of Fraudulent Practices

### 1. Identical sheets collected for multiple drives

During the canvass, the Bureau was notified via email by a citizen who indicated that two judicial candidates running for the same office engaged the same group of fraudulent circulators staff identified. The email alleged that the pages circulated are nearly identical which caused Shelton to not submit the signatures. When comparing the pages between the two candidates below, they are virtually identical with the only differences between the two being the name of the information in the heading:

(Continued: virtually identical petition sheets submitted by the same circulator in the same order for two different candidates in the same race.)





**2. Signatures from voters who have been canceled or have not lived at the address on the petition for years.**

Through its review, staff identified a number of fraudulent signatures that were purported to be from voters who had been canceled. Voters were canceled for a variety of reasons which

included moving out of state and death.  Several signatures also listed an address where the voter has not resided from at least one to eight years prior to signing.

Brown petition sheet 1435, line 6: moved from address listed in 2014.

Brown petition sheet 1291, line 10: died in 2019.

Brown petition sheet 1515, line 6: died in 2019.

Brown petition sheet 1515, line 9: died in 2021.

Brown petition sheet 1521, line 9: moved from this address in 2014.

Brown petition sheet 1506, line 5: died in 2020.

Markey petition sheet 1274, line 5: died 1/2022.

Johnson petition sheet 602, line 6: moved from this address in 2021.

Johnson petition sheet 2068, line 2: canceled.

Malone petition sheet 207, line 8: canceled 2021.

Malone petition sheet 9, line 8: died in 2020.

Malone petition sheet 418, lines 3 and 9: canceled.

Malone petition sheet 659, line 1 and 2: died in 2021 and 2016, respectively:

Malone petition sheet 481, line 2: died in 2018.

Brandenburg petition sheet 233, line 4: died in 2016.

10



**3. Signatures where the voter's name was misspelled or utilized an uncommon abbreviation**

In some cases, the voter's name is misspelled, either in the signature block or in the block for the voter's printed name. The purported name of a registered voter being misspelled is an indicator of fraud.  Although signatures do not need to be legible to be accepted, a large number of petition sheets across multiple drives contained errors in which the proffered signature appears to have a different spelling than the printed name - an indicator of fraud.

Johnson petition sheet 736, line 8: voter's name is Lia and the signature indicates "Lian" or "Liar."

Johnson petition sheet 736, line 10: voter's surname is Ziga and the signature and printed name indicate "Zigh."

Johnson petition sheet 723, line 5: voter's name is Jody and signature and printed name indicate "Joby."

Johnson petition sheet 611, line 1: voter's surname is McDonough and printed name indicates "McDough."

Johnson petition sheet 603, line 4: voter's surname is Breecher and printed name indicates "Beecher."

Johnson petition sheet 4043, line 1: voter's name is Seana and signature and printed name indicate "Sean."

Johnson petition sheet 4043, line 3: voter's name is Bornstein and signature and printed name indicate "Bornstien."

Johnson petition sheet 2626, line 3: voter's name is Vicki but sheet indicates that she signs her name as "Vicki" but prints it as "Viki."

Malone petition sheet 206, line 8: voter's name is Adolfo Gutierrez-Cosme but printed name indicates "Adolf Cosme."

Malone petition sheet 243, line 1: voter's name is Teddy Tue but signature indicates "Telly T."

11

Malone petition sheet 497, line 4: voter's name is Brian Lee but signature and printed name indicate "Bryan Lee."



Malone petition sheet 208, line 8: voter's name is Shannon Lemmon but printed name indicates "Shannon Lemmons."



An additional anomaly is the use of a first name and last initial as a signature. Using a first initial and last name (for example, J. Smith) is not uncommon; the inverse (John S.) is rare. Nonetheless, this unusual combination was included throughout the fraudulent petition sheets, including the below examples:

Brown petition sheet 31, line 3:



Brown petition sheet 1796, lines 6 and 8:



Brown petition sheet 2197, line 10:



Brown petition sheet 2295, line 2:



Brown petition sheet 652, line 3:



Markey petition sheet 1274, lines 5 and 6:



Johnson petition sheet 602, line 6:



Johnson petition sheet 731, line 8:



Johnson petition sheet 4043, line 7:



### 4. Misspellings in other fields or mischaracterizations of jurisdictions

In some cases, the name of the voter's jurisdiction or street was spelled wrong, or the jurisdiction was mischaracterized. For example, Bloomfield Hills was often written as Bloomfield.

Johnson petition sheet 735, line 8: voter lives on Crossbridge Dr. in Holly and the petition sheet indicates "Crosshires Dr." in "Holy."

12



Johnson petition sheet 731, lines 4 and 7: the city of Clarkston is spelled "Clarksten." Additionally, both appear to be written by the same hand.

Johnson petition sheet 4064, line 8: voter lives on Callender St, not "Calender St."

Johnson petition sheet 611, lines 4 and 8: voters live in Bloomfield Hills and petition sheet indicates Bloomfield.

In addition to the examples above, throughout the Malone submission, fraudulent-petition circulator Stephen Tinnin listed their jurisdiction as Browns*stone* Township instead of Browns*town* Township, as in Malone petition sheets 518, 160, and 342, below.

### 5. Distinctive flourishes repeated throughout several signatures

Characteristics of certain fraudulent-petition circulators included a distinctive writing slant, use of certain letters or, in this case the lower-case "f" in Flint and circle instead of a dot over the lower-case "i."

Markey petition sheet 2268, line 6:

Markey petition sheet 2269, line 4:

Markey petition sheet 2363, line 2:

Markey petition sheet 2251, line 9:

Brown petition sheet 351, line 9:

13



Brandenburg petition sheet 875, line 5:

The 1st and 2nd signatures on Brown petition sheet 1187 and the 4th and 5th signatures on Brown petition sheet 1356 display the same distinctive flourish across the entire signature. The flourish does not appear in any of the four signatures in QVF.

The "M" in the 2nd and 10th signatures on Malone petition sheet 714 is also distinctive.

In some cases, rather than attempting varying signatures, the circulator would intentionally scrawl illegibly for some or all signatures, as on Craig petition sheet 248, below. Staff compared all of the following signatures against those in the QVF and none had any redeeming qualities. Additionally, the first signer lives in Farmington Hills, not Farmington.

Craig petition sheet 2548, below, likewise shows consistent use of an intentionally illegible scrawl. None remotely resembled the signer's QVF signature.

## 6.   Petition sheets all in the same hand

Some pages are more obvious than others. For instance, at times fraudulent-petition circulators made little effort to vary handwriting.

Craig petition sheet 887:

14

Craig petition sheet 2066:



Malone petition sheet 243:



### 7.  Roundtabled sheets

In other instances, they circulated petition sheets among themselves, each filling out a line. The petition sheets below are examples sheet that were submitted "mid-round-table." While most of the values are completed, the people who were charged with forging the signatures on lines 3, 5, and 9 of Craig petition sheet 2521 left those spaces blank.  There are distinctive patterns between the completed lines as well.



Below is another example of a sheet that was submitted mid-round-table, where blank and completed lines were randomly interspersed.

Craig petition sheet 812:

**8. Examples from other circulators**

Staff's tally for fraudulent-petition circulators and fraudulent signatures likely understates the total volume. Additional examples of sheets clearly completed by a single hand, or which were round-tabled, are below. In the second and third example, alternating lines were filled out by different colored pens to convey randomness. However, similar handwriting is clear across sheets and especially when the lines completed in a certain color are considered together.

Cox (unnumbered because fraudulent-petition circulators were not enough to place candidate below minimum signature threshold)

Appendix II: List of Circulators Submitting Fraudulent Petitions

The following fraudulent-petition circulators submitted petition sheets across at least 10 campaigns:

Davon Best
Siarra Bergami
Antonio Braxton
Brianna Briggs
Charles Calvin
Nicholas Carlton
Jaylynn Casey
DeShawn Evans
Jehvon Evans
Justin Garland
Corey Hampton
Jonell Hampton
LeVaughn Hearn
Briana Heron
Aaliyah Ingram
Danyil Lancaster

Teddrick Lee
Niccolo Mastromatteo
Indira Radcliffe
Aaliyah Render
Priya Render
Indira Roopchard
Giovannee Smith
Tremari Smith
Ryan Snowden
Stephen Tinnin
Freddie Toliver
Diallo Vaughn
Yazmine Vasser
William Williams

The following fraudulent-petition circulators submitted petition sheets for a single campaign:

Charlotte Hanover
Violet Rose Edwards
Cory Sims
Crystal Stephens
Siarra Brown
Dashlene Petit Phard

17

# APPENDIX 3

STATE OF MICHIGAN
BUREAU OF ELECTIONS
LANSING

May 23, 2022

---

### REVIEW OF NOMINATING PETITION

DONNA BRANDENBURG
Republican Candidate for Governor

---

**NUMBER OF VALID SIGNATURES REQUIRED:**  15,000 signatures.

**TOTAL FILING:**  17,778 signatures.

**RESULT OF REVIEW:**  6,634 facially valid signatures, 11,144 invalid signatures.

| | | |
|---|---|---|
| Total number of signatures filed | | 17,778 |
| Number of signatures on sheets submitted by fraudulent-petition circulators | *Less:* | 11,144 |
| TOTAL | | 6,634 |

Staff reviewed each petition sheet submitted by Ms. Brandenburg. During that review, staff flagged each sheet which was signed by a fraudulent-petition circulator. For additional information on sheets submitted by fraudulent-petition circulators, see *Staff Report on Fraudulent Nominating Petitions*.

In total, staff's review of Ms. Brandenburg's petition sheets identified 11,144 invalid signatures and 6,634 facially valid signatures, which dropped her below the 15,000 threshold and rendered her ineligible for the ballot.

Signatures from the following fraudulent-petition circulators were included in Ms. Brandenburg's submission:

| | |
|---|---|
| Siarra Bergami | 749 signatures |
| Davon Best | 280 signatures |
| Antonio Braxton | 535 signatures |
| Nicholas Carlton | 750 signatures |
| DeShawn Evans | 686 signatures |
| Jehvon Evans | 276 signatures |
| Justin Garland | 202 signatures |
| Corey Hampton | 573 signatures |
| Jonell Hampton | 961 signatures |
| LeVaughn Hearn | 197 signatures |
| Aaliayah Ingram | 216 signatures |

| | |
|---|---|
| Danyil Lancaster | 216 signatures |
| Niccolo Mastromatteo | 43 signatures |
| Ryan Snowden | 789 signatures |
| Trevon Stewart | 146 signatures |
| Stephen Tinnin | 1,156 signatures |
| Yazmine Vasser | 1,078 signatures |
| Diallo Vaughn | 220 signatures |
| William Williams | 2,071 signatures |
| | 11,144 signatures |

Many of the petition sheets—especially those submitted by more frequent fraudulent-petition circulators—displayed little effort to vary handwriting, including the example below.



Others included outdated voter information, including signatures purported to be from voters who had in fact moved from the listed address years prior or who were deceased.

Brandenburg petition sheet 233, line 4: died in 2016.



Brandenburg petition sheet 302, line 7: moved from listed address in 2017.



Further examples of the fraudulent signatures can be found in Staff Report on Fraudulent Nominating Petitions.

**CHALLENGE:**  None.

**STAFF RECOMMENDATION:**  Determine petition insufficient.

2

STATE OF MICHIGAN
BUREAU OF ELECTIONS
LANSING

May 23, 2022

REVIEW OF NOMINATING PETITION

MICHAEL BROWN
Republican Candidate for Governor

**NUMBER OF VALID SIGNATURES REQUIRED:** 15,000 signatures.

**TOTAL FILING:** 20,900 signatures.

**RESULT OF REVIEW:** 7,091 facially valid signatures, 13,809 invalid signatures.

| | | |
|---|---|---|
| Total number of signatures filed | | 20,900 |
| Circulator errors (incomplete circulator block, damaged sheets, etc.) | *Less:* | 34 |
| Number of signatures on sheets submitted by fraudulent-petition circulators | *Less:* | 13,775 |
| TOTAL | | 7,091 |

Staff reviewed each petition sheet submitted by Mr. Brown. During that review, staff flagged each sheet which was signed by a fraudulent-petition circulator. For additional information on sheets submitted by fraudulent-petition circulators, see *Staff Report on Fraudulent Nominating Petitions*.

In total, staff's review of Mr. Brown's petition sheets identified 13,775 invalid signatures and 7,091 facially valid signatures, which dropped him below the 15,000 threshold and rendered him ineligible for the ballot.

Signatures from the following fraudulent-petition circulators were included in Mr. Brown's submission:

| | |
|---|---|
| Siarra Bergami | 68 signatures |
| Nicholas Carlton | 168 signatures |
| Jaylynn Casey | 138 signatures |
| Justin Garland | 910 signatures |
| Brianna Heron | 2,568 signatures |
| Teddrick Lee | 1,109 signatures |
| Dashlene Petit Phard | 173 signatures |
| Aaliyah Render | 1,134 signatures |
| Priya Render | 1,450 signatures |

| | |
|---|---|
| Indira Roopchand | 848 signatures |
| Cory Sims | 109 signatures |
| Giovanee Smith | 2,431 signatures |
| Tremari Smith | 2,140 signatures |
| Crystal Stephens | 350 signatures |
| Stephen Tinnin | 97 signatures |
| Diallo Vaughn | 33 signatures |
| William Williams | 49 signatures |
| | 13,775 signatures |

These circulators submitted signatures with the same patterns consistent with other filings.  For example, several signatures were clearly signed in the same hand:

Sheet 1187:



Sheet 1356:



The 1st and 2nd signatures on petition sheet 1187 and the 4th and 5th signatures on petition sheet 1356 display the same distinctive cross across the entire signature, none of which appears in the voters' signatures in the Qualified Voter File.

Similarly, each signature on sheet 652 appears to be entirely signed by the circulator:



2

Several signatures on sheets circulated by the above contained signatures by voters that have been cancelled. For example, Petition sheet 1506, line 5: died in 2020:



Petition sheet 1515, line 9: died in 2021:

Petition sheet 1291, line 10: died in 2019:

Finally, several sheets contained signatures from voters who have not lived at the purported address on the petition for several years. For example, sheet 1506, line 8: the voter has not lived at this address since 2018:

Petition sheet 1521, line 9: moved from address listed in 2014:

Petition sheet 1435, line 6: moved from address listed in 2014:

Further examples of the fraudulent signatures can be found in *Staff Report on Fraudulent Nominating Petitions.*

**CHALLENGE:** None.

**STAFF RECOMMENDATION:** Determine petition insufficient.

3

STATE OF MICHIGAN
BUREAU OF ELECTIONS
LANSING

May 23, 2022

---

### REVIEW OF NOMINATING PETITIONS

JAMES CRAIG
Republican Candidate for Governor

---

**NUMBER OF VALID SIGNATURES REQUIRED:**  15,000 signatures.

**TOTAL FILING:**  21,305 signatures.

**RESULT OF FACE REVIEW:**  10,192 facially valid signatures, 11,113 invalid signatures.

| | | |
|---|---|---:|
| Total number of signatures filed | | 21,305 |
| Signature errors (no signature or incomplete signature) | *Less:* | 506 |
| Miscellaneous errors (signatures of dubious authenticity where the petition signature does not match the signature on file or multiple signatures appear to have been written by the same individual, etc.) | *Less:* | 728 |
| Number of signatures on sheets submitted by fraudulent-petition circulators | | 9,879 |
| TOTAL | | 10,192 |

Staff reviewed each petition sheet submitted by Mr. Craig. During that review, staff flagged each sheet which was signed by a fraudulent-petition circulator. For additional information on sheets submitted by fraudulent-petition circulators, see *Staff Report on Fraudulent Nominating Petitions*.

In total, staff's review of Mr. Craig's petition sheets identified 11,113 invalid signatures and 10,192 facially valid signatures, which dropped him below the 15,000 threshold and rendered him ineligible for the ballot.

Signatures from the following 18 fraudulent-petition circulators, accounting for 9,879 signatures, were included in Mr. Craig's submission:

| | |
|---|---|
| Davon Best | 220 signatures |
| Antonio Braxton | 232 signatures |
| Brianna Briggs | 19 signatures |
| Nicholas Carlton | 1,003 signatures |
| Deshawn Evans | 1,036 signatures |

| Jehvon Evans | 80 signatures |
|---|---|
| Justin Garland | 703 signatures |
| Corey Hampton | 895 signatures |
| Jonell Hampton | 654 signatures |
| LeVaughn Hearn | 121 signatures |
| Aaliyah Ingram | 286 signatures |
| Niccolo Mastromatteo | 108 signatures |
| Ryan Snowden | 55 signatures |
| Trevon Stewart | 151 signatures |
| Stephen Tinnin | 1,411 signatures |
| Yazmine Vasser | 1,985 signatures |
| Diollo Vaughn | 520 signatures |
| William Williams | 400 signatures |
| | 9,879 signatures |

Distinctive characteristics of petition sheets submitted by fraudulent-petition circulators included all of the following:

**1. Consistent handwriting for the entirety of a petition sheet, including signatures.**

Some pages are more obvious than others. For instance, at times fraudulent-petition circulators made little effort to vary handwriting.

Petition sheet 887:



Petition sheet 2066:



Petition sheet 2548:



2

In some cases, rather than attempting varying signatures, the circulator would intentionally scrawl illegibly. Staff compared all of the following signatures against those in the QVF and none had any redeeming qualities. Additionally, the first signer lives in Farmington Hills, not Farmington.



2. **Evidence of "round-tabling," a practice in which a group of individuals passes around sheets with each individual signing one line on each sheet in an effort to vary handwriting.**

In other instances, they circulated petition sheets among themselves, each filling out a line. The petition sheet below is an example of a sheet that was submitted "mid-round-table." While most of the values are completed, the people who were charged with forging the signatures on lines 3, 5, and 9 of petition sheet 2521 left the signature spaces blank.



Another example of a sheet that was submitted mid-round-table. Petition sheet 812:



Further examples of the fraudulent signatures can be found in Staff Report on Fraudulent Nominating Petitions.

**ATTEMPTED SUPPLEMENTAL FILING:** Mr. Craig attempted to make a supplemental submission of signatures on April 19, 2022. However, the Michigan Election Law[1] provides that "nominating petitions shall be received by the secretary of state for filing in accordance with this act up to 4 p.m. of the fifteenth Tuesday before the August primary." Craig produced his supplemental signatures at the Bureau at approximately 4:30 p.m. on April 19, the fifteenth Tuesday before the August primary. As such, they could not be accepted and were not processed or considered.

---

[1] MCL 168.53

3

**CHALLENGE:**  Mark Brewer and Thomas Suchocki both submitted challenges to Mr. Craig's petitions, but these challenges were not considered because Mr. Craig lacked sufficient signatures to qualify for the ballot after the initial review described above.

Mr. Brewer challenged 6,933 allegedly forged signatures by the following circulators in the following numbers:

|                   |               |                  |
|-------------------|---------------|------------------|
| Stephen Tinnin    | 143 petitions | 1,364 signatures |
| Yazmine Vasser    | 173 petitions | 1,725 signatures |
| Deshawn Evans     | 96 petitions  | 946 signatures   |
| Nicholas Carlton  | 96 petitions  | 946 signatures   |
| Jonell Hampton    | 60 petitions  | 562 signatures   |
| Corey Hampton     | 63 petitions  | 560 signatures   |
| Diallo Vaughn     | 52 petitions  | 520 signatures   |
| William Williams  | 31 petitions  | 310 signatures   |

Mr. Brewer challenged additional signatures that allegedly had defective headings, defective circulator certificates, defective signatures (including jurisdictional defects), duplicative signatures, and signatures of dead persons. The total number of challenges to signatures was 9,652, with some being challenged as defective for multiple reasons. However, as stated above, the challenge was not processed, because the circulators named above are the same ones the Bureau had already identified as fraudulent-petition circulators in its own review. Mr. Craig did not meet the threshold for certification to the ballot based on the Bureau's initial review.

Mr. Suchocki also submitted a challenge, alleging 7,107 defects in signatures and that 172 signatures were duplicates.

In Mr. Craig's response to the Brewer challenge, he replied that "[d]espite the potential efforts of a group of circulators to defraud the campaign, it is our belief that the petition remains valid." He ascribes that belief to the assertion that "a signature comparison will likely show that the circulators did not write in a sufficient number of false signatures to erase the comfortable cushion of supporters amassed by the campaign."

Mr. Craig may be able to rehabilitate many signatures challenged by Mr. Suchocki—for example, Mr. Craig is correct in stating that omission of a zip code would not invalidate a signature—but the Bureau did not fully process the challenge because the number of signatures removed from the total after the review of fraudulent-petition circulators were such that Mr. Craig was already far below the minimum threshold for ballot access.

**STAFF RECOMMENDATION:**  Determine petition insufficient.

4

STATE OF MICHIGAN
BUREAU OF ELECTIONS
LANSING

May 23, 2022

---

**REVIEW OF NOMINATING PETITIONS**

TUDOR DIXON
Republican Candidate for Governor

---

**NUMBER OF VALID SIGNATURES REQUIRED:**  15,000 signatures.

**TOTAL FILING:**  29,240 signatures.

**RESULT OF REVIEW:** 29,041 facially valid signatures

| | | |
|---|---|---:|
| Total number of signatures filed | | 29,240 |
| Challenged signatures (circulator attempted to correct jurisdiction error after signature) | *Less:* | 122 |
| Number of signatures on sheets submitted by fraudulent-petition circulators | *Less:* | 77 |
| TOTAL | | 29,041 |

Staff reviewed each petition sheet submitted by Ms. Dixon. During that review, staff flagged each sheet which was signed by a fraudulent-petition circulator. For additional information on sheets submitted by fraudulent-petition circulators, see *Staff Report on Fraudulent Nominating Petitions*.

In total, staff's review of Ms. Dixon's petition sheets identified 77 invalid signatures and 29,041 facially valid signatures.

Signatures from the following fraudulent-petition circulators[1] were included in Mr. Johnson's submission:

| | |
|---|---|
| Stephen Tinnin | 73 signatures |
| Freddie Toliver | 4 signatures |
| | 77 signatures |

---

[1] Staff also identified 1,076 signatures submitted by Diallo Daniely, many of which appeared to be signatures of dubious authenticity. However, unlike circulators who were included in the staff report on fraudulent nominating petitions, it was not the case that every signature submitted by Diallo Daniely did not have any redeeming qualities. Accordingly, staff did not include his petitions among the fraudulent-petition circulator petitions. Regardless, there were not a sufficient number of signatures submitted by Diallo Daniely to bring Ms. Dixon below the threshold required for qualification to the ballot even if all of those signatures were invalid.

**CHALLENGE:**  Maryanne Illman filed a challenge to Tudor Dixon's nominating petitions. Ms. Illman alleged that all of Ms. Dixon's petitions should be rejected because the header of the petitions listed the gubernatorial term sought as ending in 2026, rather than in 2027. The term of office ends at noon on January 1, 2027.[2] Because the challenge, if successful, would have disqualified all of Dixon's petitions, staff processed the challenge.

The challenge notes, "the Michigan Election Law does not require a gubernatorial candidate to provide a term expiration date on a nominating petition[.]" Regardless, the challenger argues that no gubernatorial term ends in 2026 and that the heading is misleading to voters and inconsistent with the requirements of Michigan Election Law. However, an office's term expiration date is not among the required elements on a nominating petition. MCL 168.544c.  In an unpublished opinion,[3] the Michigan Court of Appeals cited *omission* of a *required* element on a nominating petition as a reason for invalidating the signatures collected on that petition. However, *inclusion* of an element that is *not required*, even if that element is incorrect, does not carry the same penalty as long as the inclusion is determined to be harmless.[4]

In its guidance to candidates, the Bureau of Elections states that "[F]or all offices except certain judicial offices, the failure to include the "Term Expiration Date" does not render a petition sheet invalid if the filing official can ascertain which position the candidate is seeking."[5] (emphasis in original). The guidance goes on to provide that when there is only one possible term for an office, inclusion of the expiration date need not be included. Omitting an expiration date—when there is only one possible date and the element is not required—is similar to including an expiration date when there is only one possible date, and the element is not required. Therefore, the defect in the Dixon nominating petitions is similarly harmless and staff recommends rejection of the challenge.  See also *Freeman v. Board of State Canvassers*, Dkt No. 310933 Mich. App. 2012 (stating that omissions are not fatal if location on the ballot can be readily be determined).

Additionally, Ms. Illman alleges that 25 of the names of signatories on Ms. Dixon's petition sheets belonged to apparent deceased individuals, and that four of Dixon's sheets were circulated by a fraudulent-petition circulator. However, even with the exclusion of all of those signatures, Dixon would easily meet the threshold for inclusion on the ballot.

Finally, Ms. Illman challenges every signature on sheets circulated by Corey Jamison as it appears the city or township name for all signers has been modified. Jamison submitted 122 signatures. Staff agrees with the argument made in this challenge; however, even if all were determined to be invalid, it would not affect Ms. Dixon's eligibility.

Because the challenges which staff recommends accepting and the signatures submitted by fraudulent-petition circulators do not place a sufficient number of signatures into question to bring Ms. Dixon below the threshold of required signatures, staff recommends rejecting the challenge and determining the petition sufficient.

**STAFF RECOMMENDATION:**  Determine petition sufficient.

---

[2] MCL 168.63
[3] Aiello v. Sabaugh, 2016 Mich. App. LEXIS 1214, 2016 WL 3421388
[4] See Comm. to Ban Fracking in Mich. V. Sec'y of State, 2020 Mich. App. LEXIS 2563 (finding that the inclusion of the incorrect election date in the heading of a statewide initiative did not render the entire petition sheet invalid).
[5] Michigan Dep't of State, Bureau of Elections, Circulating and Canvassing Countywide Petition Forms: Nominating and Qualifying Petitions at 7 (April 2020).

