UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PERRY JOHNSON,

    Plaintiff,

v                                                                           Case No. 22-11232
                                                                         HON. MARK A. GOLDSMITH

MICHIGAN BOARD OF STATE
CANVASSERS, et al.,

    Defendants.
_____/

## ORDER STRIKING STIPULATION (Dkt. 25)

On July 21, 2022, the parties filed a stipulation to dismiss the case and an order of dismissal (Dkt. 25). Pursuant to E.D. Mich. Local Rules Appendix ECF Rule 12(a), a proposed stipulation and order must be submitted as a Word or WordPerfect Document via the link under the Utilities section of CM/ECF. The stipulation and order at issue is not in compliance with the rule.

IT IS ORDERED, that the stipulated order (Dkt. 25) is STRICKEN.

SO ORDERED.

Dated: July 22, 2022                                   s/Mark A. Goldsmith
      Detroit, Michigan                             MARK A. GOLDSMITH
                                                           United States District Judge