UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PERRY JOHNSON, | Case No. 22-11232 |
| Plaintiff, | Hon. Mark A. Goldsmith |
| vs. | Mag. Jonathan J.C. Grey |
| MICHIGAN BOARD OF STATE CANVASSERS; JOCELYN BENSON, in her official capacity as Secretary of State; and JONATHAN BRATER, in his official capacity as Director of the Michigan Bureau of Elections, | |
| Defendants. | |

_____/

Eric S. Esshaki (P83393)
Attorney for Plaintiff
38500 Woodward Ave., Suite 330
Bloomfield Hills, Michigan 48304
(313) 460-1421
eric@esshakilegal.com

Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Attorneys for Defendants
P.O. Box 30736
Lansing, Michigan 48909
(517) 335-7659
meingasth@michigan.gov
grille@michigan.gov

Kyle M. Asher (P80359)
Attorney for Proposed
Intervenor Bray
201 Townsend St., Suite 900
Lansing, Michigan 48933
(517) 374-9151
kasher@dykema.com

**STIPULATION TO DISMISS CASE AGAINST ALL DEFENDANTS
WITHOUT PREJUDICE AND WITHOUT FEES AND COSTS**

The parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims against all Defendants named herein without prejudice and without attorneys' fees or costs to any party.

| | |
|---|---|
| /s/ Heather S. Meingast (P55439) | /s/ Eric S. Esshaki (P83393) |
| Assistant Attorney General | Attorney for Plaintiff |
| Attorney for Defendants | 38500 Woodward Ave, Suite 330 |
| P.O. Box 30736 | Bloomfield Hills, MI 48304 |
| Lansing, MI 48909 | (313) 460-1421 |
| (517) 335-7659 | eric@esshakilegal.com |
| meingasth@michigan.gov | |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

PERRY JOHNSON,

        Plaintiff,

vs.

MICHIGAN BOARD OF STATE
CANVASSERS; JOCELYN BENSON,
in her official capacity as Secretary
of State; and JONATHAN BRATER,
in his official capacity as Director of
the Michigan Bureau of Elections,

        Defendants.

_____/

Case No. 22-11232

Hon. Mark A. Goldsmith

Mag. Jonathan J.C. Grey

Eric S. Esshaki (P83393)
Attorney for Plaintiff
38500 Woodward Ave., Suite 330
Bloomfield Hills, Michigan 48304
(313) 460-1421
eric@esshakilegal.com

Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Attorneys for Defendants
P.O. Box 30736
Lansing, Michigan 48909
(517) 335-7659
meingasth@michigan.gov
grille@michigan.gov

Kyle M. Asher (P80359)
Attorney for Proposed
Intervenor Bray
201 Townsend St., Suite 900
Lansing, Michigan 48933
(517) 374-9151
kasher@dykema.com

## ORDER OF DISMISSAL WITHOUT PREJUDICE AND WITHOUT FEES OR COSTS AS TO ANY OF THE PARTIES

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that the within action against all Defendants is hereby dismissed without prejudice and without fees or costs to any party, and this dismissal closes the case.

SO ORDERED.

Dated: July 28, 2022             s/Mark A. Goldsmith
    Detroit, Michigan           MARK A. GOLDSMITH
                                           United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 28, 2022.

                                            s/D. Tofil
                                            Case Manager

## CERTIFICATE OF SERVICE

      I hereby certify that on July 21, 2022, I electronically field the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing of the foregoing document to all attorneys of record.

                              By: /s/ *Eric S. Esshaki*   (P83393)
                              Eric S. Esshaki
                              38500 Woodward Ave., Suite 330
                              Bloomfield Hills, MI 48304
                              (313) 460-1421