2

STATE OF MICHIGAN
BUREAU OF ELECTIONS
LANSING

May 23, 2022

---

### REVIEW OF NOMINATING PETITION

PERRY JOHNSON
Republican Candidate for Governor

---

**NUMBER OF VALID SIGNATURES REQUIRED:** 15,000 signatures.

**TOTAL FILING:** 23,193 signatures.

**RESULT OF REVIEW:** 13,800 facially valid signatures, 9,393 invalid signatures.

| | | |
|---|---|---:|
| Total number of signatures filed | | 23,193 |
| Not registered | *Less:* | 68 |
| Jurisdiction errors (no city in county known by name given by signer, dual jurisdiction entry, jurisdiction name given by signer does not align with address) | *Less:* | 1,336 |
| Date errors (no date given by signer, date of birth entered, or date given by signer is later than circulator's date of signing) | *Less:* | 269 |
| Address errors (no street address or rural route given) | *Less:* | 81 |
| Circulator errors (circulator did not sign or date petition, etc.) | *Less:* | 239 |
| Signature errors (no signature or incomplete signature) | *Less:* | 15 |
| Miscellaneous errors (signatures of dubious authenticity where the petition signature does not match the signature on file or multiple signatures appear to have been written by the same individual, etc.) | *Less:* | 402 |
| Number of signatures on sheets submitted by fraudulent-petition circulators | *Less:* | 6,983 |
| TOTAL | | 13,800 |

Staff reviewed each petition sheet submitted by Mr. Johnson. During that review, staff flagged each sheet which was signed by a fraudulent-petition circulator. For additional information on sheets submitted by fraudulent-petition circulators, see *Staff Report on Fraudulent Nominating Petitions*.

In total, staff's review of Mr. Johnson's petition sheets identified 9,393 invalid signatures and 13,800 facially valid signatures, which dropped him below the 15,000 threshold and rendered him ineligible for the ballot.

Signatures from the following fraudulent-petition circulators were included in Mr. Johnson's submission:

| | |
|---|---:|
| Davon Best | 60 signatures |
| Antonio Braxton | 177 signatures |
| Brianna Briggs | 254 signatures |
| Nicholas Carlton | 404 signatures |
| DeShawn Evans | 401 signatures |
| Jehvon Evans | 70 signatures |
| Justin Garland | 203 signatures |
| LeVaughn Hearn | 108 signatures |
| Brianna Heron | 450 signatures |
| Aaliyah Ingram | 154 signatures |
| Niccolo Mastromatteo | 97 signatures |
| Giovannee Smith | 460 signatures |
| Ryan Snowden | 1,077 signatures |
| Trevon Stewart | 29 signatures |
| Stephen Tinnin | 1,034 signatures |
| Yazmine Vasser | 576 signatures |
| Diallo Vaughn | 440 signatures |
| William Williams | 989 signatures |
| | 6,983 signatures |

Distinctive characteristics of petition sheets submitted by fraudulent-petition circulators included all of the following:

1. **Signatures from voters who have been canceled or have not lived at the address on the petition for years.**

Through its review, staff identified a number of fraudulent signatures that were purported to be from voters who had been canceled. Voters were canceled for a variety of reasons which included moving out of state and death. Several signatures also listed an address where the voter has not resided from at least one to eight years prior to signing.

Johnson petition sheet 602, line 6: moved from this address in 2021.



Johnson petition sheet 2068, line 2: canceled.



2. **Misspelled names or addresses.**

In some cases, the voter's name is misspelled, either in the signature block or in the block for the voter's printed name. Misspelling of the purported individual's own name is an indicator of fraud. Although signatures do not need to be legible to be accepted, a large number of signatures in which the proffered signature appears to have a different spelling than the printed name is an indicator of fraud.

Johnson petition sheet 736, line 8: voter's name is Lia and the signature indicates what appears "Lian" or "Liar."

Johnson petition sheet 736, line 10: voter's surname is Ziga and the signature and printed name indicate "Zigh."

Johnson petition sheet 723, line 5: voter's name is Jody and signature and printed name indicate "Joby."

Johnson petition sheet 611, line 1: voter's surname is McDonough and printed name indicates "McDough."

Johnson petition sheet 603, line 4: voter's surname is Breecher and printed name indicates "Beecher."

Johnson petition sheet 4043, line 1: voter's name is Seana and signature and printed name indicate "Sean."

Johnson petition sheet 4043, line 3: voter's name is Bornstein and signature and printed name indicate "Bornstien."

Johnson petition sheet 2626, line 3: voter's name is Vicki but sheet indicates that she signs her name as "Vicki" but prints it as "Viki."

In some cases, the name of the voter's jurisdiction or street was spelled wrong, or the jurisdiction was mischaracterized. For example, Bloomfield Hills was often written as Bloomfield.

Johnson petition sheet 735, line 8: voter lives on Crossbridge Dr. in Holly and the petition sheet indicates "Crosshires Dr." in "Holy."

Johnson petition sheet 731, lines 4 and 7: the city of Clarkston is spelled "Clarksten." Additionally, both appear to be written by the same hand.

Johnson petition sheet 4064, line 8: voter lives on Callender St, not "Calender St."

Johnson petition sheet 611, lines 4 and 8: voters live in Bloomfield Hills and petition sheet indicates Bloomfield.

**3.  Repeated use of an uncommon signature abbreviation.**

3

An additional anomaly is the use of a first name and last initial as a signature. Using a first initial and last name (for example, J. Smith) is not uncommon; the inverse (John S.) is rare. Nonetheless, this unusual combination was included throughout the fraudulent petition sheets, including the below examples:

Johnson petition sheet 602, line 6:



Johnson petition sheet 731, line 8:

Johnson petition sheet 4043, line 7:

Further examples of the fraudulent signatures can be found in *Staff Report on Fraudulent Nominating Petitions*.

**ADDITIONAL INVALID SIGNATURES IDENTIFIED DURING FACE REVIEW:** As with all candidates, the staff initially conducted a face review of Mr. Johnson's petition sheets. Substantial numbers of signatures were deemed invalid on face review based on the errors described above, with one of the largest numbers coming from jurisdictional errors. The three jurisdictional error codes are OC, NC, and DUAL, which correspond with the provisions in the Michigan Election Law[1] and are described in the manual produced by the Bureau on *Circulating and Canvassing Countywide Petition Forms: Nominating and Qualifying Petitions*.[2] This manual is provided to election officials and candidates for office.

OC describes an instance in which the address given is outside the city or township identified by the signer. For instance, commonly signers would write "Oakland" or "Wayne" as their city or township when they actually lived in Oakland or Wayne counties. Because there is a township of Oakland and city of Wayne, staff verified that signers committed the errors described. This error invalidated 521 signatures.

---

[1] MCL 168.544c and 168.544d.
[2] https://www.michigan.gov/-/media/Project/Websites/sos/16delrio/SOS_ED105_County_Pet_Form.pdf?rev=daee67c93fb24f5e95c14a39d625ff95

4

NC describes an instance where there is no city or township by the name listed located within the county listed in the heading of the petition sheet. For instance, the petition sheet heading would identify all signers as Macomb County residents but individual signers would list their city or township as Monroe (which is in Monroe County), Ann Arbor (which is in Washtenaw County) or Troy (which is in Oakland County). This error invalidated 711 signatures.



DUAL describes a dual jurisdictional entry, meaning the signer wrote the names of two or more jurisdictions in the space for the city or township where registered. If it is clear that one of the two entries refers to the county—for instance "Detroit, Wayne Co." or "Detroit/Wayne County"—the signature would not be invalidated, but if the signer wrote "Detroit/Wayne"—it represents a dual jurisdictional entry and is invalid. This error invalidated 104 signatures.

The petition also included 402 signatures with miscellaneous errors, including signatures of dubious authenticity submitted by circulators other than those listed in the fraudulent-circulator report. For instance, Dulce Amaya Romero submitted 4 petition sheets which 40 signatures of dubious authenticity.

5

**CHALLENGE:**  Mr. Johnson's signatures were challenged by Carol Bray. Specifically, Ms. Bray alleged that the signatures included all of the following:

- 66 entries by dead persons
- 1 entry from a person who submitted an affidavit indicating that her signature was forged
- 99 entries that were crossed out (note: this is not an error. These signatures are never included in the Bureau's count and therefore do not need to be removed.)
- 98 duplicate signatures
- 334 entries by persons who were also included on petition sheets of other gubernatorial candidates
- 8 entries of signers who are not registered to vote in the city or township indicated
- 47 entries that appear not to include a signature
- 293 entries that include jurisdictional errors
- 230 entries that include date errors
- 293 miscellaneous errors
- 343 <u>sheets</u> submitted by fraudulent-petition circulators (specifically, Stephen Tinnin, Yazmine Vassar, Deshawn Evans, Nicholas Carlton, Diallo Vaughn, and William Williams)

In sum, Ms. Bray challenged 6,065 signatures. However, as stated above, the challenge was not processed, because the circulators named above are the same ones the staff had already identified as fraudulent-petition circulators in its own review. Mr. Johnson did not meet the threshold for certification to the ballot based on the staff's initial review.

Mr. Johnson's response to the challenge argued that Ms. Bray could not know that signatures on the 343 sheets were fraudulent because she does not have access to the Qualified Voter File to verify signatures. However, the staff's review of signatures submitted by fraudulent-petition circulators determined these signatures were invalid.

**STAFF RECOMMENDATION:**  Determine petition insufficient.

STATE OF MICHIGAN
BUREAU OF ELECTIONS
LANSING

May 23, 2022

---

**REVIEW OF NOMINATING PETITION**

MICHAEL JAY MARKEY, JR.
Republican Candidate for Governor

---

**NUMBER OF VALID SIGNATURES REQUIRED:**  15,000 signatures.

**TOTAL FILING:**  21,804 signatures.

**RESULT OF FACE REVIEW:**  4,430 facially valid signatures, 17,374 invalid signatures.

| | | |
|---|---|---|
| Total number of signatures filed | | 21,804 |
| Number of signatures on sheets submitted by fraudulent-petition circulators | *Less:* | 17,374 |
| TOTAL | | 4,430 |

Staff reviewed each petition sheet submitted by Mr. Markey. During that review, staff flagged each sheet which was signed by a fraudulent-petition circulator. For additional information on sheets submitted by fraudulent-petition circulators, see *Staff Report on Fraudulent Nominating Petitions*.

In total, staff's review of Mr. Markey's petition sheets identified 17,374 invalid signatures and 4,430 facially valid signatures, which dropped him below the 15,000 signature threshold and rendered him ineligible for the ballot.

Signatures from the following 24 fraudulent-petition circulators were included in Mr. Markey's submission:

| | |
|---|---|
| Davon Best | 397 signatures |
| Brianna Briggs | 883 signatures |
| Siarra Brown | 465 signatures |
| Charles Calvin | 50 signatures |
| Nicholas Carlton | 197 signatures |
| DeShawn Evans | 1,529 signatures |
| Justin Garland | 1,125 signatures |
| LeVaughn Hearn | 338 signatures |

| | |
|---|---|
| Briana Heron | 1,038 signatures |
| Aaliyah Ingram | 393 signatures |
| Danyil Lancaster | 755 signatures |
| Teddrick Lee | 1,293 signatures |
| Niccolo Mastromatteo | 319 signatures |
| Indira Radcliffe | 1,980 signatures |
| Aaliyah Render | 359 signatures |
| Priya Render | 1,535 signatures |
| Giovannee Smith | 928 signatures |
| Tremari Smith | 474 signatures |
| Ryan Snowden | 594 signatures |
| Stephen Tinnin | 929 signatures |
| Freddie Toliver | 8 signatures |
| Diallo Vaughn | 791 signatures |
| Yazmine Vasser | 347 signatures |
| William Williams | 647 signatures |
| | 17,374 signatures |

These circulators submitted signatures with the patterns consistent with other filings where fraud was discovered. Below is example of a fraudulent-petition sheet from Mr. Markey's drive in which all ten signatures did not match the Qualified Voter File.



Several signatures circulated by the fraudulent-petition circulators had been cancelled. For instance, Petition sheet 1274, line 5, has been cancelled:



An additional anomaly in the signatures above is the use of a first name and last initial as a signature. Using a first initial and last name (for example, J. Smith) is not uncommon; the

2

inverse (John S.) is rare. Nonetheless, this unusual combination was included throughout the fraudulent petition sheets.

Characteristics of certain fraudulent-petition circulators included a distinctive writing slant, use of certain letters or, in this case the lower-case "f" in Flint and circle instead of a dot over the lower-case "i."

Petition sheet 2268, line 6:



Petition sheet 2269, line 4:



Petition sheet 2363, line 2:



Petition sheet 2251, line 9:



Further examples of the fraudulent signatures can be found in *Staff Report on Fraudulent Nominating Petitions*.

**CHALLENGE:**  None.

**STAFF RECOMMENDATION:**  Determine petition insufficient.

STATE OF MICHIGAN
**BUREAU OF ELECTIONS**
LANSING

May 23, 2022

---

**REVIEW OF NOMINATING PETITION**

PHILIP CAVANAGH
Nonpartisan Candidate for 3rd Circuit Judge, Non-Incumbent Position

---

**NUMBER OF VALID SIGNATURES REQUIRED:** 4,000 signatures.

**TOTAL FILING:** 5,348 signatures.

**RESULT OF FACE REVIEW:** 3,816 facially valid signatures, 1,532 invalid signatures.

| | | |
|---|---|---|
| Total number of signatures filed | | 5,348 |
| Not registered | *Less:* | 107 |
| Jurisdiction errors (no city in county known by name given by signer, dual jurisdiction entry, jurisdiction name given by signer does not align with address) | *Less:* | 172 |
| Date errors (no date given by signer, date of birth entered, or date given by signer is later than circulator's date of signing) | *Less:* | 67 |
| Address errors (no street address or rural route given) | *Less:* | 10 |
| Circulator errors (circulator did not sign or date petition, etc.) | *Less:* | 50 |
| Signature errors (no signature or incomplete signature) | *Less:* | 1 |
| Number of signatures on sheets submitted by fraudulent-petition circulators | *Less:* | 1,125 |
| TOTAL | | 3,816 |

Staff reviewed each petition sheet submitted by Mr. Cavanagh. During that review, staff flagged each sheet which was signed by a fraudulent-petition circulator. For additional information on sheets submitted by fraudulent-petition circulators, see *Staff Report on Fraudulent Nominating Petitions*.

In total, staff's review of Mr. Cavanagh's petition sheets identified 1,532 invalid signatures and 3,816 facially valid signatures, which dropped him below the 4,000 threshold and rendered him ineligible for the ballot.

Unlike in other campaigns with fraudulent-petition circulators, which included the same circulators who submitted fraudulent petition sheets across drives, two individuals—Charlotte

Hanover and Violet Rose Evans—submitted all 1,125 fraudulent signatures to Mr. Cavanagh's campaign and did not submit to any other campaigns.

However, these petition sheets contained similar defects to those found in other fraudulent-petition circulator submissions, including the following:

Cavanagh petition sheet 347,  line 1: voter's name is Sue, not Susan.
                       line 2: voter's name is Alicia but printed name indicates "Alica."
                       line 3: voter's name is Jeramie but signature and printed name
                               indicate "Jeremy."



Cavanagh petition sheet 343, line 7: voter died in 2021.



Cavanagh petition sheet 267: alternating pens but distinctive slang and way of writing cursive "M" and "N" which is also present in the circulator's "M" in "Michigan."

**CHALLENGE:**  Mr. Cavanagh's signatures were challenged by Jeffrey David Hillman. He alleged that 1,195 signatures across 132 petition sheets circulated by Violet Rose Edwards and Charlotte Hanover were fraudulent. However, the challenge was not processed because the circulators named above are the same ones the staff had already identified as fraudulent-petition circulators in its own review.

Mr. Hillman also alleged that a number of signers were not registered voters and that other signatures were invalid due to other defects, including date, jurisdictional, and signature defects. However, the challenge was not processed because based on the staff's face review, Mr. Cavanagh already did not have sufficient valid signatures to qualify for the ballot.

In his response to the challenge, Mr. Cavanagh argued that the challenge was technically invalid for reasons relating to whether the challenge to specific signatures appeared in the sworn text of the complaint.

**STAFF RECOMMENDATION:**  Determine petition insufficient.

3

STATE OF MICHIGAN
BUREAU OF ELECTIONS
LANSING

May 23, 2022

---

**REVIEW OF NOMINATING PETITION**

TRICIA DARE
Nonpartisan Candidate for 6th Circuit Judge, Non-Incumbent Position

---

**NUMBER OF VALID SIGNATURES REQUIRED:**  4,000 signatures.

**TOTAL FILING:**  7,267 signatures.

**RESULT OF FACE REVIEW:**  3,175 facially valid signatures, 4,092 invalid signatures.

| | | |
|---|---|---:|
| Total number of signatures filed | | 7,267 |
| Not registered | *Less:* | 8 |
| Date errors (no date given by signer, date of birth entered, or date given by signer is later than circulator's date of signing) | *Less:* | 18 |
| Address errors (no street address or rural route given) | *Less:* | 5 |
| Circulator errors (circulator did not sign or date petition, etc.) | *Less:* | 22 |
| Signature errors (no signature or incomplete signature) | *Less:* | 1 |
| Miscellaneous errors (signatures of dubious authenticity where the petition signature does not match the signature on file or multiple signatures appear to have been written by the same individual, etc.) | *Less:* | 4,038 |
| TOTAL | | 3,175 |

Staff reviewed each petition sheet submitted by Ms. Dare. During that review, staff flagged each sheet which was signed by a fraudulent-petition circulator. For additional information on sheets submitted by fraudulent-petition circulators, see *Staff Report on Fraudulent Nominating Petitions*.

In total, staff's review of Ms. Dare's petition sheets identified 4,038 invalid signatures and 3,175 facially valid signatures, which dropped her below the 4,000 signature threshold and rendered her ineligible for the ballot.

Signatures from the following fraudulent-petition circulators were included in Ms. Dare's submission:

| | |
|---|---|
| Antonio Braxton | 150 signatures |
| Brianna Briggs | 10 signatures |

| | |
|---|---|
| Nicholas Carlton | 464 signatures |
| DeShawn Evans | 120 signatures |
| Corey Hampton | 144 signatures |
| Jonell Hampton | 212 signatures |
| LeVaughn Hearn | 224 signatures |
| Aaliyah Ingram | 172 signatures |
| Danyil Lancaster | 258 signatures |
| Niccolo Mastromatteo | 85 signatures |
| Trevon Stewart | 105 signatures |
| Stephen Tinnin | 883 signatures |
| Diallo Vaughn | 130 signatures |
| Yazmine Vasser | 681 signatures |
| William Williams | 400 signatures |
| | 4,038 signatures |

Circulators engaged by both Ms. Dare and Ms. Shelton, another candidate for this office, turned in virtually identical petition sheets, with signatures in the same order. Ms. Shelton did not submit the petition sheets in question. See, for example, two pairs of virtually identical petition sheets submitted for different campaigns in the same race.

## NOMINATING PETITION
(COUNTYWIDE NONPARTISAN)

INSTRUCTIONS ON REVERSE SIDE

The "Countywide" Nonpartisan Petition form may be used by any partisan candidate. Exceptions: the form may not be used by a candidate who seeks a school board position, intermediate school board position, community college trustee position, library board position or a district library board position.

We, the undersigned, registered and qualified voters of the County of **Oakland**, and State of Michigan, nominate **Amanda J. Shelton**

_(Name of Candidate)_

**20285 Coryell Drive**  **Beverly Hills**  as a candidate for the office of **Judge of Circuit Court - Regular Term- Non-Incumbent Position**

_(Street Address or Rural Route)_  _(City or Township)_  _(Title of Office/Term Expiration Date)_

**6th Circuit Court**, to be voted for at the Primary Election to be held on the **2nd** day of **August**, 20 **22**.

_(District, if any)_

**WARNING - A PERSON WHO KNOWINGLY SIGNS MORE PETITIONS FOR THE SAME OFFICE THAN THERE ARE PERSONS TO BE ELECTED TO THE OFFICE, SIGNS A PETITION MORE THAN ONCE, OR SIGNS A NAME OTHER THAN HIS OR HER OWN IS VIOLATING THE PROVISIONS OF THE MICHIGAN ELECTION LAW.**

| | Signature | Printed Name | Street Address or Rural Route | Name of City or Township | Zip Code | Month | Day | Year |
|---|---|---|---|---|---|---|---|---|
| 1. | | Jenna Henderson | 4508 Pearl Rd | Swartz creek | 48473 | 03 | 28 | 22 |
| 2. | | J smith | 167 Wardell | Clarkston | 48346 | 03 | 28 | 22 |
| 3. | Cynthia Brown | Cynthia Brinkel | 5884 Seymour lake Rd | Oxford | 48371 | 3 | 28 | 22 |
| 4. | Shirla Drene | Shirla McAlene | 936 Williamsbury ct. | Waterford | 48328 | 3 | 29 | 22 |
| 5. | Rebecca Honaker | Rebecca Honbeck | 367 Shotwell Ct. | White Lake | 48386 | 3 | 29 | 22 |
| 6. | Robbin Slaw | Robbin Miles | 180 Summitview | White Lake | 48386 | 3 | 29 | 22 |
| 7. | Allison Slabey | Allison Slabey | 180 Summitview ct | White Lake | 48386 | 3 | 29 | 22 |
| 8. | Judy A Charboneau | Judy A Charboneau | 985 Spence | Pontiac mi | 48340 | 3 | 29 | 22 |
| 9. | Sheila Mahon | Sheila Mahon Tanner | 408 Earthbrook | White Lake | 48386 | 3 | 29 | 22 |
| 10. | Pamela LeaRay | Pamela Lea Ray | 840 s. cass Lake | Waterford, MI | 48328 | 3 | 29 | 22 |

### CERTIFICATE OF CIRCULATOR

The undersigned circulator of the above petition asserts that he or she is 18 years of age or older and a United States citizen; that each signature on the petition was signed in his or her presence; that he or she has neither caused nor permitted a person to sign the petition more than once and has no knowledge of a person signing the petition more than once; and that, to his or her best knowledge and belief, each signature is the genuine signature of the person purporting to sign the petition, the person signing the petition was at the time of signing a registered elector of the City or Township listed preceding the signature, and the elector was qualified to sign the petition.

☐ If the circulator is not a resident of Michigan, the circulator shall make a cross [X] or check mark [✔] in the box provided, otherwise each signature on this petition sheet is invalid and the signatures will not be counted by a filing official. By making a cross or check mark in the box provided, the undersigned circulator asserts that he or she is not a resident of Michigan and agrees to accept the jurisdiction of this state for the purpose of any legal proceeding or hearing that concerns a petition sheet executed by the circulator and agrees that legal process served on the Secretary of State or a designated agent of the Secretary of State has the same effect as if personally served on the circulator.

**WARNING - A CIRCULATOR KNOWINGLY MAKING A FALSE STATEMENT IN THE ABOVE CERTIFICATE, A PERSON NOT A CIRCULATOR WHO SIGNS AS A CIRCULATOR, OR A PERSON WHO SIGNS A NAME OTHER THAN HIS OR HER OWN AS CIRCULATOR IS GUILTY OF A MISDEMEANOR.**

**CIRCULATOR — DO NOT SIGN OR DATE CERTIFICATE UNTIL AFTER CIRCULATING PETITION.**

_(Signature of Circulator)_  **3/29/202**

_(Printed Name of Circulator)_

**2550 Oak Farm Ln**

_(Complete Residence Address (Street and Number or Rural Route) - [Do not enter a post office box]_

**Ortonville, MI 48462**

_(City or Township, State, Zip Code)_  _(County of Registration, If Registered to Vote, of a Circulator who is not a Resident of Michigan)_

Form Approved by the Director of Elections, State of Michigan  www.PrintingSystems.us  (800) 95-12345  (R 16/19)  FORM # 408

---

(Continued: virtually identical petition sheets submitted by the same circulator in the same order for two different candidates in the same race.)

---

## NOMINATING PETITION
(COUNTYWIDE NON-PARTISAN)

INSTRUCTIONS ON REVERSE SIDE

* The "Countywide" Non-Partisan Petition form may be used by any non-partisan candidate. Exceptions: the form may not be used by a candidate who seeks a school board position, intermediate school board position, community college trustee position, library board position or a district library board position.

We, the undersigned, registered and qualified voters of the County of **OAKLAND**, and State of Michigan, nominate **TRICIA DARE**   **170 GREAT PINES DR.**

_(Name of Candidate)_   _(Street Address or Rural Route)_

**OXFORD**  as a candidate for the office of **CIRCUIT COURT JUDGE / REGULAR TERM – NON-INCUMBENT POSITION**   **6TH**

_(City or Township)_  _(Title of Office/Term Expiration Date)_  _(District, if any)_

to be voted for at the Primary Election to be held on the **2ND** day of **AUGUST**, 20 **22**.   **4 0 8**

**WARNING—A PERSON WHO KNOWINGLY SIGNS MORE PETITIONS FOR THE SAME OFFICE THAN THERE ARE PERSONS TO BE ELECTED TO THE OFFICE, SIGNS A PETITION MORE THAN ONCE, OR SIGNS A NAME OTHER THAN HIS OR HER OWN IS VIOLATING THE PROVISIONS OF THE MICHIGAN ELECTION LAW.**

| | SIGNATURE | PRINTED NAME | STREET ADDRESS OR RURAL ROUTE | NAME OF CITY OR TOWNSHIP | ZIP CODE | MO | DAY | YEAR |
|---|---|---|---|---|---|---|---|---|
| 1. | Gay McGlinn | Gay McGlinn | 3868 Sharon Dr | White Lake | 48386 | 3 | 28 | 22 |
| 2. | Gail Pfaff | Gail Pfaff | 64 Plante | Pontiac | 48341 | 3 | 28 | 22 |
| 3. | Lisa Kird | Lisa Kird | 1440 Oregon Blvd | Waterford | 48327 | 3 | 28 | 22 |
| 4. | Bret Holman | Bret Holman | 172 Fairan Staller | Waterford | 48327 | 3 | 28 | 22 |
| 5. | Shelby Wacek | Shelby Wacek | 1160 Barker | Waterford | 48329 | 3 | 28 | 22 |
| 6. | Zofia Jurkiewicz | Zofia Jurkiewicz | 3804 Majestic Oaks | Commerce Twp. | 48382 | 3 | 28 | 22 |
| 7. | Chris Stage | Chris Stage | 1541 Rick Blvd | White Lake | 48386 | 3 | 28 | 22 |
| 8. | Jason Arthur | Jason Arthur | 9750 Highland | White Lake | 48383 | 3 | 28 | 22 |
| 9. | Jen Smith | Jen Smith | 1451 Hunt Rd | Holland | 48375 | 3 | 28 | 22 |
| 10. | William Normatte | William Normatte | 380 Oak Farm Ln | Ortonville | 48462 | 3 | 28 | 2022 |

### CERTIFICATE OF CIRCULATOR

The undersigned circulator of the above petition asserts that he or she is 18 years of age or older and a United States citizen; that each signature on the petition was signed in his or her presence; that he or she has neither caused nor permitted a person to sign the petition more than once and has no knowledge of a person signing the petition more than once; and that, to his or her best knowledge and belief, each signature is the genuine signature of the person purporting to sign the petition, the person signing the petition was at the time of signing a registered elector of the City or Township listed preceding the signature, and the elector was qualified to sign the petition.

☐ If the circulator is not a resident of Michigan, the circulator shall make a cross [X] or check mark [✔] in the box provided, otherwise each signature on this petition sheet is invalid and the signatures will not be counted by a filing official. By making a cross or check mark in the box provided, the undersigned circulator asserts that he or she is not a resident of Michigan and agrees to accept the jurisdiction of this state for the purpose of any legal proceeding or hearing that concerns a petition sheet executed by the circulator and agrees that legal process served on the Secretary of State or a designated agent of the Secretary of State has the same effect as if personally served on the circulator.

**WARNING - A CIRCULATOR KNOWINGLY MAKING A FALSE STATEMENT IN THE ABOVE CERTIFICATE, A PERSON NOT A CIRCULATOR WHO SIGNS AS A CIRCULATOR, OR A PERSON WHO SIGNS A NAME OTHER THAN HIS OR HER OWN AS CIRCULATOR IS GUILTY OF A MISDEMEANOR.**

Michigan Election Resources - Form No. 208 - Revised 12/20/19 - Approved by the Director of Elections, State of Michigan

**CIRCULATOR — DO NOT SIGN OR DATE CERTIFICATE UNTIL AFTER CIRCULATING PETITION.**

_(Signature of Circulator)_  **3/28/2022**

_(Printed Name of Circulator)_  **William Normatte**

**2550 Oak Farm Ln**

_(Complete Residence Address (Street and Number or Rural Route) - [Do not enter a post office box]_

**Ortonville, MI 48462**

_(City or Township, State, Zip Code)_  _(County of Registration, If Registered to Vote, of a Circulator who is not a Resident of Michigan)_

3

In some instances, fraudulent-petition circulators circulated petitions among themselves, each filling out a line or a few lines, in a tactic known as "round-tabling." The petition sheets below are examples of sheets that were submitted "mid-round-table." While most of the values are completed, the sheet was finalized and submitted before the sheet was filled out completely, resulting in blank and completed lines randomly interspersed.



4

**CHALLENGE:**  A challenge was filed by Kay I. Shelton, in which Ms.Shelton alleges that Ms. Dare submitted fraudulent signatures circulated by Niccolo Mastromatteo; that four circulators omitted or submitted incomplete addresses, rendering those petition sheets invalid; and that fifteen circulators submitting petition sheets submitted fraudulent signatures, rendering the petition sheets submitted by those circulators invalid.

The alleged fraudulent circulators in the challenge are listed below:

| | |
|---|---|
| Antonio Braxton | Danyil Lancaster |
| Nicholas Carlton | Abram Minton[1] |
| Dashaun Evans | Jessica Moreno |
| Corey Hampton | Tevon Stewart |
| Jonell Hampton | Stephen Tinnin |
| LeVaugh Hearn | Diallo Vaugh (sic) |
| Alaiyah Ingram | William Williams |

In her response, Ms. Dare replies that the challenged signatures sum to 3,019 at most—which would still leave Ms. Dare with a comfortable cushion of valid signatures. Regardless, the challenge was not processed because the submission was deemed insufficient on face review.

**STAFF RECOMMENDATION:**  Determine petition insufficient.

---

[1] A targeted review of signatures submitted by Minton indicted that there were redeeming qualities to the signatures. Accordingly, petition sheets submitted by him were face reviewed and were included in Ms. Dare's total number of facially valid signatures.

STATE OF MICHIGAN
BUREAU OF ELECTIONS
LANSING

May 23, 2022

**REVIEW OF NOMINATING PETITION**

JOHN MICHAEL MALONE
Nonpartisan Candidate for 3rd Circuit Judge, Non-Incumbent Position

**NUMBER OF VALID SIGNATURES REQUIRED:** 4,000 signatures.

**TOTAL FILING:** 6,947 signatures.

**RESULT OF FACE REVIEW:** 1,348 valid signatures, 5,599 invalid signatures.

| | | |
|---|---|---|
| Total number of signatures filed | | 6,947 |
| Jurisdiction errors (no city in county known by name given by signer, dual jurisdiction entry, jurisdiction name given by signer does not align with address) | *Less:* | 8 |
| Address errors (no street address or rural route given) | *Less:* | 2 |
| Circulator errors (circulator did not sign or date petition, etc.) | *Less:* | 10 |
| Signature errors (no signature or incomplete signature) | *Less:* | 13 |
| Number of signatures on sheets submitted by fraudulent-petition circulators | *Less:* | 5,566 |
| TOTAL | | 1,348 |

Staff reviewed each petition sheet submitted by Mr. Malone. During that review, staff flagged each sheet which was signed by a fraudulent-petition circulator. For additional information on sheets submitted by fraudulent-petition circulators, see *Staff Report on Fraudulent Nominating Petitions*.

In total, staff's review of Mr. Malone's petition sheets identified 5,599 invalid signatures and 1,348 facially valid signatures, which dropped him below the 4,000 signature threshold and rendered him ineligible for the ballot.

Signatures from the following fraudulent-petition circulators were included in Mr. Malone's submission:

| | |
|---|---|
| Davon Best | 237 signatures |
| Antonio Braxton | 185 signatures |
| Nicholas Carlton | 732 signatures |
| DeShawn Evans | 268 signatures |

| | |
|---|---|
| Jehvon Evans | 151 signatures |
| Corey Hampton | 183 signatures |
| Jonell Hampton | 201 signatures |
| LeVaughn Hearn | 157 signatures |
| Danyil Lancaster | 435 signatures |
| Ryan Snowden | 710 signatures |
| Stephen Tinnin | 594 signatures |
| Diallo Vaughn | 80 signatures |
| Yazmine Vasser | 217 signatures |
| William Williams | 1,416 signatures |
| | 5,566 signatures |

In addition to issues common with fraudulent-petition circulators in general, staff identified specific factors in this petition set. First, in several sheets circulated by Stephen Tinnin, numerous voters listed their jurisdiction as "Brown*stone* Township" rather than the actual name, "Brown*town*." In several instances, the names of the voters themselves were also misspelled:



This substitution of "Brownstone" for "Brownstown" was identified across dozens of sheets and hundreds of signatures.

Additionally, consistent with other drives, staff verified that several of the purported signers had either not lived at the address listed on the petition for several years or had been cancelled with several appearing on one sheet:

2

| INSTRUCTIONS ON REVERSE SIDE | NOMINATING PETITION (COUNTYWIDE NONPARTISAN) | |
|---|---|---|

"The 'Countywide' Nonpartisan Petition form may be used by any nonpartisan candidate. Exceptions: the form may not be used by a candidate who seeks a school board position, intermediate school board position, community college trustee position, library board position or a district library board position."

We, the undersigned, registered and qualified voters of the County of ____ Wayne ____, and State of Michigan, nominate **John Michael Malone**
(Name of Candidate)

871 Grand Marais ____ Grosse Pointe Park ____ as a candidate for the office of ____ Circuit Court Judge - Regular Term - Non-Incumbent Position / January 1, 2029

(Street Address or Rural Route) (City or Township) (Name of Office/Term Expiration Date)

3rd Circuit ____, to be voted for at the Primary Election to be held on the ____ 2nd ____ day of ____ August ____, 20 22 ____. 622

(District, if any)

**WARNING - A PERSON WHO KNOWINGLY SIGNS MORE PETITIONS FOR THE SAME OFFICE THAN THERE ARE PERSONS TO BE ELECTED TO THE OFFICE, SIGNS A PETITION MORE THAN ONCE, OR SIGNS A NAME OTHER THAN HIS OR HER OWN IS VIOLATING THE PROVISIONS OF THE MICHIGAN ELECTION LAW.**

| | Signature | Printed Name | Street Address or Rural Route | Name of City or Township | Zip Code | DATE OF SIGNING Month Day Year |
|---|---|---|---|---|---|---|
| 1. | John Vitale | John Vitale | 1709 Thistle Dr | Canton | 48188 | 04 10 22 |
| 2. | Lynn Cam | Lynn Cam | 39208 Torrid Creek Dr | Westland | 48185 | 4 10 22 |
| 3. | Kenneth Coats | Kenneth Coats | 1361 Middlebelt Rd | Inkster | 48141 | 4 10 22 |
| 4. | Bertha Wiggins | Bertha Wiggins | 44676 Dianne St | Canton | 88188 | 4 10 22 |
| 5. | Jane Leache | Jane Leache | 1045 Palmer St | Plymouth | 48170 | 4 10 22 |
| 6. | Kresa Brun | Kresa Brun | 13497 Skinner St | Southgate | 48195 | 4 10 22 |
| 7. | Elmer Zimmer | Elmer Zimmerman | 5135 Gloria St | Wayne | 48184 | 04 10 22 |
| 8. | Charise Anderson | Charise Anderson | 50308 Scarborough Rd | Canton | 48188 | 4 10 22 |
| 9. | Chivon Medanil | Chivon McDaniel | 15690 Cook Village 4H | Taylor | 40180 | 4 10 22 |
| 10. | Naima Randolph | Naima Randolph | 42477 Blackstone Ct | Canton | 48184 | 10 22 |

**CERTIFICATE OF CIRCULATOR**

The undersigned circulator of the above petition asserts that he or she is 18 years of age or older and a United States citizen; that each signature on the petition was signed in his or her presence; that he or she has neither caused nor permitted a person to sign the petition more than once and has no knowledge of a person signing the petition more than once, and that, to his or her best knowledge and belief, each signature is the genuine signature of the person purporting to sign the petition, the person signing the petition was at the time of signing a registered elector of the City or Township indicated preceding the signature, and the elector was qualified to sign the petition.

☐ If the circulator is not a resident of Michigan, the circulator shall make a cross [X] or check mark [V] in the box provided, otherwise each signature on this petition sheet is invalid and the signatures will not be counted by a filing official. By making a cross or check mark in the box provided, the undersigned circulator asserts that he or she is not a resident of Michigan and agrees to accept the jurisdiction of this state for the purpose of any legal proceeding or hearing that concerns a petition sheet executed by the circulator and agrees that legal process served on the Secretary of State or a designated agent of the Secretary of State has the same effect as if personally served on the circulator.

**WARNING - A CIRCULATOR KNOWINGLY MAKING A FALSE STATEMENT IN THE ABOVE CERTIFICATE, A PERSON NOT A CIRCULATOR WHO SIGNS AS A CIRCULATOR, OR A PERSON WHO SIGNS A NAME OTHER THAN HIS OR HER OWN AS CIRCULATOR IS GUILTY OF A MISDEMEANOR.**

**CIRCULATOR — DO NOT SIGN OR DATE CERTIFICATE UNTIL AFTER CIRCULATING PETITION.**

(Signature of Circulator) ____ 4 10 22 (Date)

(Printed Name of Circulator)

(Complete Residence Address [Street and Number or Rural Route] - [Do not enter a post office box])

(City or Township, State, Zip Code)

(County of Registration, if Registered to Vote, of a Circulator who is not a Resident of Michigan)

Form Approved by the Director of Elections, State of Michigan
www.PrintingSystems.us (800) 95-12345 (R 10/19) **FORM #406**

---

The individuals on lines 3, 4, and 9 were all cancelled 2017, 2018 and 2021 respectively.

Notably, on the above petition sheet, line 8 was purportedly signed by Charise Anderson. Ms. Anderson is Mr. Malone's challenger in the primary election. The signature purporting to belong to Ms. Anderson does not match Ms. Anderson's signature in the Qualified Voter File or on the Affidavit of Identity Ms. Anderson filed with the Bureau.

**CHALLENGE:** Jeffrey David Hillman challenged the nominating petitions submitted by Mr. Malone, alleging that 5,890 signatures across 620 petition sheets were invalid. Mr. Hillman challenged sheets circulated by Davon Best, Antonio Braxton, Nicholas Carlton, Jehvon Evans, Corey Hampton, Jonell Hampton, LeVaughn Hearn, Danyil Lancaster, Ryan Snowden, Stephen Tinnin, Diallo Vaughn, Yazmine Vasser, and William Williams as fraudulent. The challenge was not processed, because the circulators challenged by Mr. Hillman were the same circulators the staff had already identified as fraudulent-petition circulators in its own review. Mr. Hillman also challenged signatures circulated by William Buchanan, Aida Burns, Diana Curry, Adam Herrell, Leslie Holpe, and Kevin Wiley. Challenges to these sheets were not processed, because the staff had already determined that Mr. Malone did not meet the threshold for certification to the ballot based on the staff's initial review.

Mr. Malone responded to the challenge, alleging that the challenge was insufficiently precise and that no statutory basis exists to level challenges against a circulator's fraudulent activity in lieu of a challenge against the genuineness of individual signatures.

**STAFF RECOMMENDATION:** Determine petition insufficient.

# APPENDIX 4

# NOMINATING PETITION
## (COUNTYWIDE PARTISAN)

INSTRUCTIONS ON REVERSE SIDE

The Countywide Partisan Petition form may be used by any partisan candidate. Exception: the form may not be used by a partisan candidate who seeks the office of County Commissioner; such candidates must use the "City/Township" Partisan Petition form.

We, the undersigned, registered and qualified voters of the County of **WAYNE**, and State of Michigan, nominate **Perry Johnson** (Name of Candidate), **297 Canterbury Rd** (Street Address or Rural Route)

**Bloomfield Township** (City or Township) as a candidate of the **Republican** Party for the office of* **Governor** (Title of Office/Term Expiration Date) to be voted for at the Primary Election to be held on the **2nd** day of **August**, 20 **22**

**3766** (District, if any)

**WARNING – A PERSON WHO KNOWINGLY SIGNS MORE PETITIONS FOR THE SAME OFFICE THAN THERE ARE PERSONS TO BE ELECTED TO THE OFFICE, SIGNS A PETITION MORE THAN ONCE, OR SIGNS A NAME OTHER THAN HIS OR HER OWN IS VIOLATING THE PROVISIONS OF THE MICHIGAN ELECTION LAW.**

| | SIGNATURE | PRINTED NAME | STREET ADDRESS OR RURAL ROUTE | NAME OF CITY OR TOWNSHIP | ZIP CODE | MONTH | DAY | YEAR |
|---|---|---|---|---|---|---|---|---|
| 1. | | Jona Hallman | 15005 Cleophus | Allen Park | 48101 | 4 | 6 | 22 |
| 2. | Amanda Carter | Amanda Carter | 4691 Blain St | Detroit | 48221 | 4 | 6 | 22 |
| 3. | | Christina wersh | 15088 oceana ave | Allen park | 48101 | 4 | 6 | 22 |
| 4. | | Rachel Sulla | 6491 Hill Rd | Allen park | 48101 | 4 | 6 | 22 |
| 5. | Amy Senior | amy Senior | 14585 Horger Ave | allen park | 48101 | 4 | 6 | 22 |
| 6. | James Taylor | James Taylor | 6491 Hill Rd | Highland Park | 48203 | 4 | 6 | 22 |
| 7. | Katie Montrose | Katie Montrose | 47031 S. Annapolis cir | Canton | 48188 | 4 | 6 | 22 |
| 8. | Dawn Bacon | Dawn Bacon | 1211 Haggerty rd | Plymouth | 48170 | 4 | 6 | 22 |
| 9. | Debra Schnaar | Debra Schnaar | 7670 Winona ave | allen park | 48101 | 4 | 6 | 22 |
| 10. | Jackie nium | Jackie nium | 4473 Berwick Rd | Canton | 48189 | 4 | 6 | 22 |

## CERTIFICATE OF CIRCULATOR
The undersigned circulator of the above petition asserts that he or she is 18 years of age or older and a United States citizen; that each signature on the petition was signed in his or her presence; that he or she has neither caused nor permitted a person to sign the petition more than once and has no knowledge of a person signing the petition more than once; and that, to his or her best knowledge and belief, each signature is the genuine signature of the person purporting to sign the petition, the person signing the petition was at the time of signing a registered elector of the City or Township indicated preceding the signature, and the elector was qualified to sign the petition.

[X] If the circulator is not a resident of Michigan, the circulator shall make a cross [X] or check mark [√] in the box provided, otherwise each signature on this petition sheet is invalid and the signatures will not be counted by a filing official. By making a cross or check mark in the box provided, the undersigned circulator asserts that he or she is not a resident of Michigan and agrees to accept the jurisdiction of this state for the purpose of any legal proceeding or hearing that concerns a petition sheet executed by the circulator and agrees that legal process served on the Secretary of State or a designated agent of the Secretary of State has the same effect as if personally served on the circulator.

**WARNING-A CIRCULATOR KNOWINGLY MAKING A FALSE STATEMENT IN THE ABOVE CERTIFICATE, A PERSON NOT A CIRCULATOR WHO SIGNS AS A CIRCULATOR, OR A PERSON WHO SIGNS A NAME OTHER THAN HIS OR HER OWN AS CIRCULATOR IS GUILTY OF A MISDEMEANOR.**

## CIRCULATOR – DO NOT SIGN OR DATE CERTIFICATE UNTIL AFTER CIRCULATING PETITION.

Davon Best (Signature of Circulator)    4, 15, 22 (Date)

Davon Best (Printed Name of Circulator)

collins Ave (Complete Residence Address [Street and Number or Rural Route]) – [Do not enter a post office box]

Miami FL 33139 (City or Township, State, Zip Code)

DATE (County of Registration, if Registered to Vote, of a Circulator who is not a Resident of Michigan)

| INSTRUCTIONS ON REVERSE SIDE |
|---|

# NOMINATING PETITION
## (COUNTYWIDE PARTISAN)

A "County-wide" Partisan Petition form may be used by any partisan candidate. Exception: the form may not be used by a partisan candidate who seeks the office of County Commissioner; such candidates must use the "City/Township" Partisan Petition form.

We, the undersigned, registered and qualified voters of the County of __Wayne__, and State of Michigan, nominate __Perry Johnson__ __297 Canterbury Rd__
**(Name of Candidate)** **(Street Address or Rural Route)**

__Bloomfield Township__ as a candidate of the __Republican__ Party for the office of* __Governor__
**(City or Township)** **(Title of Office/Term Expiration Date)** **(District, if any)**

to be voted for at the Primary Election to be held on the __2nd__ day of __August__, 20__22__

3239

**WARNING – A PERSON WHO KNOWINGLY SIGNS MORE PETITIONS FOR THE SAME OFFICE THAN THERE ARE PERSONS TO BE ELECTED TO THE OFFICE, SIGNS A PETITION MORE THAN ONCE, OR SIGNS A NAME OTHER THAN HIS OR HER OWN IS VIOLATING THE PROVISIONS OF THE MICHIGAN ELECTION LAW.**

| | SIGNATURE | PRINTED NAME | STREET ADDRESS OR RURAL ROUTE | NAME OF CITY OR TOWNSHIP | ZIP CODE | DATE OF SIGNING MONTH | DAY | YEAR |
|---|---|---|---|---|---|---|---|---|
| 1. | Brian Bullard | Bricynn Bedford | 298 Harrison St | Inkster | 48141 | 04 | 14 | 22 |
| 2. | Russell Childs | Russell Childs | 632 Middlebelt | Garden City | 48135 | 4 | 14 | 22 |
| 3. | Kenneth Eaves | Kenneth Eaves | 15886 Denby | Redford | 48239 | 4 | 19 | 22 |
| 4. | Justin Thompson | Justin Thompson | 15920 Denby | Redford | 48239 | 04 | 14 | 22 |
| 5. | Jesse Watt | Jesse Watt | 1625 hampton rd | grosse point | 48236 | 4 | 14 | 22 |
| 6. | Patricia Long | Patricia Long | 18054 Barlow | Detroit | 48205 | 4 | 14 | 22 |
| 7. | Amari Ballout | Amari Ballout | 3607 Centralia | Dearborn Heights | 48125 | 04 | 14 | 22 |
| 8. | Karleigh Stabler | Karleigh Stabler | 20692 Broadmoor St | Livonia | 48154 | 4 | 14 | 22 |
| 9. | pete Wartenberger | pete Wartenberger | 18789 Kenosha | harper woods | 48225 | 4 | 14 | 22 |
| 10. | Tenjica Lee | Tenjica Lee | 4450 Beech Daly | Inkster | 48141 | 4 | 14 | 22 |

## CERTIFICATE OF CIRCULATOR

The undersigned circulator of the above petition asserts that he or she is 18 years of age or older and a United States citizen; that each signature on the petition was signed in his or her presence; that he or she has neither caused nor permitted a person to sign the petition more than once and has no knowledge of a person signing the petition more than once; and that, to his or her best knowledge and belief, each signature is the genuine signature of the person purporting to sign the petition, the person signing the petition was at the time of signing a registered elector of the City or Township indicated preceding the signature, and the elector was qualified to sign the petition.

☐ If the circulator is not a resident of Michigan, the circulator shall make a cross [X] or check mark [√] in the box provided, otherwise each signature on this petition sheet is invalid and the signatures will not be counted by a filing official. By making a cross or check mark in the box provided, the undersigned circulator asserts that he or she is not a resident of Michigan and agrees to accept the jurisdiction of this state for the purpose of any legal proceeding or hearing that concerns a petition sheet executed by the circulator and agrees that legal process served on the Secretary of State or a designated agent of the Secretary of State has the same effect as if personally served on the circulator.

**WARNING-A CIRCULATOR KNOWINGLY MAKING A FALSE STATEMENT IN THE ABOVE CERTIFICATE, A PERSON NOT A CIRCULATOR WHO SIGNS AS A CIRCULATOR, OR A PERSON WHO SIGNS A NAME OTHER THAN HIS OR HER OWN AS CIRCULATOR IS GUILTY OF A MISDEMEANOR.**

## CIRCULATOR – DO NOT SIGN OR DATE CERTIFICATE UNTIL AFTER CIRCULATING PETITION.

Antonio Braxton __4 , 17 , 22__
**(Signature of Circulator)** **(Date)**

Antonio Braxton
**(Printed Name of Circulator)**

24629 Blackmar
**(Complete Residence Address [Street and Number or Rural Route]) – [Do not enter a post office box]**

Warren MI 48091
**(City or Township, State, Zip Code)**

**(County of Registration, if Registered to Vote, of a Circulator who is not a Resident of Michigan)**

| INSTRUCTIONS ON REVERSE SIDE |
|---|

# NOMINATING PETITION
## (COUNTYWIDE PARTISAN)

The "Countywide" Partisan Petition form may be used by any partisan candidate. Exception: the form may not be used by a partisan candidate who seeks the office of County Commissioner; such candidates must use the "City/Township" Partisan Petition form.

We, the undersigned, registered and qualified voters of the County of _Macomb_, and State of Michigan, nominate _Perry Johnson_ , _297 Canterbury Rd_
                                                                                                                **(Name of Candidate)**                    **(Street Address or Rural Route)**
_Bloomfield Township_, as a candidate of the _Republican_ Party for the office of* _Governor_
**(City or Township)**                                                                                                **(Title of Office/Term Expiration Date)**                    **(District, if any)**
to be voted for at the Primary Election to be held on the _2nd_ day of _August_ , 20 _22_

001873

**WARNING – A PERSON WHO KNOWINGLY SIGNS MORE PETITIONS FOR THE SAME OFFICE THAN THERE ARE PERSONS TO BE ELECTED TO THE OFFICE, SIGNS A PETITION MORE THAN ONCE, OR SIGNS A NAME OTHER THAN HIS OR HER OWN IS VIOLATING THE PROVISIONS OF THE MICHIGAN ELECTION LAW.**

| | SIGNATURE | PRINTED NAME | STREET ADDRESS OR RURAL ROUTE | NAME OF CITY OR TOWNSHIP | ZIP CODE | DATE OF SIGNING | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MONTH | DAY | YEAR |
| 1. | *(scribbled)* | | | | | | | |
| 2. | *Adeline Michael* | Adeline Michael | 72 Cherry Dr | Troy | 48082 | 3 | 7 | 2022 |
| 3. | | | | | | | | |
| 4. | | Ali Haghasson | 2270 Colonial St | Rockey | 48089 | 3 | 4 | 22 |
| 5. | Tyron Williams | Tyron Williams | 25801 Crimson ct | Warren | 48089 | 3 | 7 | 22 |
| 6. | Jhron Stokes | Jhron Stokes | 4640 Dodge | Warren | 48089 | 3 | 7 | 22 |
| 7. | Sara Kafl | Sara Al Toshi | 27226 Lawerence Dr 48127 | | 48127 | 3 | 09 | 22 |
| 8. | Angela Hicks | Angela Hicks | E#13 & 9 mile | Warren | 48089 | 03 | 07 | 22 |
| 9. | Shanae D. | Shanae Desmith | 25655 Hayes | Warren | 48089 | 3 | 7 | 22 |
| 10. | Christina R. | Christina Padvarsky | 13871 Minny Ave | Warren | 4089 | 3 | 7 | 22 |

## CERTIFICATE OF CIRCULATOR
The undersigned circulator of the above petition asserts that he or she is 18 years of age or older and a United States citizen; that each signature on the petition was signed in his or her presence; that he or she has neither caused nor permitted a person to sign the petition more than once and has no knowledge of a person signing the petition more than once; and that, to his or her best knowledge and belief, each signature is the genuine signature of the person purporting to sign the petition, the person signing the petition was at the time of signing a registered elector of the City or Township indicated preceding the signature, and the elector was qualified to sign the petition.

[X] If the circulator is not a resident of Michigan, the circulator shall make a cross [X] or check mark [✓] in the box provided, otherwise each signature on this petition sheet is invalid and the signatures will not be counted by a filing official. By making a cross or check mark in the box provided, the undersigned circulator asserts that he or she is not a resident of Michigan and agrees to accept the jurisdiction of this state for the purpose of any legal proceeding or hearing that concerns a petition sheet executed by the circulator and agrees that legal process served on the Secretary of State or a designated agent of the Secretary of State has the same effect as if personally served on the circulator.

**WARNING-A CIRCULATOR KNOWINGLY MAKING A FALSE STATEMENT IN THE ABOVE CERTIFICATE, A PERSON NOT A CIRCULATOR WHO SIGNS AS A CIRCULATOR, OR A PERSON WHO SIGNS A NAME OTHER THAN HIS OR HER OWN AS CIRCULATOR IS GUILTY OF A MISDEMEANOR.**

## CIRCULATOR – DO NOT SIGN OR DATE CERTIFICATE UNTIL AFTER CIRCULATING PETITION.

_Brianna Briggs_
**(Signature of Circulator)**                    03/16/22
                                                                **(Date)**

_Brianna Briggs_
**(Printed Name of Circulator)**

_7001 Burgy Rd_
**(Complete Residence Address [Street and Number or Rural Route]) – [Do not enter a post office box]**

_New Orleans, LA, 70127_
**(City or Township, State, Zip Code)**

_New Orleans_
**(County of Registration, if Registered to Vote, of a Circulator who is not a Resident of Michigan)**

# NOMINATING PETITION
## (COUNTYWIDE PARTISAN)

| INSTRUCTIONS ON REVERSE SIDE |
|---|

This "Countywide" Partisan Petition form may be used by any partisan candidate. Exception: the form may not be used by a partisan candidate who seeks the office of County Commissioner; such candidates must use the "City/Township" Partisan Petition form.

We, the undersigned, registered and qualified voters of the County of **Wayne**, and State of Michigan, nominate **Perry Johnson**, **297 Canterbury Rd**
(Name of Candidate) (Street Address or Rural Route)

**Bloomfield Township**, as a candidate of the **Republican** Party for the office of* **Governor**,
(City or Township) (Title of Office/Term Expiration Date) (District, if any)

to be voted for at the Primary Election to be held on the **2nd** day of **August**, 20 **22**

**001766**

**WARNING – A PERSON WHO KNOWINGLY SIGNS MORE PETITIONS FOR THE SAME OFFICE THAN THERE ARE PERSONS TO BE ELECTED TO THE OFFICE, SIGNS A PETITION MORE THAN ONCE, OR SIGNS A NAME OTHER THAN HIS OR HER OWN IS VIOLATING THE PROVISIONS OF THE MICHIGAN ELECTION LAW.**

| | SIGNATURE | PRINTED NAME | STREET ADDRESS OR RURAL ROUTE | NAME OF CITY OR TOWNSHIP | ZIP CODE | MONTH | DAY | YEAR |
|---|---|---|---|---|---|---|---|---|
| 1. | Deshaun Jones | Deshawn Jones | 18832 Moenart | Detroit | 48234 | 4 | 16 | 22 |
| 2. | A. Bowman | Arthur Bowman | 9131 Delmar | Detroit | 48211 | 4 | 16 | 2022 |
| 3. | Garvey Wilson | Garvey Wilson | 12010 Linwood Nw7 | Detroit | 48106 | 4 | 16 | 22 |
| 4. | Robert Ross | Robert Ross | 19209 Norwood | Detroit | 48234 | 4 | 16 | 22 |
| 5. | Jamie Stern | Jamie Stern | 8397 smart | Datroit | 48210 | 4 | 16 | 22 |
| 6. | Larry Brodie | Larry Brodie | 16115 Blackstone | Detroit | 48219 | 4 | 16 | 22 |
| 7. | Carletta Green | Carletta Green | 5554 Dubois | Det | 48211 | 4 | 16 | 22 |
| 8. | | Arthur Wilson | | | | | | |
| 9. | Manazah Chandler | Manazah Chandler | 1907 Seward | Detroit | 48206 | 4 | 16 | 22 |
| 10. | Nancy Wilder | Nancy Wilder | 7420 Serena | Detroit | 48210 | 4 | 16 | 22 |

## CERTIFICATE OF CIRCULATOR

The undersigned circulator of the above petition asserts that he or she is 18 years of age or older and a United States citizen; that each signature on the petition was signed in his or her presence; that he or she has neither caused nor permitted a person to sign the petition more than once and has no knowledge of a person signing the petition more than once; and that, to his or her best knowledge and belief, each signature is the genuine signature of the person purporting to sign the petition, the person signing the petition was at the time of signing a registered elector of the City or Township indicated preceding the signature, and the elector was qualified to sign the petition.

☐ If the circulator is not a resident of Michigan, the circulator shall make a cross [X] or check mark [√] in the box provided, otherwise each signature on this petition sheet is invalid and the signatures will not be counted by a filing official. By making a cross or check mark in the box provided, the undersigned circulator asserts that he or she is not a resident of Michigan and agrees to accept the jurisdiction of this state for the purpose of any legal proceeding or hearing that concerns a petition sheet executed by the circulator and agrees that legal process served on the Secretary of State or a designated agent of the Secretary of State has the same effect as if personally served on the circulator.

**WARNING-A CIRCULATOR KNOWINGLY MAKING A FALSE STATEMENT IN THE ABOVE CERTIFICATE, A PERSON NOT A CIRCULATOR WHO SIGNS AS A CIRCULATOR, OR A PERSON WHO SIGNS A NAME OTHER THAN HIS OR HER OWN AS CIRCULATOR IS GUILTY OF A MISDEMEANOR.**

## CIRCULATOR – DO NOT SIGN OR DATE CERTIFICATE UNTIL AFTER CIRCULATING PETITION.

*MCut*
(Signature of Circulator)

**4, 16, 22**
(Date)

**Nicholas Carlton**
(Printed Name of Circulator)

**19754 Santa Barbara**
(Complete Residence Address [Street and Number or Rural Route]) – [Do not enter a post office box]

**Detroit MI 48221**
(City or Township, State, Zip Code)

(County of Registration, if Registered to Vote, of a Circulator who is not a Resident of Michigan)

# NOMINATING PETITION
## (COUNTYWIDE PARTISAN)

INSTRUCTIONS ON REVERSE SIDE

The "Countywide" Partisan Petition form may be used by any partisan candidate. Exception: the form may not be used by a partisan candidate who seeks the office of County Commissioner; such candidates must use the "City/Township" Partisan Petition form.

We, the undersigned, registered and qualified voters of the County of **Wayne**, and State of Michigan, nominate **Perry Johnson** **297 Canterbury Rd**

(Name of Candidate) (Street Address or Rural Route)

**Bloomfield Township**, as a candidate of the **Republican** Party for the office of* **Governor**

(City or Township) (Title of Office/Term Expiration Date) (District, if any)

to be voted for at the Primary Election to be held on the **2nd** day of **August**, 20 **22**.

**000550**

**WARNING – A PERSON WHO KNOWINGLY SIGNS MORE PETITIONS FOR THE SAME OFFICE THAN THERE ARE PERSONS TO BE ELECTED TO THE OFFICE, SIGNS A PETITION MORE THAN ONCE, OR SIGNS A NAME OTHER THAN HIS OR HER OWN IS VIOLATING THE PROVISIONS OF THE MICHIGAN ELECTION LAW.**

| | SIGNATURE | PRINTED NAME | STREET ADDRESS OR RURAL ROUTE | NAME OF CITY OR TOWNSHIP | ZIP CODE | MONTH | DAY | YEAR |
|---|---|---|---|---|---|---|---|---|
| 1. | Andre Clayton | Andre Clayton | 13900 Hazelridge | Detroit | 48025 | 3 | 6 | 22 |
| 2. | Nathan Clay | Nathan Clayton | 13900 Hazelridge | Detroit | 48025 | 3 | 6 | 22 |
| 3. | James Moson | James Moson | 16240 8 mile E | Detroit | 48025 | 3 | 6 | 22 |
| 4. | John S. | Johnathan Smith | 16648 8mile | Detroit | 48025 | 3 | 6 | 22 |
| 5. | Dory Dighy | Doris Dighey | 31607 Auburn dr | Detroit | 48025 | 3 | 6 | 22 |
| 6. | Michal Payne | Michael Payne | 13660 Park Grove | Detroit | 48025 | 3 | 6 | 22 |
| 7. | Lauren Rowell | Lauren Rowell | 30980 Franklin | Detroit | 78025 | 3 | 6 | 22 |
| 8. | A.W. | Aaron Williams | 14091 Hazelridge | Detroit | 48025 | 03 | 06 | 2022 |
| 9. | Vanessa Boyce | Vanessa Boyce | 28845 Crestwood | Detroit | 48025 | 3 | 6 | 22 |
| 10. | C. McFarline | Carol McFarline | 16680 E 8mile | Detroit | 48025 | 3 | 6 | 22 |

## CERTIFICATE OF CIRCULATOR

The undersigned circulator of the above petition asserts that he or she is 18 years of age or older and a United States citizen; that each signature on the petition was signed in his or her presence; that he or she has neither caused nor permitted a person to sign the petition more than once and has no knowledge of a person signing the petition more than once; and that, to his or her best knowledge and belief, each signature is the genuine signature of the person purporting to sign the petition, the person signing the petition was at the time of signing a registered elector of the City or Township indicated preceding the signature, and the elector was qualified to sign the petition.

☐ If the circulator is not a resident of Michigan, the circulator shall make a cross [X] or check mark [√] in the box provided, otherwise each signature on this petition sheet is invalid and the signatures will not be counted by a filing official. By making a cross or check mark in the box provided, the undersigned circulator asserts that he or she is not a resident of Michigan and agrees to accept the jurisdiction of this state for the purpose of any legal proceeding or hearing that concerns a petition sheet executed by the circulator and agrees that legal process served on the Secretary of State or a designated agent of the Secretary of State has the same effect as if personally served on the circulator.

**WARNING-A CIRCULATOR KNOWINGLY MAKING A FALSE STATEMENT IN THE ABOVE CERTIFICATE, A PERSON NOT A CIRCULATOR WHO SIGNS AS A CIRCULATOR, OR A PERSON WHO SIGNS A NAME OTHER THAN HIS OR HER OWN AS CIRCULATOR IS GUILTY OF A MISDEMEANOR.**

## CIRCULATOR – DO NOT SIGN OR DATE CERTIFICATE UNTIL AFTER CIRCULATING PETITION.

(Signature of Circulator)

**3 , 6 , 22**

(Date)

**Nicholas Carlton**

(Printed Name of Circulator)

**1975 4 Santa Barbara**

(Complete Residence Address [Street and Number or Rural Route]) – [Do not enter a post office box]

**Detroit MI 48221**

(City or Township, State, Zip Code)

(County of Registration, if Registered to Vote, of a Circulator who is not a Resident of Michigan)

| INSTRUCTIONS ON REVERSE SIDE |
|---|

# NOMINATING PETITION
## (COUNTYWIDE PARTISAN)

* The "Countywide" Partisan Petition form may be used by any partisan candidate. Exception: the form may not be used by a partisan candidate who seeks the office of County Commissioner; such candidates must use the "City/Township" Partisan Petition form.

We, the undersigned, registered and qualified voters of the County of __Wayne__, and State of Michigan, nominate __Perry Johnson__, __297 Canterbury Rd__

(Name of Candidate) — (Street Address or Rural Route)

__Bloomfield Township__, as a candidate of the __Republican__ Party for the office of* __Governor__

(City or Township) — (Title of Office/Term Expiration Date) — (District, if any)

to be voted for at the Primary Election to be held on the __2nd__ day of __August__, 20 __22__.

003053

**WARNING – A PERSON WHO KNOWINGLY SIGNS MORE PETITIONS FOR THE SAME OFFICE THAN THERE ARE PERSONS TO BE ELECTED TO THE OFFICE, SIGNS A PETITION MORE THAN ONCE, OR SIGNS A NAME OTHER THAN HIS OR HER OWN IS VIOLATING THE PROVISIONS OF THE MICHIGAN ELECTION LAW.**

| | SIGNATURE | PRINTED NAME | STREET ADDRESS OR RURAL ROUTE | NAME OF CITY OR TOWNSHIP | ZIP CODE | MONTH | DAY | YEAR |
|---|---|---|---|---|---|---|---|---|
| 1. | | Amari Hoff | 1911 Spalding | Det | 48216 | 03 | 08 | 22 |
| 2. | | Mary Ranford | 21703 Cushing Ave | Eastpointe | 48021 | 3 | 8 | 22 |
| 3. | | Karl Rucker | 92 Oak St #10 | River Rouge | 48218 | 3 | 8 | 22 |
| 4. | | Cosma Smith | 4501 Toledo | Detroit | 49216 | 3 | 8 | 22 |
| 5. | | Donovan Johnson | 21761 Cushing | Eastpointe | 48021 | 3 | 8 | 22 |
| 6. | | Ann Crooks | 388 W Grand Blvd | Det | 48216 | 3 | 08 | 21 |
| 7. | | Rose Larue | 21753 Cushing | Eastpointe | 48021 | 3 | 08 | 22 |
| 8. | | Adam Koene | 18 Louis St | River Rouge | 48218 | 3 | 8 | 22 |
| 9. | | Lee Walker | 21744 Cushing | Eastpointe | 48021 | 3 | 8 | 22 |
| 10. | | Bianca Martinez | 3953 Toledo | Detroit | 48216 | 3 | 8 | 22 |

## CERTIFICATE OF CIRCULATOR

The undersigned circulator of the above petition asserts that he or she is 18 years of age or older and a United States citizen; that each signature on the petition was signed in his or her presence; that he or she has neither caused nor permitted a person to sign the petition more than once and has no knowledge of a person signing the petition more than once; and that, to his or her best knowledge and belief, each signature is the genuine signature of the person purporting to sign the petition, the person signing the petition was at the time of signing a registered elector of the City or Township indicated preceding the signature, and the elector was qualified to sign the petition.

☐ If the circulator is not a resident of Michigan, the circulator shall make a cross [X] or check mark [√] in the box provided, otherwise each signature on this petition sheet is invalid and the signatures will not be counted by a filing official. By making a cross or check mark in the box provided, the undersigned circulator asserts that he or she is not a resident of Michigan and agrees to accept the jurisdiction of this state for the purpose of any legal proceeding or hearing that concerns a petition sheet executed by the circulator and agrees that legal process served on the Secretary of State or a designated agent of the Secretary of State has the same effect as if personally served on the circulator.

**WARNING-A CIRCULATOR KNOWINGLY MAKING A FALSE STATEMENT IN THE ABOVE CERTIFICATE, A PERSON NOT A CIRCULATOR WHO SIGNS AS A CIRCULATOR, OR A PERSON WHO SIGNS A NAME OTHER THAN HIS OR HER OWN AS CIRCULATOR IS GUILTY OF A MISDEMEANOR.**

## CIRCULATOR – DO NOT SIGN OR DATE CERTIFICATE UNTIL AFTER CIRCULATING PETITION.

_____  3, 8, 22
(Signature of Circulator)           (Date)

DeShan Guy
(Printed Name of Circulator)

1942 Conely
(Complete Residence Address [Street and Number or Rural Route]) – [Do not enter a post office box]

Herma Vandchi 0829
(City or Township, State, Zip Code)

_____
(County of Registration, if Registered to Vote, of a Circulator who is not a Resident of Michigan)

# NOMINATING PETITION
## (COUNTYWIDE PARTISAN)

INSTRUCTIONS ON REVERSE SIDE

The "Countywide" Partisan Petition form may be used by any partisan candidate. Exception: the form may not be used by a partisan candidate who seeks the office of County Commissioner; such candidates must use the "City/Township" Partisan Petition form.

We, the undersigned, registered and qualified voters of the County of **Wayne**, and State of Michigan, nominate **Perry Johnson**, **297 Canterbury Rd**

(Name of Candidate)     (Street Address or Rural Route)

**Bloomfield Township**, as a candidate of the **Republican** Party for the office of* **Governor**

(City or Township)     (Title of Office/Term Expiration Date)     (District, if any)

to be voted for at the Primary Election to be held on the **2nd** day of **August**, 20 **22**

002194

**WARNING – A PERSON WHO KNOWINGLY SIGNS MORE PETITIONS FOR THE SAME OFFICE THAN THERE ARE PERSONS TO BE ELECTED TO THE OFFICE, SIGNS A PETITION MORE THAN ONCE, OR SIGNS A NAME OTHER THAN HIS OR HER OWN IS VIOLATING THE PROVISIONS OF THE MICHIGAN ELECTION LAW.**

| | SIGNATURE | PRINTED NAME | STREET ADDRESS OR RURAL ROUTE | NAME OF CITY OR TOWNSHIP | ZIP CODE | MONTH | DAY | YEAR |
|---|---|---|---|---|---|---|---|---|
| 1. | Lois S | Lois Shaw | 10929 Worden | Detroit | 48224 | 3 | 8 | 22 |
| 2. | Ozella Wood | Ozella Wood | 8945 Sorrento | Detroit | 48228 | 03 | 08 | 22 |
| 3. | Shay Anna | Shannaja Adams | 6372 Rutland | Detroit | 48228 | 3 | 8 | 22 |
| 4. | Paul Conin | Paul Conin | 5708 Worwick | Detroit | 48228 | 03 | 08 | 22 |
| 5. | Terence Lomax | Terence Lomax | 11403 Kasprier | Detroit | 48224 | 3 | 8 | 22 |
| 6. | Louis Hussey | Louis Hussey | 16871 W Warren | Detroit | 48228 | 3 | 08 | 22 |
| 7. | Soud Semalik | Soud El Semalik | 6318 Woodmont | detroit | 48228 | 03 | 08 | 22 |
| 8. | Mary Yoda | Mary Yodah | 22344 Verniar rd | Harper Woods | 48225 | 3 | 8 | 22 |
| 9. | Ethel Smith | Ethel Smith | 7285 Greenfield | Detroit | 48228 | 03 | 8 | 22 |
| 10. | Melody Owens | Melody Owens | 17819 Stock St | Detroit | 48224 | 3 | 8 | 22 |

## CERTIFICATE OF CIRCULATOR

The undersigned circulator of the above petition asserts that he or she is 18 years of age or older and a United States citizen; that each signature on the petition was signed in his or her presence; that he or she has neither caused nor permitted a person to sign the petition more than once and has no knowledge of a person signing the petition more than once; and that, to his or her best knowledge and belief, each signature is the genuine signature of the person purporting to sign the petition, the person signing the petition was at the time of signing a registered elector of the City or Township indicated preceding the signature, and the elector was qualified to sign the petition.

☐ If the circulator is not a resident of Michigan, the circulator shall make a cross [X] or check mark [√] in the box provided, otherwise each signature on this petition sheet is invalid and the signatures will not be counted by a filing official. By making a cross or check mark in the box provided, the undersigned circulator asserts that he or she is not a resident of Michigan and agrees to accept the jurisdiction of this state for the purpose of any legal proceeding or hearing that concerns a petition sheet executed by the circulator and agrees that legal process served on the Secretary of State or a designated agent of the Secretary of State has the same effect as if personally served on the circulator.

**WARNING–A CIRCULATOR KNOWINGLY MAKING A FALSE STATEMENT IN THE ABOVE CERTIFICATE, A PERSON NOT A CIRCULATOR WHO SIGNS AS A CIRCULATOR, OR A PERSON WHO SIGNS A NAME OTHER THAN HIS OR HER OWN AS CIRCULATOR IS GUILTY OF A MISDEMEANOR.**

## CIRCULATOR – DO NOT SIGN OR DATE
## CERTIFICATE UNTIL AFTER CIRCULATING PETITION.

_Justin Gilad_      3, 2, 8
(Signature of Circulator)     (Date)

_Justin Gilad_
(Printed Name of Circulator)

_17585 oakdrive_
(Complete Residence Address [Street and Number or Rural Route]) – [Do not enter a post office box]

_Detroit Mi 48221_
(City or Township, State, Zip Code)

_____
(County of Registration, if Registered to Vote, of a Circulator who is not a Resident of Michigan)

# NOMINATING PETITION
## (COUNTYWIDE PARTISAN)

INSTRUCTIONS ON REVERSE SIDE

* The "Countywide" Partisan Petition form may be used by any partisan candidate. Exception: the form may not be used by a partisan candidate who seeks the office of County Commissioner; such candidates must use the "City/Township" Partisan Petition form.

We, the undersigned, registered and qualified voters of the County of **Wayne**, and State of Michigan, nominate **Perry Johnson**, **297 Canterbury Rd**
(Name of Candidate) (Street Address or Rural Route)

**Bloomfield Township** as a candidate of the **Republican** Party for the office of* **Governor**
(City or Township) (Title of Office/Term Expiration Date) (District, if any)

to be voted for at the Primary Election to be held on the **2nd** day of **August**, 20 **22**.

003002

**WARNING – A PERSON WHO KNOWINGLY SIGNS MORE PETITIONS FOR THE SAME OFFICE THAN THERE ARE PERSONS TO BE ELECTED TO THE OFFICE, SIGNS A PETITION MORE THAN ONCE, OR SIGNS A NAME OTHER THAN HIS OR HER OWN IS VIOLATING THE PROVISIONS OF THE MICHIGAN ELECTION LAW.**

| | SIGNATURE | PRINTED NAME | STREET ADDRESS OR RURAL ROUTE | NAME OF CITY OR TOWNSHIP | ZIP CODE | MONTH | DAY | YEAR |
|---|---|---|---|---|---|---|---|---|
| 1. | Quneth S. | Quneth Simon | 177 White | Ecorse | 48229 | 3 | 6 | 22 |
| 3. | Kristina Barey | KRISTINA BARCU | 12 Ridge St. | ECORSE | 48229 | 3 | 6 | 22 |
| 5. | | | | | | | | |
| 6. | | | | | | | | |
| 7. | Daniel D | Daniel Davidson | 9638 Hubbell | Detroit | 48228 | 3 | 6 | 22 |
| 8. | | | | | | | | |
| 9. | Samantha Flood | Samantha Flood | 36 Joseph st | ecorse | 48229 | 3 | 6 | 22 |
| 10. | | | | | | | | |

## CERTIFICATE OF CIRCULATOR
The undersigned circulator of the above petition asserts that he or she is 18 years of age or older and a United States citizen; that each signature on the petition was signed in his or her presence; that he or she has neither caused nor permitted a person to sign the petition more than once and has no knowledge of a person signing the petition more than once; and that, to his or her best knowledge and belief, each signature is the genuine signature of the person purporting to sign the petition, the person signing the petition was at the time of signing a registered elector of the City or Township indicated preceding the signature, and the elector was qualified to sign the petition.

[ ] If the circulator is not a resident of Michigan, the circulator shall make a cross [X] or check mark [√] in the box provided, otherwise each signature on this petition sheet is invalid and the signatures will not be counted by a filing official. By making a cross or check mark in the box provided, the undersigned circulator asserts that he or she is not a resident of Michigan and agrees to accept the jurisdiction of this state for the purpose of any legal proceeding or hearing that concerns a petition sheet executed by the circulator and agrees that legal process served on the Secretary of State or a designated agent of the Secretary of State has the same effect as if personally served on the circulator.

**WARNING-A CIRCULATOR KNOWINGLY MAKING A FALSE STATEMENT IN THE ABOVE CERTIFICATE, A PERSON NOT A CIRCULATOR WHO SIGNS AS A CIRCULATOR, OR A PERSON WHO SIGNS A NAME OTHER THAN HIS OR HER OWN AS CIRCULATOR IS GUILTY OF A MISDEMEANOR.**

## CIRCULATOR – DO NOT SIGN OR DATE CERTIFICATE UNTIL AFTER CIRCULATING PETITION.

LaTausha Hearn (Signature of Circulator) — 3, 7, 22 (Date)

LaTausha Hearn (Printed Name of Circulator)

17367 Hamburg (Complete Residence Address [Street and Number or Rural Route]) – [Do not enter a post office box]

Detroit MI, 48205 (City or Township, State, Zip Code)

(County of Registration, if Registered to Vote, of a Circulator who is not a Resident of Michigan)

# NOMINATING PETITION
## (COUNTYWIDE PARTISAN)

INSTRUCTIONS ON REVERSE SIDE

The "Countywide" Partisan Petition form may be used by any partisan candidate. Exception: the form may not be used by a partisan candidate who seeks the office of County Commissioner; such candidates must use the "City/Township" Partisan Petition form.

We, the undersigned, registered and qualified voters of the County of **Wayne**, and State of Michigan, nominate **Perry Johnson** , **297 Canterbury Rd**

**(Name of Candidate)** **(Street Address or Rural Route)**

**Bloomfield Township** ,as a candidate of the **Republican** Party for the office of* **Governor**

**(City or Township)** **(Title of Office/Term Expiration Date)** **(District, if any)**

to be voted for at the Primary Election to be held on the **2nd** day of **August** , 20 **22** .

**002242**

**WARNING – A PERSON WHO KNOWINGLY SIGNS MORE PETITIONS FOR THE SAME OFFICE THAN THERE ARE PERSONS TO BE ELECTED TO THE OFFICE, SIGNS A PETITION MORE THAN ONCE, OR SIGNS A NAME OTHER THAN HIS OR HER OWN IS VIOLATING THE PROVISIONS OF THE MICHIGAN ELECTION LAW.**

| | SIGNATURE | PRINTED NAME | STREET ADDRESS OR RURAL ROUTE | NAME OF CITY OR TOWNSHIP | ZIP CODE | MONTH | DAY | YEAR |
|---|---|---|---|---|---|---|---|---|
| 1. | Eric Hall | Eric Hall | 15821 Whitlock | Detroit | 48228 | 3 | 7 | 22 |
| 2. | | | | | | | | |
| 3. | Danielle Bostic | Danielle Bostic | 6780 Longacre St. | Detroit | 48228 | 3 | 7 | 22 |
| 4. | | | | | | | | |
| 5. | | | | | | | | |
| 6. | | | | | | | | |
| 7. | | | | | | | | |
| 8. | Michael Ellis | Michael Ellis | 6539 Longacre | Detroit | 48228 | 3 | 7 | 22 |
| 9. | Maya Jenn | Maya-Jeanne Briathe | 6420 E forest | Detroit | 48207 | 3 | 7 | 22 |

## CERTIFICATE OF CIRCULATOR

The undersigned circulator of the above petition asserts that he or she is 18 years of age or older and a United States citizen; that each signature on the petition was signed in his or her presence; that he or she has neither caused nor permitted a person to sign the petition more than once and has no knowledge of a person signing the petition more than once; and that, to his or her best knowledge and belief, each signature is the genuine signature of the person purporting to sign the petition, the person signing the petition was at the time of signing a registered elector of the City or Township indicated preceding the signature, and the elector was qualified to sign the petition.

☐ If the circulator is not a resident of Michigan, the circulator shall make a cross [X] or check mark [√] in the box provided, otherwise each signature on this petition sheet is invalid and the signatures will not be counted by a filing official. By making a cross or check mark in the box provided, the undersigned circulator asserts that he or she is not a resident of Michigan and agrees to accept the jurisdiction of this state for the purpose of any legal proceeding or hearing that concerns a petition sheet executed by the circulator and agrees that legal process served on the Secretary of State or a designated agent of the Secretary of State has the same effect as if it personally served on the circulator.

**WARNING-A CIRCULATOR KNOWINGLY MAKING A FALSE STATEMENT IN THE ABOVE CERTIFICATE, A PERSON NOT A CIRCULATOR WHO SIGNS AS A CIRCULATOR, OR A PERSON WHO SIGNS A NAME OTHER THAN HIS OR HER OWN AS CIRCULATOR IS GUILTY OF A MISDEMEANOR.**

## CIRCULATOR – DO NOT SIGN OR DATE
## CERTIFICATE UNTIL AFTER CIRCULATING PETITION.

Levaughn Hearn **(Signature of Circulator)** 3 , 7 , 22 **(Date)**

Levaughn Hearn **(Printed Name of Circulator)**

17367 Hamburg **(Complete Residence Address [Street and Number or Rural Route]) – [Do not enter a post office box]**

Detroit, Mi 48205 **(City or Township, State, Zip Code)**

**(County of Registration, if Registered to Vote, of a Circulator who is not a Resident of Michigan)**

| INSTRUCTIONS ON REVERSE SIDE |
|---|

# NOMINATING PETITION
## (COUNTYWIDE PARTISAN)

The "Countywide" Partisan Petition form may be used by any partisan candidate. Exception: the form may not be used by a partisan candidate who seeks the office of County Commissioner; such candidates must use the "City/Township" Partisan Petition form.

We, the undersigned, registered and qualified voters of the County of _Wayne_, and State of Michigan, nominate _Perry Johnson_, _297 Canterbury Rd_
(Name of Candidate)  (Street Address or Rural Route)

_Bloomfield Township_, as a candidate of the _Republican_ Party for the office of* _Governor_, 
(City or Township)  (Title of Office/Term Expiration Date)  (District, if any)
to be voted for at the Primary Election to be held on the _2nd_ day of _August_, 20 _22_.

002255

**WARNING – A PERSON WHO KNOWINGLY SIGNS MORE PETITIONS FOR THE SAME OFFICE THAN THERE ARE PERSONS TO BE ELECTED TO THE OFFICE, SIGNS A PETITION MORE THAN ONCE, OR SIGNS A NAME OTHER THAN HIS OR HER OWN IS VIOLATING THE PROVISIONS OF THE MICHIGAN ELECTION LAW.**

| | SIGNATURE | PRINTED NAME | STREET ADDRESS OR RURAL ROUTE | NAME OF CITY OR TOWNSHIP | ZIP CODE | MONTH | DAY | YEAR |
|---|---|---|---|---|---|---|---|---|
| 1. | F. Smith | Eben Lazar Smith | 1415 Glyna | Detroit | 48206 | 3 | 10 | 22 |
| 2. | Adriana Barajas | Adriana Barajas | 4056 Clark Ct | Detroit | 48209 | 3 | 10 | 22 |
| 3. | Mary E. | Mary Enouse | 9115 Witt | Detroit | 48209 | 3 | 10 | 22 |
| 4. | Jose Garza | Jose Garza | 1613 Lansing St | Detroit | 48209 | 3 | 10 | 22 |
| 5. | Larry Williams | 1940 Dylan | C.N. 1940 Glynn | Detroit | 48206 | 3 | 10 | 22 |
| 6. | William D. | William Dcupare | 6349 Cartridge St | Detroit | 48209 | 3 | 10 | 22 |
| 7. | Sandra Z. | Sandra Zorolt | 9120 Lyon | Detroit | 48209 | 3 | 10 | 22 |
| 8. | andre morgan | andre morgan | 7348 doxter ave | detroit | 48206 | 3 | 10 | 22 |
| 9. | Lajuana Brown | Lajuana Brown | 3813 Humphrey | Detroit | 48206 | 3 | 10 | 22 |
| 10. | Felicia Smith | felicia smith | 1406 chicago blvd | detroit | 48206 | 3 | 10 | 22 |

## CERTIFICATE OF CIRCULATOR

The undersigned circulator of the above petition asserts that he or she is 18 years of age or older and a United States citizen; that each signature on the petition was signed in his or her presence; that he or she has neither caused nor permitted a person to sign the petition more than once and has no knowledge of a person signing the petition more than once; and that, to his or her best knowledge and belief, each signature is the genuine signature of the person purporting to sign the petition, the person signing the petition was at the time of signing a registered elector of the City or Township indicated preceding the signature, and the elector was qualified to sign the petition.

☐ If the circulator is not a resident of Michigan, the circulator shall make a cross [X] or check mark [✓] in the box provided, otherwise each signature on this petition sheet is invalid and the signatures will not be counted by a filing official. By making a cross or check mark in the box provided, the undersigned circulator asserts that he or she is not a resident of Michigan and agrees to accept the jurisdiction of this state for the purpose of any legal proceeding or hearing that concerns a petition sheet executed by the circulator and agrees that legal process served on the Secretary of State or a designated agent of the Secretary of State has the same effect as if personally served on the circulator.

**WARNING-A CIRCULATOR KNOWINGLY MAKING A FALSE STATEMENT IN THE ABOVE CERTIFICATE, A PERSON NOT A CIRCULATOR WHO SIGNS AS A CIRCULATOR, OR A PERSON WHO SIGNS A NAME OTHER THAN HIS OR HER OWN AS CIRCULATOR IS GUILTY OF A MISDEMEANOR.**

## CIRCULATOR – DO NOT SIGN OR DATE CERTIFICATE UNTIL AFTER CIRCULATING PETITION.

_LeVaughn Hern_
(Signature of Circulator)

_3 / 11 / 22_
(Date)

_LeVaughn Hern_
(Printed Name of Circulator)

_17367 Hamburg_
(Complete Residence Address [Street and Number or Rural Route]) – [Do not enter a post office box]

_Detroit, MI 48205_
(City or Township, State, Zip Code)

_____
(County of Registration, if Registered to Vote, of a Circulator who is not a Resident of Michigan)

# NOMINATING PETITION
## (COUNTYWIDE PARTISAN)

**INSTRUCTIONS ON REVERSE SIDE**

The "Countywide" Partisan Petition form may be used by any partisan candidate. Exception: the form may not be used by a partisan candidate who seeks the office of County Commissioner; such candidates must use the "City/Township" Partisan Petition form.

We, the undersigned, registered and qualified voters of the County of _Oakland_, and State of Michigan, nominate _Perry Johnson_ _297 Canterbury Rd_
(Name of Candidate)          (Street Address or Rural Route)
_Bloomfield Township_ as a candidate of the _Republican_ Party for the office of* _Governor_ .
(City or Township)                                    (Title of Office/Term Expiration Date)          (District, if any)
to be voted for at the Primary Election to be held on the _2nd_ day of _August_ , 20 _22_ .

002079

**WARNING – A PERSON WHO KNOWINGLY SIGNS MORE PETITIONS FOR THE SAME OFFICE THAN THERE ARE PERSONS TO BE ELECTED TO THE OFFICE, SIGNS A PETITION MORE THAN ONCE, OR SIGNS A NAME OTHER THAN HIS OR HER OWN IS VIOLATING THE PROVISIONS OF THE MICHIGAN ELECTION LAW.**

| | SIGNATURE | PRINTED NAME | STREET ADDRESS OR RURAL ROUTE | NAME OF CITY OR TOWNSHIP | ZIP CODE | MONTH | DAY | YEAR |
|---|---|---|---|---|---|---|---|---|
| 1. | R. Cerullo | Patrick Cerullo | 4527 Groveland Ave | Royal Oak | 48073 | 3 | 3 | 22 |
| 2. | Jamison W | Jamison Weiner | 33 Lone Pine Road | Bloomfield Hills | 48304 | 3 | 3 | 22 |
| 3. | | Adam McFarland | 2610 Woodland Ave | Royal Oak | 48073 | 03 | 03 | 22 |
| 4. | | Stuart Duncan | 3605 durham Rd | Royal Oak | 48073 | 3 | 3 | 22 |
| 5. | | Bryan Orischak | 2909 glenview Ave | Royal Oak | 48073 | 3 | 3 | 22 |
| 6. | Anne Barrett | Anne Barrett | 212 Baker St | Royal Oak | 48067 | 3 | 3 | 22 |
| 7. | Katie Jeffery | Katie Jeffery | 5224 Maplewood Ave | Royal Oak | 48073 | 3 | 3 | 22 |
| 8. | Brent Heard | Brent Heard | 3922 woodward ave | Bloomfield Hills | 48304 | 03 | 03 | 2022 |
| 9. | Jason Lagrand | Jason Lagrand | 722 Butternut Ave | Royal Oak | 48073 | 03 | 03 | 22 |
| 10. | Daniel Wolff | Daniel Wolff | 4841 woodland ave | Royal Oak | 48073 | 3 | 3 | 22 |

## CERTIFICATE OF CIRCULATOR

The undersigned circulator of the above petition asserts that he or she is 18 years of age or older and a United States citizen; that each signature on the petition was signed in his or her presence; that he or she has neither caused nor permitted a person to sign the petition more than once and has no knowledge of a person signing the petition more than once; and that, to his or her best knowledge and belief, each signature is the genuine signature of the person purporting to sign the petition, the person signing the petition was at the time of signing a registered elector of the City or Township indicated preceding the signature, and the elector was qualified to sign the petition.

[✓] If the circulator is not a resident of Michigan, the circulator shall make a cross [X] or check mark [√] in the box provided, otherwise each signature on this petition sheet is invalid and the signatures will not be counted by a filing official. By making a cross or check mark in the box provided, the undersigned circulator asserts that he or she is not a resident of Michigan and agrees to accept the jurisdiction of this state for the purpose of any legal proceeding or hearing that concerns a petition sheet executed by the circulator and agrees that legal process served on the Secretary of State or a designated agent of the Secretary of State has the same effect as if personally served on the circulator.

**WARNING-A CIRCULATOR KNOWINGLY MAKING A FALSE STATEMENT IN THE ABOVE CERTIFICATE, A PERSON NOT A CIRCULATOR WHO SIGNS AS A CIRCULATOR, OR A PERSON WHO SIGNS A NAME OTHER THAN HIS OR HER OWN AS CIRCULATOR IS GUILTY OF A MISDEMEANOR.**

## CIRCULATOR – DO NOT SIGN OR DATE
## CERTIFICATE UNTIL AFTER CIRCULATING PETITION.

_Brian H_ _3 , 15 , 22_
(Signature of Circulator)          (Date)

_Brianna Heron_
(Printed Name of Circulator)

_26350 SW 135th Ave._
(Complete Residence Address [Street and Number or Rural Route]) – [Do not enter a post office box]

_Homestead Fl 33032_
(City or Township, State, Zip Code)

_Miami-Dade_
(County of Registration, if Registered to Vote, of a Circulator who is not a Resident of Michigan)

# NOMINATING PETITION
## (COUNTYWIDE PARTISAN)

INSTRUCTIONS ON REVERSE SIDE

The "Countywide" Partisan Petition form may be used by any partisan candidate. Exception: the form may not be used by a partisan candidate who seeks the office of County Commissioner; such candidates must use the "City/Township" Partisan Petition form.

We, the undersigned, registered and qualified voters of the County of **Macomb**, and State of Michigan, nominate **Perry Johnson**, **297 Canterbury Rd** (Name of Candidate) (Street Address or Rural Route)

**Bloomfield Township** (City or Township), as a candidate of the **Republican** Party for the office of* **Governor** (Title of Office/Term Expiration Date) (District, if any)

to be voted for at the Primary Election to be held on the **2nd** day of **August**, 20 **22**

**002339**

**WARNING – A PERSON WHO KNOWINGLY SIGNS MORE PETITIONS FOR THE SAME OFFICE THAN THERE ARE PERSONS TO BE ELECTED TO THE OFFICE, SIGNS A PETITION MORE THAN ONCE, OR SIGNS A NAME OTHER THAN HIS OR HER OWN IS VIOLATING THE PROVISIONS OF THE MICHIGAN ELECTION LAW.**

| | SIGNATURE | PRINTED NAME | STREET ADDRESS OR RURAL ROUTE | NAME OF CITY OR TOWNSHIP | ZIP CODE | MONTH | DAY | YEAR |
|---|---|---|---|---|---|---|---|---|
| 1. | Alexis Rawlins | Alexis Rawlins | 48767 Bradford dr | Macomb | 48044 | 3 | 5 | 22 |
| 2. | Sharon Wilson | Sharon Wilson | 21100 23 mile rd | Macomb | 48044 | 3 | 5 | 22 |
| 3. | James browe | James browe | 41 Logan St APTS | mount Clemens | 48043 | 3 | 5 | 22 |
| 4. | Deborah Corbin | Deborah Corbin | 40 hollywood ct | mount Clemens | 48043 | 3 | 5 | 22 |
| 5. | Melissa Frase | Melissa Frase | 46319 Beauvais W | Macomb | 48044 | 3 | 5 | 22 |
| 6. | Amber S. | Amber Schram | 18972 Alsie Dr | macomb | 48044 | 3 | 5 | 22 |
| 7. | alexia Treppa | Alexia Treppa | 58296 alden Dr | macomb | 48044 | 3 | 5 | 22 |
| 8. | Sarah Domka | Sarah Domka | 18757 Ash Creek | Macomb | 48044 | 3 | 5 | 22 |
| 9. | Asia bryant | Asia bryant | 41 moser pl | mount clemens | 48043 | 3 | 5 | 22 |
| 10. | Andrew Gambino | Andrew Gambino | 49738 Alpine dr | Macomb | 48044 | 3 | 5 | 22 |

## CERTIFICATE OF CIRCULATOR

The undersigned circulator of the above petition asserts that he or she is 18 years of age or older and a United States citizen; that each signature on the petition was signed in his or her presence; that he or she has neither caused nor permitted a person to sign the petition more than once and has no knowledge of a person signing the petition more than once; and that, to his or her best knowledge and belief, each signature is the genuine signature of the person purporting to sign the petition, the person signing the petition was at the time of signing a registered elector of the City or Township indicated preceding the signature, and the elector was qualified to sign the petition.

[ ] If the circulator is not a resident of Michigan, the circulator shall make a cross [X] or check mark [√] in the box provided, otherwise each signature on this petition sheet is invalid and the signatures will not be counted by a filing official. By making a cross or check mark in the box provided, the undersigned circulator asserts that he or she is not a resident of Michigan and agrees to accept the jurisdiction of this state for the purpose of any legal proceeding or hearing that concerns a petition sheet executed by the circulator and agrees that legal process served on the Secretary of State or a designated agent of the Secretary of State has the same effect as if personally served on the circulator.

**WARNING-A CIRCULATOR KNOWINGLY MAKING A FALSE STATEMENT IN THE ABOVE CERTIFICATE, A PERSON NOT A CIRCULATOR WHO SIGNS AS A CIRCULATOR, OR A PERSON WHO SIGNS A NAME OTHER THAN HIS OR HER OWN AS CIRCULATOR IS GUILTY OF A MISDEMEANOR.**

## CIRCULATOR – DO NOT SIGN OR DATE CERTIFICATE UNTIL AFTER CIRCULATING PETITION.

Aaliyah Ingram (Signature of Circulator) — **3, 7, 22** (Date)

Aaliyah Ingram (Printed Name of Circulator)

17367 Hamburg (Complete Residence Address [Street and Number or Rural Route]) – [Do not enter a post office box]

Detroit MI 48205 (City or Township, State, Zip Code)

(County of Registration, if Registered to Vote, of a Circulator who is not a Resident of Michigan)

INSTRUCTIONS ON REVERSE SIDE

# NOMINATING PETITION
## (COUNTYWIDE PARTISAN)

This countywide Partisan Petition form may be used by any partisan candidate. Exception: the form may not be used by a partisan candidate who seeks the office of County Commissioner; such candidates must use the "City/Township" Partisan Petition form.

We, the undersigned, registered and qualified voters of the County of ___Wayne___ , and State of Michigan, nominate_____ Perry Johnson _____ , _____ 297 Canterbury Rd _____

**(Name of Candidate)**      **(Street Address or Rural Route)**

___Bloomfield Township___ ,as a candidate of the ___Republican___ Party for the office of* ___Governor___

**(City or Township)**    **Party**      **(Title of Office/Term Expiration Date)**      **(District, if any)**

to be voted for at the Primary Election to be held on the ___2nd___ day of ___August___ , 20 ___22___ .

002138

**WARNING – A PERSON WHO KNOWINGLY SIGNS MORE PETITIONS FOR THE SAME OFFICE THAN THERE ARE PERSONS TO BE ELECTED TO THE OFFICE, SIGNS A PETITION MORE THAN ONCE, OR SIGNS A NAME OTHER THAN HIS OR HER OWN IS VIOLATING THE PROVISIONS OF THE MICHIGAN ELECTION LAW.**

| | SIGNATURE | PRINTED NAME | STREET ADDRESS OR RURAL ROUTE | NAME OF CITY OR TOWNSHIP | ZIP CODE | MONTH | DAY | YEAR |
|---|---|---|---|---|---|---|---|---|
| 1. | Ronald Adkins | Ronald Adkins | 202 Chalmers st | Detroit | 48215 | 4 | 15 | 22 |
| 2. | Sandra Kuykendall | Sandra Kuykendall | 5018 gurland | Detroit | 48218 | 4 | 15 | 22 |
| 3. | Derrick H | Derrick Harpen | 91 boorassa st | Ecorse | 48229 | 4 | 15 | 22 |
| 4. | Sulayman Nagi | Sulayman Nagi | 2203 Bernard | Hamtramck | 48212 | 4 | 15 | 22 |
| 5. | Christina Pitter | Christina Pitter | 41250 Appleby | Northville | 48168 | 4 | 15 | 22 |
| 6. | Clantell Akin | Clantell Akins | 7759 Grangea st | detroit | 48213 | 4 | 15 | 22 |
| 7. | Angelo Vitale | Angelo Vitale | 15862 August ct | Northville | 48168 | 4 | 15 | 22 |
| 8. | Fouad Alchakiri | Fouad Alchakiri | 3924 Dorothy st | hamtramack | 48212 | 4 | 15 | 22 |
| 9. | M Wilson | Marquese Wilson | 8675 Bessemore | Detroit | 48213 | 4 | 15 | 22 |
| 10. | Robert Nace | Robert Nace | 12 We Broadway st | Ecorse | 48229 | 4 | 15 | 22 |

## CERTIFICATE OF CIRCULATOR

The undersigned circulator of the above petition asserts that he or she is 18 years of age or older and a United States citizen; that each signature on the petition was signed in his or her presence; that he or she has neither caused nor permitted a person to sign the petition more than once and has no knowledge of a person signing the petition more than once; and that, to his or her best knowledge and belief, each signature is the genuine signature of the person purporting to sign the petition, the person signing the petition was at the time of signing a registered elector of the City or Township indicated preceding the signature, and the elector was qualified to sign the petition.

☐ If the circulator is not a resident of Michigan, the circulator shall make a cross [X] or check mark [√] in the box provided, otherwise each signature on this petition sheet is invalid and the signatures will not be counted by a filing official. By making a cross or check mark in the box provided, the undersigned circulator asserts that he or she is not a resident of Michigan and agrees to accept the jurisdiction of this state for the purpose of any legal proceeding or hearing that concerns a petition sheet executed by the circulator and agrees that legal process served on the Secretary of State or a designated agent of the Secretary of State has the same effect as if personally served on the circulator.

**WARNING-A CIRCULATOR KNOWINGLY MAKING A FALSE STATEMENT IN THE ABOVE CERTIFICATE, A PERSON NOT A CIRCULATOR WHO SIGNS AS A CIRCULATOR, OR A PERSON WHO SIGNS A NAME OTHER THAN HIS OR HER OWN AS CIRCULATOR IS GUILTY OF A MISDEMEANOR.**

## CIRCULATOR – DO NOT SIGN OR DATE CERTIFICATE UNTIL AFTER CIRCULATING PETITION.

Jehvon Evans      4, 15, 22

**(Signature of Circulator)**      **(Date)**

Jehvon Evans

**(Printed Name of Circulator)**

15751 Auburn

**(Complete Residence Address [Street and Number or Rural Route]) – [Do not enter a post office box]**

Detroit Mi 48223

**(City or Township, State, Zip Code)**

**(County of Registration, if Registered to Vote, of a Circulator who is not a Resident of Michigan)**

# NOMINATING PETITION

## (COUNTYWIDE PARTISAN)

| INSTRUCTIONS ON REVERSE SIDE | This Countywide Partisan Petition form may be used by any partisan candidate. Exception: the form may not be used by a partisan candidate who seeks the office of County Commissioner; such candidates must use the "City/Township" Partisan Petition form. |

We, the undersigned, registered and qualified voters of the County of __OAKLAND__ , and State of Michigan, nominate __Perry Johnson__ , __297 Canterbury Rd__

__Bloomfield Township__ (City or Township) as a candidate of the __Republican__ Party for the office of* __Governor__ to be voted for at the Primary Election to be held on the __2nd__ day of __August__ , 20 __22__

002171

**WARNING – A PERSON WHO KNOWINGLY SIGNS MORE PETITIONS FOR THE SAME OFFICE THAN THERE ARE PERSONS TO BE ELECTED TO THE OFFICE, SIGNS A PETITION MORE THAN ONCE, OR SIGNS A NAME OTHER THAN HIS OR HER OWN IS VIOLATING THE PROVISIONS OF THE MICHIGAN ELECTION LAW.**

| | SIGNATURE | PRINTED NAME | STREET ADDRESS OR RURAL ROUTE | NAME OF CITY OR TOWNSHIP | ZIP CODE | MONTH | DAY | YEAR |
|---|---|---|---|---|---|---|---|---|
| 1. | | Eric Burnett | 687 Reynolds Dr | Waterford | 40828 | 3 | 8 | 2022 |
| 2. | Joe Mayle | Joe Mayle | 2700 Shimmons | Auburn Hills 48326 | 48326 | 3 | 8 | 22 |
| 3. | | Alex Gerodias Sq | 210 Plushwoodyr | Southfield | 48076 | 3 | 8 | 22 |
| 4. | Aljean Bibb | Aljean Bibb | 19441 Starland | Southfield | 48075 | 3 | 8 | 22 |
| 5. | | William Griffin | 1482 Prezrall st | Detroit | 48034 | 3 | 8 | 22 |
| 6. | Marcus Mathis | Marcus Mathis | 29259 Everett | Southfield | 48706 | 3 | 8 | 2022 |
| 7. | James Smith | James Smith | 4540 Wildwood Loop | Clarkston 48348 | 48348 | 3 | 8 | 2022 |
| 8. | David Starks | David Starks | 9002 Plush 4 | Clarkston 48348 | 48348 | 3 | 8 | 2022 |
| 9. | S. Flowers | steven Flowers | 2754 Granger Rd | Ortonville | 48462 | 3 | 4 | 2022 |
| 10. | Ken May | KEN MAY kenneth | 401 Hummer Lake | Ortonville | 48462 | 3 | 8 | 2022 |

## CERTIFICATE OF CIRCULATOR

The undersigned circulator of the above petition asserts that he or she is 18 years of age or older and a United States citizen; that each signature on the petition was signed in his or her presence; that he or she has neither caused nor permitted a person to sign the petition more than once and has no knowledge of a person signing the petition more than once; and that, to his or her best knowledge and belief, each signature is the genuine signature of the person purporting to sign the petition, the person signing the petition was at the time of signing a registered elector of the City or Township indicated preceding the signature, and the elector was qualified to sign the petition.

[ ] If the circulator is not a resident of Michigan, the circulator shall make a cross [X] or check mark [√] in the box provided, otherwise each signature on this petition sheet is invalid and the signatures will not be counted by a filing official. By making a cross or check mark in the box provided, the undersigned circulator asserts that he or she is not a resident of Michigan and agrees to accept the jurisdiction of this state for the purpose of any legal proceeding or hearing that concerns a petition sheet executed by the circulator and agrees that legal process served on the Secretary of State or a designated agent of the Secretary of State has the same effect as if personally served on the circulator.

**WARNING-A CIRCULATOR KNOWINGLY MAKING A FALSE STATEMENT IN THE ABOVE CERTIFICATE, A PERSON NOT A CIRCULATOR WHO SIGNS AS A CIRCULATOR, OR A PERSON WHO SIGNS A NAME OTHER THAN HIS OR HER OWN AS CIRCULATOR IS GUILTY OF A MISDEMEANOR.**

## CIRCULATOR – DO NOT SIGN OR DATE CERTIFICATE UNTIL AFTER CIRCULATING PETITION.

(Signature of Circulator) __3, 8, 2022__ (Date)

(Printed Name of Circulator) __NICOLO MASTROMATTEO__

(Complete Residence Address [Street and Number or Rural Route]) – [Do not enter a post office box] __5380 OLDE FARM LN__

(City or Township, State, Zip Code) __ORTONVILLE, MI 48462__

(County of Registration, if Registered to Vote, of a Circulator who is not a Resident of Michigan)

| INSTRUCTIONS ON REVERSE SIDE |
|---|

# NATING PETITION
## (COUNTYWIDE PARTISAN)

* The "Countywide" Partisan Petition form may be used by any partisan candidate. Exception: the form may not be used by a partisan candidate who seeks the office of County Commissioner; such candidates must use the "City/Township" Partisan Petition form.

We, the undersigned, registered and qualified voters of the County of _Genesee_ , and State of Michigan, nominate _Perry Johnson_ _297 Canterbury Rd_
                                                     (Name of Candidate)                              (Street Address or Rural Route)

_Bloomfield Township_ as a candidate of the _Republican_ Party for the office of* _Governor_
    (City or Township)                                                  (Title of Office/Term Expiration Date)

to be voted for at the Primary Election to be held on the _2nd_ day of _August_ , 20 _22_ .
                                                                   (District, if any)

**002035**

## WARNING – A PERSON WHO KNOWINGLY SIGNS MORE PETITIONS FOR THE SAME OFFICE THAN THERE ARE PERSONS TO BE ELECTED TO THE OFFICE, SIGNS A PETITION MORE THAN ONCE, OR SIGNS A NAME OTHER THAN HIS OR HER OWN IS VIOLATING THE PROVISIONS OF THE MICHIGAN ELECTION LAW.

| | SIGNATURE | PRINTED NAME | STREET ADDRESS OR RURAL ROUTE | NAME OF CITY OR TOWNSHIP | ZIP CODE | MONTH | DAY | YEAR |
|---|---|---|---|---|---|---|---|---|
| 1. | Tasha Frost | Tasha Frost | 1281 W Princeton | Flint | 48505 | 3 | 05 | 22 |
| 2. | G.N Moss | Aliyah Moss | 7102 shore Ln | Flint | 48504 | 03 | 05 | 22 |
| 3. | matthew | Matthew Berry Kerry | 1709 fenton rd | Flint | 48507 | 3 | 5 | 22 |
| 4. | Q Jones | Quame Jones | 2111 Flushing Rd | Flint | 48504 | 3 | 5 | 22 |
| 5. | Antrea Marcus | Antrea Marcus | 2060 Lovelle rd | Flint | 48504 | 3 | 5 | 22 |
| 6. | David Flynn | David Flynn | 720 Kensington Ave | Flint | 48503 | 3 | 5 | 2022 |
| 7. | Wyvonne Skinner | Wyvonne Skinner | 333 E Marengo Ave | Flint | 48505 | 03 | 05 | 22 |
| 8. | Destiny Tetrich | Destiny Tetrich | 2479 Murphy rd | Flint | 48504 | 3 | 5 | 22 |
| 9. | Alecia Amay | Alecia Amay | 326 W Pulaski Ave. | Flint | 48505 | 03 | 05 | 2022 |
| 10. | Kaylee Coffer | Kaylee Coffer | 6182 Lucas Rd | Flint | 48506 | 03 | 05 | 22 |

## CERTIFICATE OF CIRCULATOR

The undersigned circulator of the above petition asserts that he or she is 18 years of age or older and a United States citizen; that each signature on the petition was signed in his or her presence; that he or she has neither caused nor permitted a person to sign the petition more than once and has no knowledge of a person signing the petition more than once; and that, to his or her best knowledge and belief, each signature is the genuine signature of the person purporting to sign the petition, the person signing the petition was at the time of signing a registered elector of the City or Township indicated preceding the signature, and the elector was qualified to sign the petition.

[✓] If the circulator is not a resident of Michigan, the circulator shall make a cross [X] or check mark [✓] in the box provided, otherwise each signature on this petition sheet is invalid and the signatures will not be counted by a filing official. By making a cross or check mark in the box provided, the undersigned circulator asserts that he or she is not a resident of Michigan and agrees to accept the jurisdiction of this state for the purpose of any legal proceeding or hearing that concerns a petition sheet executed by the circulator and agrees that legal process served on the Secretary of State or a designated agent of the Secretary of State has the same effect as if personally served on the circulator.

## WARNING-A CIRCULATOR KNOWINGLY MAKING A FALSE STATEMENT IN THE ABOVE CERTIFICATE, A PERSON NOT A CIRCULATOR WHO SIGNS AS A CIRCULATOR, OR A PERSON WHO SIGNS A NAME OTHER THAN HIS OR HER OWN AS CIRCULATOR IS GUILTY OF A MISDEMEANOR.

## CIRCULATOR – DO NOT SIGN OR DATE CERTIFICATE UNTIL AFTER CIRCULATING PETITION.

_(Signature of Circulator)_      _03/15/22_ (Date)

_Giovonee Smith_
(Printed Name of Circulator)

_25350 Sw 137th Ave._
(Complete Residence Address [Street and Number or Rural Route]) – [Do not enter a post office box]

_Homestead Fl 33032_
(City or Township, State, Zip Code)

_Dade_
(County of Registration, if Registered to Vote, of a Circulator who is not a Resident of Michigan)

# NOMINATING PETITION
## (COUNTYWIDE PARTISAN)

INSTRUCTIONS ON REVERSE SIDE

This "Countywide" Partisan Petition form may be used by any partisan candidate. Exception: the form may not be used by a partisan candidate who seeks the office of County Commissioner; such candidates must use the "City/Township" Partisan Petition form.

We, the undersigned, registered and qualified voters of the County of _Wayne_, and State of Michigan, nominate _Perry Johnson_ (Name of Candidate), _297 Canterbury Rd_ (Street Address or Rural Route)

_Bloomfield Township_ (City or Township), as a candidate of the _Republican_ Party for the office of* _Governor_ (Title of Office/Term Expiration Date) _____ (District, if any)
to be voted for at the Primary Election to be held on the _2nd_ day of _August_, 20 _22_.

4101

**WARNING – A PERSON WHO KNOWINGLY SIGNS MORE PETITIONS FOR THE SAME OFFICE THAN THERE ARE PERSONS TO BE ELECTED TO THE OFFICE, SIGNS A PETITION MORE THAN ONCE, OR SIGNS A NAME OTHER THAN HIS OR HER OWN IS VIOLATING THE PROVISIONS OF THE MICHIGAN ELECTION LAW.**

| | SIGNATURE | PRINTED NAME | STREET ADDRESS OR RURAL ROUTE | NAME OF CITY OR TOWNSHIP | ZIP CODE | MONTH | DAY | YEAR |
|---|---|---|---|---|---|---|---|---|
| 1. | | Anna Giammarco | 40360 harmony | Northville | 48167 | 4 | 13 | 22 |
| 2. | | James Woods | 9353 marilyn Ave | Plymouth | 48170 | 04 | 28 | 22 |
| 3. | | Anjelica Sporer | 14201d salem | Plymouth | 48170 | 4 | 13 | 22 |
| 4. | | Aslean Jones | 34448 Beverly Rd. | Romulus | 48174 | 04 | 13 | 22 |
| 5. | Camryn | Calvin Davis | 270 Courtney | northville | 48167 | 4 | 13 | 22 |
| 6. | | DEBRA McGREGOR | 41145 Mical Dr | Plymouth | 48170 | 04 | 13 | 2022 |
| 7. | | Stella Green | 34278 Beverly Rd. | Romulus | 48174 | 04 | 13 | 22 |
| 8. | | Marco Jean | 45560 Leighwood Ct | | 48170 | 1 | 15 | 2022 |
| 9. | | richard Freeland | 40551 mical Dr | Plymouth | 48670 | 04 | 13 | 2022 |
| 10. | W. Paras | Norman Vasko | CR64 Village | Plymouth | 48170 | 4 | 15 | 22 |

## CERTIFICATE OF CIRCULATOR

The undersigned circulator of the above petition asserts that he or she is 18 years of age or older and a United States citizen; that each signature on the petition was signed in his or her presence; that he or she has neither caused nor permitted a person to sign the petition more than once and has no knowledge of a person signing the petition more than once; and that, to his or her best knowledge and belief, each signature is the genuine signature of the person purporting to sign the petition, the person signing the petition was at the time of signing a registered elector of the City or Township indicated preceding the signature, and the elector was qualified to sign the petition.

☑ If the circulator is not a resident of Michigan, the circulator shall make a cross [X] or check mark [√] in the box provided, otherwise each signature on this petition sheet is invalid and the signatures will not be counted by a filing official. By making a cross or check mark in the box provided, the undersigned circulator asserts that he or she is not a resident of Michigan and agrees to accept the jurisdiction of this state for the purpose of any legal proceeding or hearing that concerns a petition sheet executed by the circulator and agrees that legal process served on the Secretary of State or a designated agent of the Secretary of State has the same effect as if personally served on the circulator.

**WARNING-A CIRCULATOR KNOWINGLY MAKING A FALSE STATEMENT IN THE ABOVE CERTIFICATE, A PERSON NOT A CIRCULATOR WHO SIGNS AS A CIRCULATOR, OR A PERSON WHO SIGNS A NAME OTHER THAN HIS OR HER OWN AS CIRCULATOR IS GUILTY OF A MISDEMEANOR.**

## CIRCULATOR – DO NOT SIGN OR DATE CERTIFICATE UNTIL AFTER CIRCULATING PETITION.

_____ (Signature of Circulator)    4 , 19 , 22 (Date)

_Ryan Sacusta_ (Printed Name of Circulator)

_8414 maxelbash Ct_ (Complete Residence Address [Street and Number or Rural Route]) – [Do not enter a post office box]

_Glenarden MD 20706_ (City or Township, State, Zip Code)

_Prince Hooges County_ (County of Registration, if Registered to Vote, of a Circulator who is not a Resident of Michigan)

| INSTRUCTIONS ON REVERSE SIDE |
|---|

# NOMINATING PETITION
## (COUNTYWIDE PARTISAN)

* The "Countywide" Partisan Petition form may be used by any partisan candidate. Exception: the form may not be used by a partisan candidate who seeks the office of County Commissioner; such candidates must use the "City/Township" Partisan Petition form.

We, the undersigned, registered and qualified voters of the County of **Oakland**, and State of Michigan, nominate **Perry Johnson** , **297 Canterbury Rd**

(Name of Candidate) — (Street Address or Rural Route)

**Bloomfield Township** ,as a candidate of the **Republican** Party for the office of* **Governor** .

(City or Township) — (Title of Office/Term Expiration Date) — (District, if any)

to be voted for at the Primary Election to be held on the **2nd** day of **August** , 20 **22** .

**002105**

**WARNING – A PERSON WHO KNOWINGLY SIGNS MORE PETITIONS FOR THE SAME OFFICE THAN THERE ARE PERSONS TO BE ELECTED TO THE OFFICE, SIGNS A PETITION MORE THAN ONCE, OR SIGNS A NAME OTHER THAN HIS OR HER OWN IS VIOLATING THE PROVISIONS OF THE MICHIGAN ELECTION LAW.**

| | SIGNATURE | PRINTED NAME | STREET ADDRESS OR RURAL ROUTE | NAME OF CITY OR TOWNSHIP | ZIP CODE | MONTH | DAY | YEAR |
|---|---|---|---|---|---|---|---|---|
| 1. | Eileen D | Eileen Dwyer | 1334 Delong | Madison Heights | 48071 | 4 | 14 | 22 |
| 2. | Jeffery Noble | Jeffery Noble | 1181 Hermann | Milford | 48380 | 4 | 14 | 22 |
| 3. | Rhonda Booker | Rhonda Booker | 8675 Sharon st | White Lake | 48386 | 4 | 14 | 22 |
| 4. | Darrell Harrison | Darrell Harrison | 4233 cooper ave | Royel Oak | 48073 | 4 | 14 | 22 |
| 5. | Timothy Anderson | Timothy Anderson | 5258 McKinley | Hazel Park | 48030 | 4 | 14 | 22 |
| 6. | Nancy Bryant | Nancy Bryant | 8236 Atton st | White Lake | 48386 | 4 | 14 | 22 |
| 7. | Amy Chein | Amy Chein | 1953 Bluff ct | Troy | 48098 | 4 | 14 | 22 |
| 8. | Adriane Holland | Adriane Holland | 17260 Eyelhum | Southfield | 48075 | 4 | 14 | 22 |
| 9. | Ernest Jones | Ernest Jones | 6961 GarySue | Milford | 48380 | 4 | 14 | 22 |
| 10. | James Green | James Green | 21171 Kipling | Oak park | 48237 | 4 | 14 | 22 |

## CERTIFICATE OF CIRCULATOR

The undersigned circulator of the above petition asserts that he or she is 18 years of age or older and a United States citizen; that each signature on the petition was signed in his or her presence; that he or she has neither caused nor permitted a person to sign the petition more than once and has no knowledge of a person signing the petition more than once; and that, to his or her best knowledge and belief, each signature is the genuine signature of the person purporting to sign the petition, the person signing the petition was at the time of signing a registered elector of the City or Township indicated preceding the signature, and the elector was qualified to sign the petition.

☐ If the circulator is not a resident of Michigan, the circulator shall make a cross [X] or check mark [√] in the box provided, otherwise each signature on this petition sheet is invalid and the signatures will not be counted by a filing official. By making a cross or check mark in the box provided, the undersigned circulator asserts that he or she is not a resident of Michigan and agrees to accept the jurisdiction of this state for the purpose of any legal proceeding or hearing that concerns a petition sheet executed by the circulator and agrees that legal process served on the Secretary of State or a designated agent of the Secretary of State has the same effect as if personally served on the circulator.

**WARNING-A CIRCULATOR KNOWINGLY MAKING A FALSE STATEMENT IN THE ABOVE CERTIFICATE, A PERSON NOT A CIRCULATOR WHO SIGNS AS A CIRCULATOR, OR A PERSON WHO SIGNS A NAME OTHER THAN HIS OR HER OWN AS CIRCULATOR IS GUILTY OF A MISDEMEANOR.**

## CIRCULATOR – DO NOT SIGN OR DATE
## CERTIFICATE UNTIL AFTER CIRCULATING PETITION.

T Stewart
(Signature of Circulator)

04 / 14 / 22
(Date)

Trevon Stewart
(Printed Name of Circulator)

20058 yamaca st
(Complete Residence Address [Street and Number and Rural Route]) – [Do not enter a post office box]

Highland Park MI 48203
(City or Township, State, Zip Code)

(County of Registration, if Registered to Vote, of a Circulator who is not a Resident of Michigan)

# NOMINATING PETITION
## (COUNTYWIDE PARTISAN)

INSTRUCTIONS ON REVERSE SIDE

The "Countywide" Partisan Petition form may be used by any partisan candidate. Exception: the form may not be used by a partisan candidate who seeks the office of County Commissioner; such candidates must use the "City/Township" Partisan Petition form.

We, the undersigned, registered and qualified voters of the County of **Oakland**, and State of Michigan, nominate **Perry Johnson** **297 Canterbury Rd**

(Name of Candidate) (Street Address or Rural Route)

**Bloomfield Township** , as a candidate of the **Republican** Party for the office of* **Governor**

(City or Township) (Title of Office/Term Expiration Date) (District, if any)

to be voted for at the Primary Election to be held on the **2nd** day of **August** , 20 **22** .

002106

**WARNING – A PERSON WHO KNOWINGLY SIGNS MORE PETITIONS FOR THE SAME OFFICE THAN THERE ARE PERSONS TO BE ELECTED TO THE OFFICE, SIGNS A PETITION MORE THAN ONCE, OR SIGNS A NAME OTHER THAN HIS OR HER OWN IS VIOLATING THE PROVISIONS OF THE MICHIGAN ELECTION LAW.**

| | SIGNATURE | PRINTED NAME | STREET ADDRESS OR RURAL ROUTE | NAME OF CITY OR TOWNSHIP | ZIP CODE | MONTH | DAY | YEAR |
|---|---|---|---|---|---|---|---|---|
| 1. | | Thomas Wideman | 22367 Hampton Ct | Southfield | 48034 | 4 | 14 | 22 |
| 2. | | Rachel Foss | 28821 Flandene | wixom | 48393 | 4 | 14 | 22 |
| 3. | Barbara Benbert | Barbara Benbert | 1969 Dutong Ave | Medison Heights | 48071 | 4 | 14 | 22 |
| 4. | | Gina Chora | 2142 Orland | wixom | 48393 | 4 | 14 | 22 |
| 5. | | Tyler Buck | 1849 Baywood | Wixam | 48393 | 4 | 14 | 22 |
| 6. | | Marilyn Moore | 13250 Irvine | Oak Park | 48037 | 4 | 14 | 22 |
| 7. | | Emily Lave | 160 camelot way | Rochester | 48306 | 4 | 14 | 22 |
| 8. | William Romero | William Romero | 7470 Hollway | White Lake | 48386 | 4 | 14 | 22 |
| 9. | richard gray | richard gray | 13171 Irvine blvd | Oak Park | 48037 | 4 | 14 | 22 |
| 10. | | James Merill | 1380 Hemingway | Oak Park | 48037 | 4 | 14 | 22 |

## CERTIFICATE OF CIRCULATOR

The undersigned circulator of the above petition asserts that he or she is 18 years of age or older and a United States citizen; that each signature on the petition was signed in his or her presence; that he or she has neither caused nor permitted a person to sign the petition more than once and has no knowledge of a person signing the petition more than once; and that, to his or her best knowledge and belief, each signature is the genuine signature of the person purporting to sign the petition, the person signing the petition was at the time of signing a registered elector of the City or Township indicated preceding the signature, and the elector was qualified to sign the petition.

☐ If the circulator is not a resident of Michigan, the circulator shall make a cross [X] or check mark [√] in the box provided, otherwise each signature on this petition sheet is invalid and the signatures will not be counted by a filing official. By making a cross or check mark in the box provided, the undersigned circulator asserts that he or she is not a resident of Michigan and agrees to accept the jurisdiction of this state for the purpose of any legal proceeding or hearing that concerns a petition sheet executed by the circulator and agrees that legal process served on the Secretary of State or a designated agent of the Secretary of State has the same effect as if personally served on the circulator.

**WARNING-A CIRCULATOR KNOWINGLY MAKING A FALSE STATEMENT IN THE ABOVE CERTIFICATE, A PERSON NOT A CIRCULATOR WHO SIGNS AS A CIRCULATOR, OR A PERSON WHO SIGNS A NAME OTHER THAN HIS OR HER OWN AS CIRCULATOR IS GUILTY OF A MISDEMEANOR.**

## CIRCULATOR – DO NOT SIGN OR DATE CERTIFICATE UNTIL AFTER CIRCULATING PETITION.

T. Stewart

(Signature of Circulator)

04 / 14 / 22

(Date)

Trevon Stewart

(Printed Name of Circulator)

20058 Yacama St

(Complete Residence Address [Street and Number or Rural Route]) – [Do not enter a post office box]

Highland Park MI 48203

(City or Township, State, Zip Code)

(County of Registration, if Registered to Vote, of a Circulator who is not a Resident of Michigan)

| INSTRUCTIONS ON REVERSE SIDE |
|---|

# NOMINATING PETITION
## (COUNTYWIDE PARTISAN)

The "Countywide" Partisan Petition form may be used by any partisan candidate. Exception: the form may not be used by a partisan candidate who seeks the office of County Commissioner; such candidates must use the "City/Township" Partisan Petition form.

We, the undersigned, registered and qualified voters of the County of **Oakland**, and State of Michigan, nominate **Perry Johnson** **297 Canterbury Rd**

(Name of Candidate)       (Street Address or Rural Route)

**Bloomfield Township**, as a candidate of the **Republican** Party for the office of* **Governor**

(City or Township)      (Title of Office/Term Expiration Date)      (District, if any)

to be voted for at the Primary Election to be held on the **2nd** day of **August**, 20 **22**

**002107**

**WARNING – A PERSON WHO KNOWINGLY SIGNS MORE PETITIONS FOR THE SAME OFFICE THAN THERE ARE PERSONS TO BE ELECTED TO THE OFFICE, SIGNS A PETITION MORE THAN ONCE, OR SIGNS A NAME OTHER THAN HIS OR HER OWN IS VIOLATING THE PROVISIONS OF THE MICHIGAN ELECTION LAW.**

| | SIGNATURE | PRINTED NAME | STREET ADDRESS OR RURAL ROUTE | NAME OF CITY OR TOWNSHIP | ZIP CODE | MONTH | DAY | YEAR |
|---|---|---|---|---|---|---|---|---|
| 1. | Lur Sum | Laurie Summers | 1205 Concord | Rochester Hills | 48309 | 4 | 15 | 22 |
| 2. | Chelsea Swan | Chelsea Swan | 305 cherry ln | Oakland | 48363 | 4 | 15 | 22 |
| 3. | Shaw Domke | Shawn Domke | 708 e Drayton st | Ferndale | 48220 | 4 | 15 | 22 |
| 4. | David Duncan | David Duncan | 1892 banwood | Oakland | 48363 | 4 | 15 | 22 |
| 5. | Nicole Myers | Nicole Myers | 3838 locust | Oakland | 48363 | 4 | 15 | 22 |
| 6. | Norm Hug | Norman Hysog | 27000 Norwood st | Oak Park | 48237 | 4 | 15 | 22 |
| 7. | Chris Haw | Christy Haward | 426 Carter dr | Troy | 48098 | 4 | 15 | 22 |
| 8. | Pamela Cassie | Pamela Cassie | 12365 Bono | Milford | 48380 | 4 | 15 | 22 |
| 9. | Ruth Hooper | Ruth Hooper | 16491 Penn dr | Royal Oak | 48067 | 4 | 15 | 22 |
| 10. | S 2 | Sarah Smith | 1265 dulong | Madison Heights | 48071 | 4 | 15 | 22 |

## CERTIFICATE OF CIRCULATOR

The undersigned circulator of the above petition asserts that he or she is 18 years of age or older and a United States citizen; that each signature on the petition was signed in his or her presence; that he or she has neither caused nor permitted a person to sign the petition more than once and has no knowledge of a person signing the petition more than once; and that, to his or her best knowledge and belief, each signature is the genuine signature of the person purporting to sign the petition, the person signing the petition was at the time of signing a registered elector of the City or Township indicated preceding the signature, and the elector was qualified to sign the petition.

☐ If the circulator is not a resident of Michigan, the circulator shall make a cross [X] or check mark [√] in the box provided, otherwise each signature on this petition sheet is invalid and the signatures will not be counted by a filing official. By making a cross or check mark in the box provided, the undersigned circulator asserts that he or she is not a resident of Michigan and agrees to accept the jurisdiction of this state for the purpose of any legal proceeding or hearing that concerns a petition sheet executed by the circulator and agrees that legal process served on the Secretary of State or a designated agent of the Secretary of State has the same effect as if personally served on the circulator.

**WARNING-A CIRCULATOR KNOWINGLY MAKING A FALSE STATEMENT IN THE ABOVE CERTIFICATE, A PERSON NOT A CIRCULATOR WHO SIGNS AS A CIRCULATOR, OR A PERSON WHO SIGNS A NAME OTHER THAN HIS OR HER OWN AS CIRCULATOR IS GUILTY OF A MISDEMEANOR.**

## CIRCULATOR – DO NOT SIGN OR DATE
## CERTIFICATE UNTIL AFTER CIRCULATING PETITION.

**T. Stewart**      **04 / 15 / 2022**
(Signature of Circulator)      (Date)

**Trevon Stewart**
(Printed Name of Circulator)

**20058 yacama st**
(Complete Residence Address [Street and Number or Rural Route]) – [Do not enter a post office box]

**Highland Park MI 48203**
(City or Township, State, Zip Code)

(County of Registration, if Registered to Vote, of a Circulator who is not a Resident of Michigan)

| INSTRUCTIONS ON REVERSE SIDE |
|---|

# NOMINATING PETITION
## (COUNTYWIDE PARTISAN)

* The "Countywide" Partisan Petition form may be used by any partisan candidate. Exception: the form may not be used by a partisan candidate who seeks the office of County Commissioner; such candidates must use the "City/Township" Partisan Petition form.

We, the undersigned, registered and qualified voters of the County of **Oakland**, and State of Michigan, nominate **Perry Johnson**, **297 Canterbury Rd**

(Name of Candidate)     (Street Address or Rural Route)

**Bloomfield Township** as a candidate of the **Republican** Party for the office of* **Governor**

(City or Township)     (Title of Office/Term Expiration Date)     (District, if any)

to be voted for at the Primary Election to be held on the **2nd** day of **August**, 20 **22**.

000793

**WARNING – A PERSON WHO KNOWINGLY SIGNS MORE PETITIONS FOR THE SAME OFFICE THAN THERE ARE PERSONS TO BE ELECTED TO THE OFFICE, SIGNS A PETITION MORE THAN ONCE, OR SIGNS A NAME OTHER THAN HIS OR HER OWN IS VIOLATING THE PROVISIONS OF THE MICHIGAN ELECTION LAW.**

| | SIGNATURE | PRINTED NAME | STREET ADDRESS OR RURAL ROUTE | NAME OF CITY OR TOWNSHIP | ZIP CODE | MONTH | DAY | YEAR |
|---|---|---|---|---|---|---|---|---|
| 1. | Jamie Nord | Jamie Nord | 4345 meadowlane | bloomfield hills | 48304 | 3 | 8 | 2022 |
| 2. | Cynthia P | Cynthia Pike | 1124 Chespeake | Rochester | 48307 | 3 | 7 | 2022 |
| 3. | Karen Abraham | Karen Abraham | 3731 birchst | clarkston | 48348 | 3 | 8 | 22 |
| 4. | Mary Stark | Mary Stark | 11456 Buckskin | Holly | 48442 | 3 | 8 | 22 |
| 5. | Sally Struck | Sally Struck | 718 arbor | bloomfield | 48304 | 03 | 08 | 22 |
| 6. | Daniel Payne | Daniel Payne | 627 Appline | Rochester | 48307 | 3 | 8 | 2022 |
| 7. | Bryce Surrett | bryce Surrett | 4524 Cedargrove | clarkston | 48348 | 03 | 08 | 22 |
| 8. | Nicole fair | Nicole fair | 841 Crispin | Rochester | 48307 | 3 | 8 | 22 |
| 9. | Nathan Kumar | Nathan Kumar | 1856 kettler Ch | Bloomfield hills | 48304 | 3 | 8 | 2022 |
| 10. | Michael Vogel | Michael Vogel | 8269 Arlington | CLARKSTON | 48348 | 3 | 8 | 2022 |

## CERTIFICATE OF CIRCULATOR
The undersigned circulator of the above petition asserts that he or she is 18 years of age or older and a United States citizen; that each signature on the petition was signed in his or her presence; that he or she has neither caused nor permitted a person to sign the petition more than once and has no knowledge of a person signing the petition more than once; and that, to his or her best knowledge and belief, each signature is the genuine signature of the person purporting to sign the petition, the person signing the petition was at the time of signing a registered elector of the City or Township indicated preceding the signature, and the elector was qualified to sign the petition.

[ ] If the circulator is not a resident of Michigan, the circulator shall make a cross [X] or check mark [√] in the box provided, otherwise each signature on this petition sheet is invalid and the signatures will not be counted by a filing official. By making a cross or check mark in the box provided, the undersigned circulator asserts that he or she is not a resident of Michigan and agrees to accept the jurisdiction of this state for the purpose of any legal proceeding or hearing that concerns a petition sheet executed by the circulator and agrees that legal process served on the Secretary of State or a designated agent of the Secretary of State has the same effect as if personally served on the circulator.

**WARNING-A CIRCULATOR KNOWINGLY MAKING A FALSE STATEMENT IN THE ABOVE CERTIFICATE, A PERSON NOT A CIRCULATOR WHO SIGNS AS A CIRCULATOR, OR A PERSON WHO SIGNS A NAME OTHER THAN HIS OR HER OWN AS CIRCULATOR IS GUILTY OF A MISDEMEANOR.**

## CIRCULATOR – DO NOT SIGN OR DATE
## CERTIFICATE UNTIL AFTER CIRCULATING PETITION.

(Signature of Circulator)     3, 8, 22 (Date)

Stephen Jinnin
(Printed Name of Circulator)

47965 Thornwood
(Complete Residence Address [Street and Number or Rural Route]) – [Do not enter a post office box]

Wixom mi 48393
(City or Township, State, Zip Code)

(County of Registration, if Registered to Vote, of a Circulator who is not a Resident of Michigan)

| INSTRUCTIONS ON REVERSE SIDE |
|---|

# NOMINATING PETITION
## (COUNTYWIDE PARTISAN)

* The "Countywide" Partisan Petition form may be used by any partisan candidate. Exception: the form may not be used by a partisan candidate who seeks the office of County Commissioner; such candidates must use the "City/Township" Partisan Petition form.

We, the undersigned, registered and qualified voters of the County of **MACOMD**, and State of Michigan, nominate **Perry Johnson**, **297 Canterbury Rd**

(Name of Candidate)  (Street Address or Rural Route)

**Bloomfield Township** as a candidate of the **Republican** Party for the office of* **Governor**

(City or Township)  (Title of Office/Term Expiration Date)  (District, if any)

to be voted for at the Primary Election to be held on the **2nd** day of **August**, 20 **22**.

002376

## WARNING – A PERSON WHO KNOWINGLY SIGNS MORE PETITIONS FOR THE SAME OFFICE THAN THERE ARE PERSONS TO BE ELECTED TO THE OFFICE, SIGNS A PETITION MORE THAN ONCE, OR SIGNS A NAME OTHER THAN HIS OR HER OWN IS VIOLATING THE PROVISIONS OF THE MICHIGAN ELECTION LAW.

| | SIGNATURE | PRINTED NAME | STREET ADDRESS OR RURAL ROUTE | NAME OF CITY OR TOWNSHIP | ZIP CODE | MONTH | DAY | YEAR |
|---|---|---|---|---|---|---|---|---|
| 1. | Chad Kaiser | Chad Kaiser | C7813 Ivy ct | macts | 48098 | 3 | 11 | 22 |
| 2. | Brendan Timmerman | Brendan Timmerman | 8175 Wilson | Shelby T | 48316 | 3 | 11 | 2021 |
| 3. | Lori Watson | Lori Watson | 2001 Harbour | harrison | 48045 | 3 | 1 | 22 |
| 4. | Clair Woodwood | Clair Woodwood | 12919 Brixham | Warren | 48088 | 03 | 11 | 2022 |
| 5. | Mary Robinson | Mary Robinson | 12915 Baird | Warren | 48088 | 03 | 11 | 22 |
| 6. | Carol McNabb | Carol mc nabb | 6411 Woodlandave | Shelby township | 48316 | 63 | 11 | 22 |
| 7. | Danny Zender | Danny Zender | 39935 Milan St | maybe | 48044 | 03 | 11 | 22 |
| 8. | Diana Nerswick | Diana Nerswick | 53400 Woodbridge | Shelbytownshi | 48316 | 03 | 11 | 22 |
| 9. | Joan Dostine | Joan Dostine | 32052 Eiffel | Warren | 48088 | 03 | 11 | 22 |
| 10. | Gary Remohr | Gary Remohr | 6783 Yarborough Dr | Shel/twp | 48316 | 3 | 11 | 22 |

## CERTIFICATE OF CIRCULATOR

The undersigned circulator of the above petition asserts that he or she is 18 years of age or older and a United States citizen; that each signature on the petition was signed in his or her presence; that he or she has neither caused nor permitted a person to sign the petition more than once and has no knowledge of a person signing the petition more than once; and that, to his or her best knowledge and belief, each signature is the genuine signature of the person purporting to sign the petition, the person signing the petition was at the time of signing a registered elector of the City or Township indicated preceding the signature, and the elector was qualified to sign the petition.

☐ If the circulator is not a resident of Michigan, the circulator shall make a cross [X] or check mark [√] in the box provided, otherwise each signature on this petition sheet is invalid and the signatures will not be counted by a filing official. By making a cross or check mark in the box provided, the undersigned circulator asserts that he or she is not a resident of Michigan and agrees to accept the jurisdiction of this state for the purpose of any legal proceeding or hearing that concerns a petition sheet executed by the circulator and agrees that legal process served on the Secretary of State or a designated agent of the Secretary of State has the same effect as if personally served on the circulator.

## WARNING-A CIRCULATOR KNOWINGLY MAKING A FALSE STATEMENT IN THE ABOVE CERTIFICATE, A PERSON NOT A CIRCULATOR WHO SIGNS AS A CIRCULATOR, OR A PERSON WHO SIGNS A NAME OTHER THAN HIS OR HER OWN AS CIRCULATOR IS GUILTY OF A MISDEMEANOR.

## CIRCULATOR – DO NOT SIGN OR DATE CERTIFICATE UNTIL AFTER CIRCULATING PETITION.

Ygnie Vasu
(Signature of Circulator)

3,11,22
(Date)

Igzmine Vasser
(Printed Name of Circulator)

2772 Chater Blvd
(Complete Residence Address [Street and Number or Rural Route]) – [Do not enter a post office box]

Troy MT 48084
(City or Township, State, Zip Code)

(County of Registration, if Registered to Vote, of a Circulator who is not a Resident of Michigan)

# NOMINATING PETITION

**(COUNTYWIDE PARTISAN)**

| INSTRUCTIONS ON REVERSE SIDE |
|---|

This partisan Petition form may be used by any partisan candidate. Exception: the form may not be used by a partisan candidate who seeks the office of County Commissioner; such candidates must use the "City/Township" Partisan Petition form.

We, the undersigned, registered and qualified voters of the County of **Oakland**, and State of Michigan, nominate **Perry Johnson**, **297 Canterbury Rd**

(Name of Candidate) (Street Address or Rural Route)

**Bloomfield Township** , as a candidate of the **Republican** Party for the office of* **Governor**

(City or Township) (Title of Office/Term Expiration Date)

to be voted for at the Primary Election to be held on the **2nd** day of **August**, 20 **22** **3302** (District, if any)

**WARNING – A PERSON WHO KNOWINGLY SIGNS MORE PETITIONS FOR THE SAME OFFICE THAN THERE ARE PERSONS TO BE ELECTED TO THE OFFICE, SIGNS A PETITION MORE THAN ONCE, OR SIGNS A NAME OTHER THAN HIS OR HER OWN IS VIOLATING THE PROVISIONS OF THE MICHIGAN ELECTION LAW.**

| | SIGNATURE | PRINTED NAME | STREET ADDRESS OR RURAL ROUTE | NAME OF CITY OR TOWNSHIP | ZIP CODE | MONTH | DAY | YEAR |
|---|---|---|---|---|---|---|---|---|
| 1. | Shannon Hill | Shannon Hill | 2841 Zelma | auburn hills | 48326 | 3 | 11 | 2022 |
| 2. | Emily Carol Dittrich | Emily Carol Dittrich | 7020 Pennebille | Christian | 48346 | 3 | 11 | 22 |
| 3. | Jacquelyn Mach | JACQUELYN MACH | 7089 Willa | AUBURN HILLS | 48326 | 03 | 11 | 22 |
| 4. | Larry Rasnick | Larry Rasnick | 23936 Reynolds Ave | Hazel Park | 48030 | 03 | 11 | 22 |
| 5. | Robert S. | Robert Duschinske | 2251 Stratford St | Sylvan lake | 48320 | 3 | 11 | 22 |
| 6. | Karen Ower | Karen Ower | 938 Starbee Ct | Clawson | 48017 | 03 | 11 | 22 |
| 7. | Alexandra H | Alexandra HUGHS | 23083 reynolds | Hazel Park | 48030 | 03 | 11 | 22 |
| 8. | Ehsan Alyhnaly | Ehsan Alghazaly | 2912 Prigham St | SYLVAN LAKE | 48320 | 3 | 11 | 22 |
| 9. | Christine Shoemaker | Christine Shoemaker | 110 e Baker St | clawson | 48014 | 03 | 11 | 22 |
| 10. | Chris A | Christopher A postolidis | 7843 Reynolds Ave | Hazel Park | 48030 | 03 | 11 | 22 |

## CERTIFICATE OF CIRCULATOR

The undersigned circulator of the above petition asserts that he or she is 18 years of age or older and a United States citizen; that each signature on the petition was signed in his or her presence; that he or she has neither caused nor permitted a person to sign the petition more than once and has no knowledge of a person signing the petition more than once; and that, to his or her best knowledge and belief, each signature is the genuine signature of the person purporting to sign the petition, the person signing the petition was at the time of signing a registered elector of the City or Township indicated preceding the signature, and the elector was qualified to sign the petition.

☐ If the circulator is not a resident of Michigan, the circulator shall make a cross [X] or check mark [√] in the box provided, otherwise each signature on this petition sheet is invalid and the signatures will not be counted by a filing official. By making a cross or check mark in the box provided, the undersigned circulator asserts that he or she is not a resident of Michigan and agrees to accept the jurisdiction of this state for the purpose of any legal proceeding or hearing that concerns a petition sheet executed by the circulator and agrees that legal process served on the Secretary of State or a designated agent of the Secretary of State has the same effect as if it personally served on the circulator.

**WARNING-A CIRCULATOR KNOWINGLY MAKING A FALSE STATEMENT IN THE ABOVE CERTIFICATE, A PERSON NOT A CIRCULATOR WHO SIGNS AS A CIRCULATOR, OR A PERSON WHO SIGNS A NAME OTHER THAN HIS OR HER OWN AS CIRCULATOR IS GUILTY OF A MISDEMEANOR.**

## CIRCULATOR – DO NOT SIGN OR DATE CERTIFICATE UNTIL AFTER CIRCULATING PETITION.

**Diallo Vaughn** **3, 11, 22**

(Signature of Circulator) (Date)

**Diallo Vaughn**

(Printed Name of Circulator)

**23470 radcliff**

(Complete Residence Address [Street and Number or Rural Route]) – [Do not enter a post office box]

**Oak park mi 48237**

(City or Township, State, Zip Code)

_____

(County of Registration, if Registered to Vote, of a Circulator who is not a Resident of Michigan)

# NOMINATING PETITION
## (COUNTYWIDE PARTISAN)

INSTRUCTIONS ON REVERSE SIDE

This countywide Partisan Petition form may be used by any partisan candidate. Exception: the form may not be used by a partisan candidate who seeks the office of County Commissioner; such candidates must use the "City/Township" Partisan Petition form.

We, the undersigned, registered and qualified voters of the County of **Wayne**, and State of Michigan, nominate **Perry Johnson** , **297 Canterbury Rd**

(Name of Candidate) (Street Address or Rural Route)

**Bloomfield Township** , as a candidate of the **Republican** Party for the office of* **Governor** , 

(City or Township) (Title of Office/Term Expiration Date) (District, if any)

to be voted for at the Primary Election to be held on the **2nd** day of **August** , 20 **22** .

001633

**WARNING – A PERSON WHO KNOWINGLY SIGNS MORE PETITIONS FOR THE SAME OFFICE THAN THERE ARE PERSONS TO BE ELECTED TO THE OFFICE, SIGNS A PETITION MORE THAN ONCE, OR SIGNS A NAME OTHER THAN HIS OR HER OWN IS VIOLATING THE PROVISIONS OF THE MICHIGAN ELECTION LAW.**

| | SIGNATURE | PRINTED NAME | STREET ADDRESS OR RURAL ROUTE | NAME OF CITY OR TOWNSHIP | ZIP CODE | MONTH | DAY | YEAR |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DATE OF SIGNING | | |
| 1. | | Robert Mccarthy | 12443 Barlow st | Detroit | 48205 | 04 | 15 | 22 |
| 2. | | regina clevland | 17195 Bradford st | Detroit | 48205 | 04 | 15 | 22 |
| 3. | | mark harrison | 14104 thoester st | detroit | 48205 | 04 | 15 | 22 |
| 4. | | richard Wilson | 19310 Verena st | Detroit | 48205 | 04 | 15 | 22 |
| 5. | | Gerald Mackey | 5081 Barham st | Detroit | 48224 | 04 | 13 | 22 |
| 6. | | Julia Foster | 9826 Camley st | Detroit | 48224 | 04 | 15 | 22 |
| 7. | | brittani Bell | 10130 Duprey st | Detroit | 48224 | 04 | 15 | 22 |
| 8. | | Catherine Rogers | 9154 Greensboro st | Detroit | 48224 | 04 | 15 | 22 |
| 9. | | Keneshia McCollins | 10728 Warden st | Detroit | 48224 | 04 | 15 | 22 |
| 10. | | Damario Harris | 11126 Sioux st | Detroit | 48224 | 04 | 15 | 22 |

## CERTIFICATE OF CIRCULATOR

The undersigned circulator of the above petition asserts that he or she is 18 years of age or older and a United States citizen; that each signature on the petition was signed in his or her presence; that he or she has neither caused nor permitted a person to sign the petition more than once and has no knowledge of a person signing the petition more than once; and that, to his or her best knowledge and belief, each signature is the genuine signature of the person purporting to sign the petition, the person signing the petition was at the time of signing a registered elector of the City or Township indicated preceding the signature, and the elector was qualified to sign the petition.

☐ If the circulator is not a resident of Michigan, the circulator shall make a cross [X] or check mark [√] in the box provided, otherwise each signature on this petition sheet is invalid and the signatures will not be counted by a filing official. By making a cross or check mark in the box provided, the undersigned circulator asserts that he or she is not a resident of Michigan and agrees to accept the jurisdiction of this state for the purpose of any legal proceeding or hearing that concerns a petition sheet executed by the circulator and agrees that legal process served on the Secretary of State or a designated agent of the Secretary of State has the same effect as if personally served on the circulator.

**WARNING-A CIRCULATOR KNOWINGLY MAKING A FALSE STATEMENT IN THE ABOVE CERTIFICATE, A PERSON NOT A CIRCULATOR WHO SIGNS AS A CIRCULATOR, OR A PERSON WHO SIGNS A NAME OTHER THAN HIS OR HER OWN AS CIRCULATOR IS GUILTY OF A MISDEMEANOR.**

## CIRCULATOR – DO NOT SIGN OR DATE CERTIFICATE UNTIL AFTER CIRCULATING PETITION.

_William Williams_

(Signature of Circulator)

**4, 15, 22**

(Date)

William Williams

(Printed Name of Circulator)

5970 Maxwell

(Complete Residence Address [Street and Number or Rural Route]) – [Do not enter a post office box]

Detroit MI 48213

(City or Township, State, Zip Code)

(County of Registration, if Registered to Vote, of a Circulator who is not a Resident of Michigan)

# APPENDIX 5

I, _____     _____ ,
First Name                      Last Name

did sign the nomination petition for Chief James
Craig for Governor.

_____
Signature

31756    Ponn
_____
Address

_____
Address

_____
Phone (optional)

State of _____ MI _____ , County of _____ Wayne _____

The forgoing instrument was acknowledged before me this 24 day of
May, 2022 by _____ Paul Allen _____ who is personally known
to me or who have produced identification.

Kristal Y. Dixon
_____
Print Name (Notary Public)

KRISTAL Y DIXON
Notary Public - State of Michigan
County of Wayne
My Commission Expires Apr 30, 2024
Acting in the County of _____ Wayne _____

_____
Notary Public Signature

April 30, 2024
_____
My Commission Expires

RECEIVED by MCOC 5/27/2022 7:29:54 PM

I, _Bryan_ _Galvin_,
First Name          Last Name

did sign the nomination petition for Chief James Craig for Governor.

_____
Signature

_4334 Easthaw_
Address

_Wayne MI_
Address

_734 368 0301_
Phone (optional)

State of _MI_, County of _Wayne_

The forgoing instrument was acknowledged before me this _24th_ day of May, 2022 by _Bryan Galvin_ who is personally known to me or who have produced identification.

_Kristal Y. Dixon_
Print Name (Notary Public)

KRISTAL Y DIXON
Notary Public - State of Michigan
County of Wayne
My Commission Expires Apr 30, 2024
Acting in the County of ___Wayne___

_____
Notary Public Signature

_April 30, 2024_
My Commission Expires

RECEIVED by MCOC 5/27/2022 7:29:54 PM

I, _____Maria_____ _____Ward_____,
First Name                          Last Name

did sign the nomination petition for Chief James
Craig for Governor.

_____Maria Ward_____
Signature

_____36928 Pine Wood_____
Address

_____Wayne Mi 48184_____
Address

_____734-323-7276_____
Phone (optional)

State of _____Michigan_____, County of _____Wayne_____

The forgoing instrument was acknowledged before me this 24 day of
May, 2022 by _____MARIA WARD_____ who is personally known
to me or who have produced identification.

_____Kristal Y Dixon_____
Print Name (Notary Public)

KRISTAL Y DIXON
Notary Public - State of Michigan
County of Wayne
My Commission Expires Apr.30, 2024
Acting in the County of _Wayne_

_____Kristal Y Dixon_____
Notary Public Signature

_____April 30, 2024_____
My Commission Expires

RECEIVED by MCOC 5/27/2022 7:29:54 PM

I, _EVA_ _Logsdon_ ,
First Name                          Last Name

did sign the nomination petition for Chief James
Craig for Governor.

_Eva Logsdon_
Signature

_102 Catherine_
Address

_River Rouge MI 48218_
Address

_313 247 0903_
Phone (optional)

State of _Michigan_ , County of _Wayne_

The forgoing instrument was acknowledged before me this _25th_ day of
May, 2022 by _Eva Logsdon_ who is personally known
to me or who have produced identification.

_Marvin Wilson_
Print Name (Notary Public)

MARVIN J WILSON
Notary Public, State of Michigan
County of Macomb
My Commission Expires 11-28-2025
Acting in the County of _Wayne_

Notary Public Signature

_11/28/2025_
My Commission Expires

RECEIVED by MCOC 5/27/2022 7:29:54 PM

I, _James_ _____, _Logsdon_ _____,
First Name                Last Name

did sign the nomination petition for Chief James
Craig for Governor.

_James V Logsdon_
Signature

_102 CATHERINE_
Address

_48218_
Address

_____
Phone (optional)

State of _Michigan_____, County of _Wayne_____

The forgoing instrument was acknowledged before me this _25th_ day of
May, 2022 by _James Logsdon_____ who is personally known
to me or who have produced identification.

_Marvin Wilson_
Print Name (Notary Public)

MARVIN J WILSON
Notary Public, State of Michigan
County of Macomb
My Commission Expires 11-26-2026
Acting in the County of _Wayne_

_____
Notary Public Signature

_11/25/25_
My Commission Expires

RECEIVED by MCOC 5/27/2022 7:29:54 PM

I, _____Russell S_____ , _____Farner_____ ,
First Name                              Last Name

did sign the nomination petition for Chief James
Craig for Governor.

_____
Signature

_____6005 Hancock Belleville 4811_____
Address

_____6005 Hancock Belleville 4811_____
Address

_____734-377-9073_____
Phone (optional)

State of _____Michigan_____ , County of _____Wayne_____

The forgoing instrument was acknowledged before me this __25th__ day of
May, 2022 by _Russell Farner_ who is personally known
to me or who have produced identification.

_____Marvin Wilson_____
Print Name (Notary Public)

_____
Notary Public Signature

**MARVIN J WILSON**
Notary Public, State of Michigan
County of Macomb
My Commission Expires 11-28-2025
Acting in the County of _Wayne_

_____11/28/2025_____
My Commission Expires

RECEIVED by MCOC 5/27/2022 7:29:54 PM

I, _Sandra_ _Strong_,
   First Name                Last Name

did sign the nomination petition for Chief James
Craig for Governor.

_Sandra Strong_
Signature

_42580 Adams Ct_
Address

_Cuba Mich_
Address

_248 931 0588_
Phone (optional)

State of _Michigan_, County of _Wayne_

The forgoing instrument was acknowledged before me this _25th_ day of
May, 2022 by _Sandra Strong_ who is personally known
to me or who have produced identification.

_Sandra Strong Marvin Wilson_
Print Name (Notary Public)

_[signature]_
Notary Public Signature

MARVIN J WILSON
Notary Public, State of Michigan
County of Macomb
My Commission Expires 11-28-2025
Acting in the County of _Wayne_

_11/28/2025_
My Commission Expires

RECEIVED by MCOC 5/27/2022 7:29:54 PM

I, _EDMUND_ _____ _GUCWA_ ,
   First Name                Last Name

did sign the nomination petition for Chief James
Craig for Governor.

_____
Signature

_405 ROBINDALE AVE_
Address

_____
Address

_____
Phone (optional)

State of _Michigan_, County of _Wayne_

The forgoing instrument was acknowledged before me this _25th_ day of
May, 2022 by _Edmund Gucwa_ who is personally known
to me or who have produced identification.

_Amy J. Moffatt_
Print Name (Notary Public)

AMY J. MOFFATT
Notary Public, State of Michigan
County of Oakland
My Commission Expires 05-15-2025
Acting in the County of _Wayne_

_____
Notary Public Signature

_5/15/2025_
My Commission Expires

RECEIVED by MCOC 5/27/2022 7:29:54 PM

I, _Scott_ _Wolfson_ ,
First Name                    Last Name

did sign the nomination petition for Chief James
Craig for Governor.

_[Signature]_
Signature

_4665 Dover_
Address

_Blamfild Hills, MI_
Address

_____
Phone (optional)

State of _Michigan_ , County of _Oakland_

The forgoing instrument was acknowledged before me this _25_ day of
May, 2022 by _Scott Wolfson_ who is personally known
to me or who have produced identification.

_Amy J. Moffatt_
Print Name (Notary Public)

AMY J. MOFFATT
Notary Public, State of Michigan
County of Oakland
My Commission Expires 05-15-2025
Acting in the County of _Oakland_

_[Signature]_
Notary Public Signature

_5/15/2025_
My Commission Expires

RECEIVED by MCOC 5/27/2022 7:29:54 PM

I, _MARK_ _PITCHFORD_,
First Name                                Last Name

did sign the nomination petition for Chief James
Craig for Governor.

_____
Signature

516 S. EDGEWORTH
_____
Address

ROYAL OAK, MI 48067
_____
Address

248-302-5638
_____
Phone (optional)

State of _Michigan_, County of _Oakland_

The forgoing instrument was acknowledged before me this _25_ day of
May, 2022 by _Mark Pitchford_ who is personally known
to me or who have produced identification.

Amy J. Moffatt
_____
Print Name (Notary Public)

_____
Notary Public Signature

AMY J. MOFFATT
Notary Public, State of Michigan
County of Oakland
My Commission Expires 05-15-2025
Acting in the County of _Oakland_

5/15/2025
_____
My Commission Expires

RECEIVED by MCOC 5/27/2022 7:29:54 PM

I, _Michelle_ _Love_,
First Name                    Last Name

did sign the nomination petition for Chief James
Craig for Governor.

_Michelle Love_
Signature

_1133 Villa Rd._
Address

_Birmingham, MI 48007_
Address

_313-408-3746_
Phone (optional)

State of _Michigan_, County of _Oakland_

The forgoing instrument was acknowledged before me this _25_ day of
May, 2022 by _Michelle Love_ who is personally known
to me or who have produced identification.

_Amy J. Moffatt_
Print Name (Notary Public)

AMY J. MOFFATT
Notary Public. State of Michigan
County of Oakland
My Commission Expires 05-15-2025
Acting in the County of _OAKLAND_

_[signature]_
Notary Public Signature

_5/15/2025_
My Commission Expires

RECEIVED by MCOC 5/27/2022 7:29:54 PM

I, _John_ _Balardo_,
First Name                                    Last Name

did sign the nomination petition for Chief James
Craig for Governor.

_____
Signature

_522 Wallace_
Address

_Birmingham, MI 48009_
Address

_____
Phone (optional)

State of _MICHIGAN_, County of _Oahland_

The forgoing instrument was acknowledged before me this _25_ day of
May, 2022 by _John Balardo_ who is personally known
to me or who have produced identification.

_Amy J Moffatt_
Print Name (Notary Public)

AMY J. MOFFATT
Notary Public, State of Michigan
County of Oakland
My Commission Expires 05-15-2025
Acting in the County of _OAKLAND_

_____
Notary Public Signature

_5/15/2025_
My Commission Expires

RECEIVED by MCOC 5/27/2022 7:29:54 PM

I, _William_ _Johnson_ ,
First Name        Last Name

did sign the nomination petition for Chief James
Craig for Governor.

_William Johnson_
Signature

_45809 CUSTER AVE_
Address

_UTICA MI 48317_
Address

_586-731-7013_
Phone (optional)

State of _Michigan_ , County of _Macomb_

The forgoing instrument was acknowledged before me this _25_ day of
May, 2022 by _William Johnson_ who is personally known
to me or who have produced identification.

_Amy J. Moffatt_
Print Name (Notary Public)

AMY J. MOFFATT
Notary Public, State of Michigan
County of Oakland
My Commission Expires 05-15-2025
Acting in the County of _MACOMB_

Notary Public Signature

_5/15/ 2025_
My Commission Expires

RECEIVED by MCOC 5/27/2022 7:29:54 PM

To whom it may concern,                    5/25/2022

Went to the household of
Mark Sowdan at: 45850 Custer Ave.
Utica, MI on Wednesday, May 25, 2022.
He was at work (per wife). Wife
stated he did sign petition
but could not wait for
notary due to work.


Amy J. Moffatt
Notary Public
248-778-7384

RECEIVED by MCOC 5/27/2022 7:29:54 PM

5/25/22

To Whom it may concern,

On Wednesday, May 25, 2022, Voter Kitty Walter who resides at: 24309 Kingston Circle, Flat Rock, MI 48134, refused to sign "anything official." She did not want her signature notarized.

Amy J. Moffatt
Notary Public
248-778-7364

RECEIVED by MCOC 5/27/2022 7:29:54 PM

INSTRUCTIONS ON REVERSE SIDE

# NOMINATING PETITION
## (COUNTYWIDE PARTISAN)

We, the undersigned, registered and qualified voters of the County of __Oakland__, and State of Michigan, nominate __James Craig__ (Name of Candidate)

City of Detroit _____ as a candidate of the __Republican__ Party for the office of* ___ GOVERNOR / December 31, 2026 ___  11 Sand Bar Ln
(City or Township)                                                                                          (Title of Office/Term Expiration Date)        (Street Address or Rural Route)

to be voted for at the Primary Election to be held on the __2nd__ day of __August__, 20__22__.                                                             __1 3 4__  (District, if any)
                                                                                                                                                                                        (City/Township)

* The "Countywide" Partisan Petition form may be used by any partisan candidate. Exception: the form may not be used by a partisan candidate who seeks the office of County Commissioner; such candidates must use the "City/Township" Partisan Petition form.

**WARNING – A PERSON WHO KNOWINGLY SIGNS MORE PETITIONS FOR THE SAME OFFICE THAN THERE ARE PERSONS TO BE ELECTED TO THE OFFICE, SIGNS A PETITION MORE THAN ONCE, OR SIGNS A NAME OTHER THAN HIS OR HER OWN IS VIOLATING THE PROVISIONS OF THE MICHIGAN ELECTION LAW.**

| | SIGNATURE | PRINTED NAME | STREET ADDRESS OR RURAL ROUTE | NAME OF CITY OR TOWNSHIP | ZIP CODE | DATE OF SIGNING | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MONTH | DAY | YEAR |
| 1. | Scott Wolfson | Scott Wolfson | 4605 Dover Rd | Bloomfield Hills | 48301 | 04 | 12 | 2022 |
| 2. | | Yaoyhouag Yang | 1793 Larmer | Troy | 48083 | 04 | 12 | 22 |
| 3. | | James Toearks | 348 E old one | hunt ave | 48000 | 04 | 12 | 22 |
| 4. | | Mary Dart | 2570 Essex | Bloomfield hills | 48304 | 04 | 12 | 22 |
| 5. | | Rhoda Mall | 3124 loula | Oakland | 48085 | 4 | 12 | 22 |
| 6. | Doug Rice | Doug Rice | 14031 verce ave | hazel park | 48030 | 4 | 12 | 22 |
| 7. | | John LaDD | 2035 prescott | Troy | 48083 | 4 | 12 | 22 |
| 8. | | Joe W Granfield | 4789 Meadow | Hazel Park | 48030 | 04 | 12 | 22 |
| 9. | | Julie Slavin | 341683 Hadamoyon | Bloomfield Hills | 48304 | 04 | 12 | 22 |
| 10. | Jeanie Banahi | Jeanie Banahi | 32720 Mccoll ave | hazel park | 48030 | 04 | 12 | 22 |

## CERTIFICATE OF CIRCULATOR

The undersigned circulator of the above petition asserts that he or she is 18 years of age or older and a United States citizen; that each signature on the petition was signed in his or her presence; that he or she has neither caused nor permitted a person to sign the petition more than once and has no knowledge of a person signing the petition more than once; and that, to his or her best knowledge and belief, each signature is the genuine signature of the person purporting to sign the petition, the person signing the petition was at the time of signing a registered elector of the City or Township indicated preceding the signature, and the elector was qualified to sign the petition.

☐ If the circulator is not a resident of Michigan, the circulator shall make a cross [X] or check mark [√] in the box provided, otherwise each signature on this petition sheet is invalid and the signature will not be counted by a filing official. By making a cross or check mark in the box provided, the undersigned circulator asserts that he or she is not a resident of Michigan and agrees to accept the jurisdiction of this state for the purpose of any legal proceeding or hearing that concerns a petition sheet executed by the circulator and agrees that legal process served on the Secretary of State or a designated agent of the Secretary of State has the same effect as if personally served on the circulator.

**WARNING–A CIRCULATOR KNOWINGLY MAKING A FALSE STATEMENT IN THE ABOVE CERTIFICATE, A PERSON WHO SIGNS A NAME OTHER THAN HIS OR HER OWN AS CIRCULATOR, OR A PERSON WHO SIGNS AS A CIRCULATOR, IS GUILTY OF A MISDEMEANOR.**

**CIRCULATOR – DO NOT SIGN OR DATE CERTIFICATE UNTIL AFTER CIRCULATING PETITION.**

Jazmine Vosser
(Signature of Circulator)                                       4 / 12 /22 (Date)

Jazmine Vosser
(Printed Name of Circulator)

2772 Chester Blvd
(Complete Residence Address [Street and Number or Rural Route]) – [Do not enter a post office box]

Troy MI 48084
(City or Township, State, Zip Code)

_____
(County of Registration, if Registered to Vote, of a Circulator who is not a Resident of Michigan)

**INSTRUCTIONS ON REVERSE SIDE**

# NOMINATING PETITION
## (COUNTYWIDE PARTISAN)

- The "Countywide" Partisan Petition form may be used by any partisan candidate. Exception: the form may not be used by a partisan candidate who seeks the office of County Commissioner; such candidates must use the "City/Township" Partisan Petition form.

We, the undersigned, registered and qualified voters of the County of **Oakland**, and State of Michigan, nominate **James Craig**

(Name of Candidate)

**City of Detroit** as a candidate of the **Republican** Party (or for the office of* **GOVERNOR / December 31, 2026**

(City or Township)

to be voted for at the Primary Election to be held on the **2nd** day of **August**, 20 **22** (Title of Office/Term Expiration Date)

Street Address: **11 Sand Bar Ln** (Street Address or Rural Route)  **199** (District, if any)

**WARNING – A PERSON WHO KNOWINGLY SIGNS MORE PETITIONS FOR THE SAME OFFICE THAN THERE ARE PERSONS TO BE ELECTED TO THE OFFICE, SIGNS A PETITION MORE THAN ONCE, OR SIGNS A NAME OTHER THAN HIS OR HER OWN IS VIOLATING THE PROVISIONS OF THE MICHIGAN ELECTION LAW.**

| | SIGNATURE | PRINTED NAME | STREET ADDRESS OR RURAL ROUTE | NAME OF CITY OR TOWNSHIP | ZIP CODE | MONTH | DAY | YEAR |
|---|---|---|---|---|---|---|---|---|
| 1 | Daniel Miller | Daniel Miller | 620 Hurst #204 | Birmingham | 48009 | 3 | 23 | 22 |
| 2 | Jess Syrow | Jessica Syrow | 384 Lancaster | Pontiac | 48342 | 3 | 03 | 22 |
| 3 | Michelle Lowe | Michelle Lowe | 1183 Willa rd | Birmingham | 48009 | 3 | 23 | 22 |
| 4 | Patricia Wilson | Patricia Wilson | 4455 Bennington | Novi | 48375 | 3 | 23 | 22 |
| 5 | Anwar Pine | Anwar Pine | 973 Granada Dr | Pontiac | 48342 | 3 | 23 | 22 |
| 6 | Jessica Mathew | Jessica Mathew | 21849 Ashbury | Novi | 48375 | 3 | 23 | 22 |
| 7 | Brenda John | Brenda John | 6577 Phillip | Pontiac | 48342 | 3 | 23 | 22 |
| 8 | Gina Russo | Gina Russo | 131 Park St | birmingham | 48009 | 3 | 23 | 22 |
| 9 | Austin Pavi | Austin Pavi | 1289 Full Dr | Waterford | 48327 | 03 | 23 | 22 |
| 10 | Wayne Wrezarek | Wayne Wrezarek | 40122 Buckingham | Novi | 48375 | 3 | 23 | 2022 |

## CERTIFICATE OF CIRCULATOR

The undersigned circulator of the above petition asserts that he or she is 18 years of age or older and a United States citizen; that each signature on the petition was signed in his or her presence, that he or she has neither caused nor permitted a person to sign the petition more than once and has no knowledge of a person signing the petition more than once, and that, to his or her best knowledge and belief, each signature is the genuine signature of the person purporting to sign the petition, the person signing the petition was at the time of signing a registered elector of the City or Township indicated preceding the signature, and the elector was qualified to sign the petition.

☐ If the circulator is not a resident of Michigan, the circulator shall make a cross [X] or check mark [✔] in the box provided, otherwise each signature on this petition sheet is invalid and the signatures will not be counted by a filing official. By making a cross or check mark in the box provided, the undersigned circulator asserts that he or she is not a resident of Michigan and agrees to accept the jurisdiction of this state for the purpose of any legal proceeding or hearing that concerns a petition sheet executed by the circulator and agrees that legal process served on the Secretary of State or a designated agent of the Secretary of State has the same effect as if personally served on the circulator.

**WARNING–A CIRCULATOR KNOWINGLY MAKING A FALSE STATEMENT IN THE ABOVE CERTIFICATE, A PERSON NOT A CIRCULATOR WHO SIGNS AS A CIRCULATOR, OR A PERSON WHO SIGNS A NAME OTHER THAN HIS OR HER OWN AS CIRCULATOR IS GUILTY OF A MISDEMEANOR.**

## CIRCULATOR – DO NOT SIGN OR DATE CERTIFICATE UNTIL AFTER CIRCULATING PETITION.

(Signature of Circulator)

**Stephen Travin** (Printed Name of Circulator)

**47945 Maryland** (Complete Residence Address [Street and Number or Rural Route]) – [Do not enter a post office box]

**Wixom MI 48393** (City or Township, State, Zip Code)

**3.23.22** (Date)

(County of Registration, if Registered to Vote, of a Circulator who is not a Resident of Michigan)

# NOMINATING PETITION
## (COUNTYWIDE PARTISAN)

**INSTRUCTIONS ON REVERSE SIDE**

* The "Countywide" Partisan Petition form may be used by any partisan candidate who seeks the office of County Commissioner; such candidates must use the "City/Township" Partisan Petition form.

We, the undersigned, registered and qualified voters of the County of _____, and State of Michigan, nominate _____

City of Detroit (City or Township) as a candidate of the **Republican** Party for the office of* **GOVERNOR** 11 Sand Bar Ln (Street Address or Rural Route)

(Name of Candidate) **James Craig**

(Title of Office/Term Expiration Date)

to be voted for at the Primary Election to be held on the **2nd** day of **August**, 20**22** (District, if any) **356**

**WARNING – A PERSON WHO KNOWINGLY SIGNS MORE PETITIONS FOR THE SAME OFFICE THAN THERE ARE PERSONS TO BE ELECTED TO THE OFFICE, OR SIGNS A PETITION MORE THAN ONCE, OR SIGNS A NAME OTHER THAN HIS OR HER OWN IS VIOLATING THE PROVISIONS OF THE MICHIGAN ELECTION LAW.**

| | SIGNATURE | PRINTED NAME | STREET ADDRESS OR RURAL ROUTE | NAME OF CITY OR TOWNSHIP | ZIP CODE | MONTH | DAY | YEAR |
|---|---|---|---|---|---|---|---|---|
| 1. | | matt johnston | 4650 cape town | highland | 48356 | 3 | 19 | 22 |
| 2. | | James russell | 3640 Afton Blvd | Pontiac | | | 14 | 22 |
| 3. | | Ellis Haddell | 600 Ryerstone | Birmingham | | 3 | 14 | 22 |
| 4. | | linda brown | 2314 Amblier | Oakland | 48335 | | 14 | 22 |
| 5. | | Andrew Williams | 1205 Timber Creek | pontiac | 48350 | 03 | 14 | 22 |
| 6. | | John lee | 100 Bigby | birmingham | 48206 | 08 | 14 | 22 |
| 7. | | Scott Redding | 4558 fretbor | Oakland | 48352 | | 14 | 22 |
| 8. | | Travis walter | 8 oak creek | Pontiac | 48356 | 3 | 14 | 22 |
| 9. | | John Balado | 500 wallace | Birmingham | | | 14 | 22 |
| 10. | | Earl Blanchard | 857 miles | Beau | | 03 | 14 | 22 |

CIRCULATOR – DO NOT SIGN OR DATE

## CERTIFICATE OF CIRCULATOR

**CERTIFICATE UNTIL AFTER CIRCULATING PETITION.**

The undersigned circulator of the above petition asserts that he or she is 18 years of age or older and a United States citizen; that each signature on this petition was signed in his or her presence; that he or she has neither caused nor permitted a person to sign the petition more than once and has no knowledge of a person signing the petition more than once; and that, to his or her best knowledge and belief, each signature is the genuine signature of the person purporting to sign the petition, the person signing the petition was at the time of signing a registered elector of the City or Township indicated preceding the signature, and the elector was qualified to sign the petition.

☐ If the circulator is not a resident of Michigan, the circulator shall make a cross [X] or check mark [√] in the box provided, otherwise each signature on this petition sheet is invalid and the signatures will not be counted by a filing official. By making a cross or check mark in the box provided, the undersigned circulator asserts that he or she is not a resident of Michigan and agrees to accept the jurisdiction of this state for the purpose of any legal proceeding or hearing that concerns a petition sheet executed by the circulator and agrees that legal process served on the Secretary of State or a designated agent of the Secretary of State has the same effect as if personally served on the circulator.

**WARNING-A CIRCULATOR KNOWINGLY MAKING A FALSE STATEMENT IN THE ABOVE CERTIFICATE, A PERSON NOT A CIRCULATOR WHO SIGNS AS A CIRCULATOR, OR A PERSON WHO SIGNS A NAME OTHER THAN HIS OR HER OWN AS CIRCULATOR IS GUILTY OF A MISDEMEANOR.**

(Signature of Circulator)

(Printed Name of Circulator)

(Complete Residence Address [Street and Number or Rural Route]) – [Do not enter a post office box]

(City or Township, State, Zip Code)

(County of Registration, if Registered to Vote, of a Circulator who is not a Resident of Michigan)

3. 14. 22 (Date)

# NOMINATING PETITION
## (COUNTYWIDE PARTISAN)

INSTRUCTIONS ON REVERSE SIDE

* The "Countywide" Partisan Petition form may be used by any partisan candidate who seeks the office of County Commissioner; such candidates must use the "City/Township" Partisan Petition form.

We, the undersigned, registered and qualified voters of the County of _____, and State of Michigan, nominate _____

**James Craig** (Name of Candidate)

**City of Detroit**, as a candidate of the **Republican** Party for the office of* **GOVERNOR**

to be voted for at the Primary Election to be held on the **2nd** day of **August**, 20 **22**

11 Sand Bar Ln (Street Address or Rural Route)

386 (District, if any)

(Title of Office/Term Expiration Date)

WARNING – A PERSON WHO KNOWINGLY SIGNS MORE PETITIONS FOR THE SAME OFFICE THAN THERE ARE PERSONS TO BE ELECTED TO THE OFFICE, SIGNS A PETITION MORE THAN ONCE, OR SIGNS A NAME OTHER THAN HIS OR HER OWN IS VIOLATING THE PROVISIONS OF THE MICHIGAN ELECTION LAW.

| SIGNATURE | PRINTED NAME | STREET ADDRESS OR RURAL ROUTE | NAME OF CITY OR TOWNSHIP | ZIP CODE | MONTH | DAY | YEAR |
|---|---|---|---|---|---|---|---|
| 1. | Kelly Lewis | 1827 Bonnie View | Royal Oak | 48073 | 3 | 15 | 22 |
| 2. | John Suder | 1903 Bellaire | Royal Oak | 48067 | 3 | 16 | 22 |
| 3. | Myra Pixenteoro | 510 L. Kingsport Ave | Royal Oak | 48067 | 3 | 15 | 22 |
| 4. | Mitha Jel | 1501 Catalpa Dr | Loya Oak | 48067 | 3 | 15 | 22 |
| 5. | Sally Gustke | 272 Lillian Road | Royal Oak | 48073 | 3 | 15 | 22 |
| 6. | | | | | | | |
| 7. | | | | | | | |
| 8. | | | | | | | |
| 9. | | | | | | | |
| 10. | | | | | | | |

## CERTIFICATE OF CIRCULATOR

The undersigned circulator of the above petition asserts that he or she is 18 years of age or older and a United States citizen; that each signature on the petition was signed in his or her presence; that he or she has neither caused nor permitted a person to sign the petition more than once and has no knowledge of a person signing the petition more than once; and that, to his or her best knowledge and belief, each signature is the genuine signature of the person purporting to sign the petition, the person signing the petition was at the time of signing a registered elector of the City or Township indicated preceding the signature, and the elector was qualified to sign the petition.

☐ If the circulator is not a resident of Michigan, the circulator shall make a cross [X] or check mark [✓] in the box provided, otherwise each signature on this petition sheet is invalid and the signatures will not be counted by a filing official. By making a cross or check mark in the box provided, the undersigned circulator asserts that he or she is not a resident of Michigan and agrees to accept the jurisdiction of this state for the purpose of any legal proceeding or hearing that concerns a petition sheet executed by the circulator and agrees that legal process served on the Secretary of State or a designated agent of the Secretary of State has the same effect as if personally served on the circulator.

WARNING-A CIRCULATOR KNOWINGLY MAKING A FALSE STATEMENT IN THE ABOVE CERTIFICATE, A PERSON WHO SIGNS AS A CIRCULATOR, OR A PERSON WHO SIGNS A NAME OTHER THAN HIS OR HER OWN AS CIRCULATOR IS GUILTY OF A MISDEMEANOR.

CIRCULATOR – DO NOT SIGN OR DATE CERTIFICATE UNTIL AFTER CIRCULATING PETITION.

_____ (Signature of Circulator)

_____ (Printed Name of Circulator)

_____ (Complete Residence Address (Street and Number or Rural Route)) ☐ Do not have a post office box)

_____ (City or Township, State, Zip Code)

_____ (County of Registration, if Registered to Vote, of a Circulator who is not a Resident of Michigan)

3/6/22 (Date)

# APPENDIX 6

## AFFIDAVIT

I, Amy Sudik, being sworn, state as follows:

The statements below are made from my personal knowledge to the best of my information and belief.

I can testify to the matters contained in this Affidavit if I am called to do so.

On or about March 14, 2022, I signed several nominating petitions for Republican candidates outside of the Clawson Post Office.

I am currently registered to vote in Clawson, State of Michigan, and have been registered to vote there since before March 14, 2022.

Upon information and belief, Nominating Petition #001930 was circulated by Justin Garland of Detroit, Michigan. **Exhibit 1**, Nominating Petition #001930.

I have reviewed a copy of nominating petition #001930 (**Exhibit 1**) and confirmed that the following petition entry on line 3 is my handwriting:



I was not coerced into signing the nominating petition.

I did not cross out my signature at any time.

I did not give anyone permission to cross out or otherwise void my signature.

No one from the Bureau of Elections has contacted me regarding the validity of my signature or otherwise attempted to verify my signature through me.

Any documentation or proclamation by any other party, including investigating law enforcement officers, suggesting events inconsistent with this Affidavit are incorrect and do not accurately reflect my recollection of this matter.

Further, Affiant sayeth not.

SHRR\5536944.v1

RECEIVED by MCOA 5/27/2022 11:02:20 AM

_____

Amy Sudik

STATE OF _Michigan_ )
_Oakland_ COUNTY )

Signed and sworn before me in _Oakland_ County, Michigan, by _Glenn Clark_ on May _25, 2022_
2022.

_____

_____, Notary Public
State of Michigan, County of _Oakland_
My commission expires _01-16_, 20 _2 5_
Acting in _Oakland_ County

RECEIVED by MCOA 5/27/2022 11:02:20 AM

# EXHIBIT 11

RECEIVED by MCOA 5/27/2022 11:02:20 AM

**INSTRUCTIONS ON REVERSE SIDE**

# NOMINATING PETITION
## (COUNTYWIDE PARTISAN)

* The "Countywide" Partisan Petition form may be used by any partisan candidate. Exception: the form may not be used by a partisan candidate who seeks the office of County Commissioner; such candidates must use the "City/Township" Partisan Petition form.

001930

We the undersigned, registered and qualified voters of the County of ___Oakland___, and State of Michigan, nominate ___Perry Johnson___
(Name of Candidate)

Bloomfield Township ___ as a candidate of the ___Republican___ Party for the office of* ___Governor___
(City or Township)                                                                                                    (Title of Office/Term Expiration Date)

297 Canterbury Rd
(Street Address or Rural Route)

(District, if any)

to be voted for at the Primary Election to be held on the ___2nd___ day of ___August___, 20 ___22___

WARNING – A PERSON WHO KNOWINGLY SIGNS MORE PETITIONS FOR THE SAME OFFICE THAN THERE ARE PERSONS TO BE ELECTED TO THE OFFICE, SIGNS A PETITION MORE THAN ONCE, OR SIGNS A NAME OTHER THAN HIS OR HER OWN IS VIOLATING THE PROVISIONS OF THE MICHIGAN ELECTION LAW.

| | SIGNATURE | PRINTED NAME | STREET ADDRESS OR RURAL ROUTE | NAME OF CITY OR TOWNSHIP | ZIP CODE | DATE OF SIGNING MONTH | DAY | YEAR |
|---|---|---|---|---|---|---|---|---|
| 1. | | Carolyn Fatta | 30830 Brush St | Franklin Bloomfield | 48072 | 3 | 14 | 22 |
| 2. | | Kim Bowe | 575 Baldwin | Troy | 48098 | 3 | 14 | 22 |
| 3. | | Amy Sudik | 184 W Bolter Ave | Clawson | 48017 | 3 | 14 | 22 |
| 4. | | Ivan Nguyen | 693 Baldwin | Troy | 48098 | 6.2 | 14 | 22 |
| 5. | | Mary Becker | 410 Watts Ave | Troy | 48085 | 3 | 14 | 22 |
| 6. | | Michael Kelly | 1045 Barnes | Troy | 48098 | 3 | A.14 | 23 |
| 7. | | Erik Arin | 124 W Carter | Ferndale | 48023 | 3 | 14 | 20 |
| 8. | | Julie Patton | 1914 Barnes | Troy | 48098 | 3 | 14 | 22 |
| 9. | | James Cook | 1230 Woodroffe | Clawson | 48017 | 3 | 14 | 22 |
| 10. | | Natha Ecker | 4010 Busch rd | Troy | 48098 | 3 | 14 | 22 |

## CERTIFICATE OF CIRCULATOR

The undersigned circulator of the above petition asserts that he or she is 18 years of age or older and a United States citizen; that each signature on the petition was signed in his or her presence; that he or she has neither caused nor permitted a person to sign the petition more than once and has no knowledge of a person signing the petition more than once; and that, to his or her best knowledge and belief, each signature is the genuine signature of the person purporting to sign the petition, the person signing the petition was at the time of signing a registered elector of the City or Township indicated preceding the signature, and the elector was qualified to sign the petition.

☐ If the circulator is not a resident of Michigan, the circulator shall make a cross (X) or check mark (✓) in the box provided, otherwise each signature on this petition sheet is invalid and the signatures will not be counted by a filing official. By making a cross or check mark in the box provided, the undersigned circulator asserts that he or she is not a resident of Michigan and agrees to accept the jurisdiction of this state for the purpose of any legal proceeding or hearing that concerns a petition sheet executed by the circulator and agrees that legal process served on the Secretary of State or a designated agent of the Secretary of State has the same effect as if personally served on the circulator.

**WARNING–A CIRCULATOR KNOWINGLY MAKING A FALSE STATEMENT IN THE ABOVE CERTIFICATE, A PERSON NOT A CIRCULATOR WHO SIGNS AS A CIRCULATOR, OR A PERSON WHO SIGNS A NAME OTHER THAN HIS OR HER OWN AS CIRCULATOR IS GUILTY OF A MISDEMEANOR.**

## CIRCULATOR – DO NOT SIGN OR DATE CERTIFICATE UNTIL AFTER CIRCULATING PETITION.

_____            3 / 14 / 22
(Signature of Circulator)                              (Date)

___Justin Barbat___
(Printed Name of Circulator)

___1355 goldwater___
(Complete Residence Address (Street and Number or Rural Route)) – [Do not enter a post office box]

___Detroit MI 48201___
(City or Township, State, Zip Code)

_____
(County of Registration, if Registered to Vote, or a Circulator who is not a Resident of Michigan)